| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Airport Van Rental, Inc., a California corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-L.A. |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sutton Leasing Inc (Michigan) Attn Benjamin Smith 3555 East 14 Mile Road Sterling Heights, MI 48310 | Benjamin Smith cjsutton@suttonleasing.com, bsmith@hcg.com 586-759-5777 | Vehicle Debt | Unliquidated | | | $3,141,250.00 |
| California Department of Tax and Fee Administration 1015 Ave Of Science Ste 200 San Diego, CA 92128-3434 | 800-400-7115 | Sales Tax - 2019-2020: $141.438.35 2014-2017: $1,588,000 | Unliquidated Disputed | | | $1,729,438.35 |
| 1st Source Bank Attn David W Cripe 100 N Michigan Street South Bend, IN 46601 | David W Cripe criped@1stsource.com 574-235-2020 | Vehicle debt | Unliquidated | $6,390,933.00 | $4,866,968.00 | $1,523,965.00 |
| 1st Source Bank - PPP Attn David W Cripe 100 N Michigan Street 3rd Fl South Bend, IN 46601 | David W Cripe criped@1stsource.com 574-235-2020 | SBA PPP-CA Entity | | | | $1,315,000.00 |
| Union Leasing Inc (Illinois) Attn Roger Setzke 425 N Martingale Rd 6th Floor Schaumburg, IL 60173 | Roger Setzke rsetzke@unionleasing.com 847-653-9703 | Vehicle Debt | Unliquidated | $4,086,610.00 | $3,086,020.00 | $1,000,590.00 |

Debtor **Airport Van Rental, Inc., a California corporation**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hincklease<br>Attn Brian Baker<br>2305 South Presidents Drive<br>Suite F<br>Salt Lake City, UT 84120 | Brian Baker<br><br>Brian@hincklease.com<br>801-433-4599 | Vehicle Debt | Unliquidated | $3,883,061.00 | $3,041,558.00 | $841,503.00 |
| Juana Becerra, Cruz Becerra<br>Daniel Becerra & Adrian Becerra<br>c/o Eric Bershatisk<br>15233 Ventura Blvd Ste 707<br>Sherman Oaks, CA 91403 | Eric Bershatisk<br><br>818-962-4884 | Pending litigation - AVR Insurance Claim | Contingent<br>Unliquidated<br>Disputed | | | $633,420.00 |
| Aires Law Trust Account Fbo Wesco<br>6 Hughes<br>Suite 205<br>Irving, CA 92618 | | Insurance Settlement | Unliquidated | | | $616,196.00 |
| Automotive Finance Corporation<br>Attn Josh Risch<br>11299 N Illinois Street<br>Carmel, IN 46032 | Josh Risch<br><br>JRisch@autofinance.com<br>317-343-5319 | Vehicle Debt | Unliquidated | $4,882,905.00 | $4,309,994.00 | $572,911.00 |
| Expedia Inc<br>333 108Th Avenue Ne<br>Bellevue, WA 98004 | | 3rd Party Travel Agent | | | | $521,192.43 |
| United Mile Fleet a/k/a United Rental Group LLC<br>PO Box 5225<br>Evansville, IN 47716-5225 | Erica Gomer<br><br>erica.gomer@akerman.com<br>954-331-4122 | Vehicle Debt | Contingent<br>Unliquidated<br>Disputed | $1,308,943.00 | $892,530.00 | $416,413.00 |
| Rockpile Capital LLC<br>27127 Calle Arroyo<br>Suite 1910<br>San Juan Capistrano, CA 92675 | Michael Q. Wallin Esq<br><br>mwallin@wallinrussell.com<br>949-652-2200 | Pending litigation for breach of commercial real estate lease OCSC Case No. 30-2020-01161183-CU-BC-CJC | Contingent<br>Unliquidated<br>Disputed | | | $375,000.00 |
| Selig Leasing Company<br>Attn Kent Boskovich<br>2510 S 108th St<br>Suite A<br>Milwaukee, WI 53227 | Kent Boskovich<br><br>bosko@seligleasing.com<br>708-205-4115 | Vehicle Debt | Unliquidated | $1,820,437.00 | $1,532,670.00 | $287,767.00 |

Debtor **Airport Van Rental, Inc., a California corporation**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brady Ervin and David Conn 4901 Wilkinson Blvd Charlotte, NC 28208 | Allen Brotherton Knox Esq 704-457-8148 | Pending litigation for breach of commercial real estate lease - Co of Mcklenburg General Court of Justice Superior Court Case No. 20-CVS-3852 | Contingent Unliquidated Disputed | | | $266,413.42 |
| Pep Boys Attn Laika Prince 3111 W Allegheny Ave Philadelphia, PA 19132-0445 | | Parts | | | | $234,470.84 |
| City Of Atlanta Dept Of Aviation 6000 N Terminal Pkwy Atlanta, GA 30320 | | Monthly Airport Concessions | | | | $180,211.71 |
| Jules & Associates Attn Ryan Gonzales 515 South Figueroa Street Suite 1900 Los Angeles, CA 90071 | Ryan Gonzales ryang@julesandassociates.com 213-362-5600 | Vehicle Debt | Unliquidated | $391,165.00 | $222,404.00 | $168,761.00 |
| Carlos Simon c/o David Spivak Esq The Spivak Law Firm 16530 Ventura Blvd Suite 312 Encino, CA 91436 | David Spivak david@spivaklaw.com 818-582-3086 | Judgment and Order Granting Final Approval of Class Settlement San Mateo Superior Court Case No. CIV536624 | | | | $143,945.00 |
| Hitachi Capital America Corp Attn Carol Owen 800 Connecticut Ave Norwalk, CT 06854 | Carol Owen cowen@hitachicapitalamerica.com 203-956-3389 | Vehicle Debt | Unliquidated | $455,630.00 | $339,434.00 | $116,196.00 |
| Comerica Department #166901 1717 Main St Dallas, TX 75201 | | Credit Cards | | | | $105,815.54 |