JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
MICHAEL G. D'ALBA (State Bar No. 264403)
*mdalba@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed Attorneys for Airport Van Rental, Inc.
and affiliated Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AIRPORT VAN RENTAL, INC., et al.,[1]<br><br>       Debtors and Debtors in Possession.<br><br>☒  Affects all Debtors<br><br>☐  Affects the following Debtor(s): | Case No. 2:20-bk-20876-BB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST DAY MOTIONS**<br><br>Date:    December 17, 2020<br>Time:   10:00 a.m.<br>Place:   Courtroom 1539<br>           255 E. Temple St.<br>           Los Angeles, CA[2] |

---

[1] Concurrently herewith, Airport Van Rental, Inc., a California corporation ("AVR California"), and four of its affiliates have filed motions for orders directing the joint administration of their chapter 11 cases. In anticipation that the joint administration motion will be granted, the within motion is being filed only in AVR California's case. The debtors and their tax identification numbers are identified in the *Notice Identifying Jointly Administered Debtors* to be filed with the Court in this case.

[2] In-person appearances will not be permitted. The hearing will be conducted remotely. Please review the instructions to attend the remote hearing, which are contained in this notice.

1628161.2  26982

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; ENTITIES WITH INTERESTS OR POTENTIAL INTERESTS IN CASH COLLATERAL TO BE USED BY THE DEBTORS IN THESE CASES; THE TWENTY LARGEST UNSECURED CREDITORS; UTILITY PROVIDERS; AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the following entities filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code on December 11, 2020 (the "Petition Date"), and their cases were assigned the case numbers indicated:

| Debtor | Case No. |
| --- | --- |
| Airport Van Rental, Inc., a California corporation | 2:20-bk-20876-BB |
| Airport Van Rental, Inc., a Georgia corporation | 2:20-bk-20877-BB |
| Airport Van Rental, Inc., a Nevada corporation | 2:20-bk-20878-BB |
| Airport Van Rental, LLP, a Texas limited liability partnership | 2:20-bk-20882-BB |
| AVR Vanpool, Inc., a California corporation | 2:20-bk-20883-BB |

These entities are collectively referred to herein as the "Debtors."

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Debtors filed the following motions in the main case (2:20-bk-20876-BB) seeking relief on an expedited basis:

(a) Motion for Order Extending Time for Debtors to File Their Schedules, Statements and Other Documents Required by Federal Rule of Bankruptcy Procedure 1007(b) and Applicable Local Rules of Procedure (docket no. 6);

(b) Motion for Order Limiting Notice (docket no. 7);

(c) Motion for Entry of Order Authorizing the Debtors to Pay Prepetition Wages and Compensation, Authorizing the Debtors to Honor and Continue Prepetition Employee Benefit Programs, and Waiving 14-Day Stay (docket no. 8);

(d) Motion for Order Authorizing Debtors to Maintain Cash Management System and Certain Prepetition Bank Accounts, Granting Related Relief, and Waiving 14-Day Stay (docket no. 9);

(e) Motion for Order Authorizing Debtors to Honor Prepetition Customer Deposits and Waiving 14-Day Stay (docket no. 10);

(f) Motion for Entry of Interim and Final Orders (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (2) Deeming Utilities Adequately Assured of

    Future Performance, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Granting Related Relief (docket no. 11); and

 (g) Motion for Order (1) Authorizing Use of Cash Collateral on an Interim Basis Pending a Final Hearing, (2) Scheduling a Final Hearing on the Debtors' Request for Authority to Use Cash Collateral through June 30, 2021, and (3) Granting Related Relief (docket no. 12).

These motions are collectively referred to herein as the "First Day Motions."

  **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the First Day Motions on **December 17, 2020**, at **10:00 a.m.**  The hearing will be conducted remotely, by Zoom, and in-person appearances are not permitted.

  **PLEASE TAKE FURTHER NOTICE** that the details for appearing at the hearing on the First Day Motions, should you wish to do so, are as follows:

  Phone one-tap (U.S.) +16692545252,,1604332115#,,1#,936459# or
          +16468287666,1604332115#,1#,936459#

  Meeting URL:  https://cacb.zoomgov.com/j/1604332115
  Meeting ID:   160 433 2115
  Password:   936459

*To join by telephone, use the following information:*

  Dial (U.S.):  +1 669 254 5252 or +1 646 828 7666
       or 833 568 8864 (Toll Free)

  Meeting ID:  160 433 2115

  Password:  936459

*To join from an H.323/SIP room system:*

  H.323:   161.199.138.10 (US West)
      161.199.136.10 (US East)

  Meeting ID:  160 433 2115

  Password:  936459

  SIP:   1604332115@sip.zoomgov.com

  Password:  936459

*To join by Skype for Business (Lync):*

  https://cacb.zoomgov.com/skype/1604332115

1628161.2  26982         2

1    **PLEASE TAKE FURTHER NOTICE** that additional information may become available on the presiding judge's tentative rulings/posted calendars, which will be available on the Court's website (https://www.cacb.uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that any response, written or oral, to any or all of the First Day Motions may be presented at the time of the hearing.

DATED: December 11, 2020              DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:    */s/ John N. Tedford, IV*
       JOHN N. TEDFORD, IV
       Attorneys for Airport Van Rental, Inc. and
       affiliated Debtors and Debtors in Possession

1628161.2  26982                              3