JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
MICHAEL G. D'ALBA (State Bar No. 264403)
*mdalba@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed attorneys for Airport Van Rental, Inc.
and affiliated Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AIRPORT VAN RENTAL, INC., et al.,[1]<br><br>　　　Debtors and Debtors in Possession.<br><br>☒　Affects all Debtors<br><br>☐　Affects the following Debtor(s): | Case No. 2:20-bk-20876-BB<br><br>Chapter 11<br><br>**NOTICE OF TENTATIVE RESOLUTION RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY UNION LEASING, INC.**<br><br>Date:　January 27, 2021<br>Time:　11:00 a.m.<br>Place:　Courtroom 1539<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with four cases filed by the following affiliated entities: Airport Van Rental, Inc., a Georgia corporation, case no. 2:20-bk-20877-BB; Airport Van Rental, Inc., a Nevada corporation, case no. 2:20-bk-20878-BB; Airport Van Rental, LLP, a Texas limited liability partnership, case no. 2:20-bk-20882-BB; and AVR Vanpool, Inc., a California corporation, case no. 2:20-bk-20883-BB.

1633134.1  26988                              1

On January 6, 2021, Union Leasing, Inc. ("Union"), filed a *Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362* (the "Motion") (*docket no. 96*). The Motion is set for hearing on January 27, 2021, at 11:00 a.m. The Debtors' opposition to the Motion is due on January 13, 2021. Union's reply is due on January 20, 2021.

Union and the Debtors have agreed upon the general terms of an agreement that resolves the Motion and any objection that Union might have to the Debtors' pending motion for authority to use cash collateral. The parties hope to file a stipulated resolution with the Court on or before January 20, 2021, with the expectation that the stipulated terms will be included in the order to be entered with respect to the Motion.

In the unlikely event that the parties are unable to agree to the exact terms of the stipulated order, the parties will ask the Court to continue the hearing to February 10, 2021, to be heard at the same time as other matters to be heard in this case, with opposition and reply deadlines extended accordingly.

DATED: January 13, 2021        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: */s/ John N. Tedford, IV*
JOHN N. TEDFORD, IV
Attorneys for Airport Van Rental, Inc. and
affiliated Debtors and Debtors in Possession

DATED: January 13, 2021        HONIGMAN LLP

By: *Glenn Walter*
GLENN S. WALTER
Attorneys for Union Leasing, Inc.

1633134.1  26988                    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TENTATIVE RESOLUTION RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY UNION LEASING, INC**.  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 13, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On (*date*) January 13, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 13, 2021 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1633205.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Michael G D'Alba on behalf of Debtor AVR Vanpool, Inc., a California corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a California corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

M Douglas Flahaut on behalf of Interested Party INTERESTED PARTY
flahaut.douglas@arentfox.com

Evelina Gentry on behalf of Creditor United Rental Group, LLC f/k/a Mile Fleet, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Lydia A Hewett on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
lydia.hewett@cpa.state.tx.us

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Courtney J Hull on behalf of Interested Party Courtesy NEF
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Matthew F Kye on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd.
mkye@kyelaw.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

Elan S Levey on behalf of Interested Party Courtesy NEF
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Haleh C Naimi on behalf of Creditor 1st Source Bank
hnaimi@advocatesolutionsinc.com

1633205.1  26988  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**

Tom Roddy Normandin on behalf of Creditor AFC CAL, LLC
tnormandin@pnbd.com, srichards@pnbd.com;cathyjones@pnbd.com;msmigura@pnbd.com

Jeremy V Richards on behalf of Creditor Priceline.com
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Zev Shechtman on behalf of Debtor AVR Vanpool, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Richard A Solomon on behalf of Creditor Hitachi Capital America Corp.
richard@sgswlaw.com

John N Tedford, IV on behalf of Debtor Airport Van Rental, Inc., a California corporation
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Glenn S Walter on behalf of Creditor Union Leasing, Inc.
gwalter@honigman.com

Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

**2. SERVED BY U.S. MAIL**

Debtor and Debtor-in-Possession
Airport Van Rental, Inc., a California
corporation
12911 Cerise Avenue
Hawthorne, CA 90250

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

1633205.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST, SECURED CREDITORS AND INTERESTED PARTIES**

| | | |
|---|---|---|
| 1st Source Bank - PPP<br>Attn David W Cripe<br>100 N Michigan Street 3rd Fl<br>South Bend, IN  46601 | Merchants Fleet<br>Attn Robert Singer<br>14 Central Park Drive 1st Floor<br>Hooksett, NH  03106 | United Leasing Inc<br>Attn Rebecca S. Korba, IRP Paralegal<br>3700 Morgan Ave<br>Evansville, IN  47715 |
| Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd NE Ste 9100<br>Atlanta, GA  30303-1751 | Automotive Finance Corporation<br>Attn Josh Risch<br>11299 N Illinois Street<br>Carmel, IN  46032 | Brady Ervin and David Conn<br>4901 Wilkinson Blvd<br>Charlotte, NC  28208 |
| California Department of Tax<br>and Fee Administration<br>1015 Ave Of Science  Ste 200<br>San Diego, CA  92128-3434 | Carlos Simon<br>c/o David Spivak Esq<br>The Spivak Law Firm<br>16530 Ventura Blvd Suite 203<br>Encino, CA  91436 | City Of Atlanta Dept Of Aviation<br>Attn:  John Selden, Airport Gen'l Mgr.<br>6000 N Terminal Pkwy<br>Atlanta, GA  30320 |
| Comerica Bank, Curtis C. Farmer,<br>Chairman, President and CEO<br>Department #166901<br>1717 Main Street<br>Dallas, TX  75201 | Expedia Inc<br>1111 Expedia Group Way W<br>Seattle, WA  98119 | Hincklease<br>Attn Brian Baker<br>2305 South Presidents Drive<br>Suite F<br>West Valley City, UT  84120 |
| Hitachi Capital America Corp<br>Attn Carol Owen<br>800 Connecticut Ave<br>4th Floor N<br>Norwalk, CT  06854 | Jeffery A Johnson, Attys. for 1st Source Bank<br>May Oberfell Lorber<br>302 S. Front Street, Suite C<br>Dowagiac, MI  49047 | Jeffery A Johnson, Attys. for 1st Source Bank<br>May Oberfell Lorber<br>4100 Edison Lakes Parkway Suite 100<br>Mishawaka, IN  46545 |
| Juana Becerra, Cruz Becerra<br>Daniel Becerra & Adrian Becerra<br>c/o Eric Bershatisk<br>15233 Ventura Blvd Ste 707<br>Sherman Oaks, CA  91403 | Jules & Associates<br>Attn Ryan Gonzales<br>515 South Figueroa Street<br>Suite 1900<br>Los Angeles, CA  90071 | Michael Q Wallin Esq<br>26000 Towne Centre Drive Ste 130<br>Foothill Ranch, CA  92610 |
| Penrod Keith, Shareholder, Attys. for Hincklease<br>Dentons Durham Jones Pinegar P.C.<br>111 South Main Street, Suite 2400<br>Salt Lake City, UT  84111 | Pep Boys<br>Attn Laika Prince<br>3111 W Allegheny Ave<br>Philadelphia, PA  19132-0445 | Rockpile Capital LLC<br>27127 Calle Arroyo Suite 1910<br>San Juan Capistrano, CA  92675 |
| Selig Leasing Company<br>Attn Kent Boskovich<br>2510 S 108th St Suite A<br>Milwaukee, WI  53227 | Sutton Leasing Inc (Michigan)<br>Attn Benjamin Smith<br>3555 East 14 Mile Road<br>Sterling Heights, MI  48310 | Union Leasing Inc (Illinois)<br>Attn Roger Setzke<br>425 N Martingale Rd 6th Floor<br>Schaumburg, IL  60173 |

1633205.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| United Mile Fleet<br>a/k/a United Rental Group LLC<br>PO Box 5225<br>Evansville, IN  47716-5225 | United Mile Fleet LLC<br>a/k/a United Rental Group LLC<br>c/o Akerman LLP attn: Erica Gomer<br>350 East Olas Blvd. Ste 1600<br>Fort Lauderdale, FL  33301 | United Mile Fleet LLC<br>a/k/a United Rental Group LLC<br>c/o Akerman LLP/Joshua R Mandell<br>601 West Fifth St Ste 300<br>Los Angeles, CA  90071 |
| Wells Fargo Bank, N.A.<br>1717 Grant Street<br>Denver, CO  80203 | Wesco Insurance Co<br>c/o Aires Law Firm<br>6 Hughes Suite 205<br>Irvine, CA  92618 | Bank of the West<br>Attn:  C T Corporation System, Agent for Service of Process<br>818 W. Seventh St., Suite 930<br>Los Angeles, CA  90017 |
| U. S. Small Business Administration<br>Office of the General Counsel<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA  90012 | United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC  20044 | 1st Source Corporation<br>Attn:  Andrea G. Short, Registered Agent<br>100 N. Michigan St., 3rd Floor<br>South Bend, IN  46601 |
| Comerica Bank<br>Attn: Corporate Creations Network, Inc.,<br>Agent for Service of Process<br>4640 Admiralty Way, 5th Floor<br>Marina del Rey, CA  90292 | Allen Brotherton Knox Esq, Attys. for Brady Ervin and David Conn<br>Knox Brotherton Knox & Godfrey<br>816 E Trade St, PO Box 30848<br>Charlotte, NC  28230 | Wesco Insurance Co<br>59 Maiden Lane 43rd Floor<br>New York, NY  10038 |
| Nevada Department of Taxation<br>Attn:  Randy Asbell<br>2550 Paseo Verde Pkwy #180<br>Henderson, NV  89074 | Nevada Department Of Taxation<br>1550 College Parkway # 115<br>Carson City NV 89706-0000 | Texas Controller Office<br>Attn: Monique Parker<br>Lyndon B. Johnson State Off Bldg<br>111 East 17th Street 9th Floor<br>Austin, TX  78774 |
| Hampton Dunson<br>c/o Gabroy Law Offices<br>170 S Green Valley Pkwy Suite 280<br>Henderson, NV  89012 | LCA Bank Corporation<br>3150 Livernois Road, Suite 300<br>Troy, MI  48083-0000 | LCA Bank Corporation<br>PO Box 1650<br>Troy, MI 48099-1650 |
| LCA Bank Corporation<br>Attn:  Thomas T. Billings, Registered Agent<br>201 S. Main Street, Suite 1800<br>Salt Lake City, UT  84111 | Courtney J Hull<br>Assistant Attorney General<br>Texas Controller's Office<br>Bankruptcy & Collections<br>Div MC 008<br>P. O. Box 12548<br>Austin, TX   78711-2548 | Counsel for Small Business Administration<br>Elan S. Levey, Esq.<br>Office of the United States Attorney<br>300 N. Los Angeles St., Ste. 7516<br>Los Angeles, CA  90012 |
| Sumitomo Mitsui Finance and Leasing Company, Ltd.<br>CSC Lawyers Incorporation Service,<br>Agent for Service of Process<br>251 Little Falls Drive<br>Wilmington, DE  19808 | Sumitomo Mitsui Finance and Leasing Company, Ltd.<br>Masaki Tachibana, President and CEO<br>666 Third Avenue<br>New York, NY  10017 | United States Attorney's Office<br>Civil Process Clerk<br>300 N. Los Angeles St., Room 7516<br>Los Angeles, CA  90012 |

1633205.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Bank of the West<br>Nandita Bakhshi, President and CEO<br>180 Montgomery Street, 25th Floor<br>San Francisco, CA  94104 | Wells Fargo Bank, N.A.<br>Charles W Sharf, President and CEO<br>420 Montgomery Street<br>San Francisco, CA  94104 | Wells Fargo Bank, N.A.<br>Attn:  CSC-Lawyers Incorporating<br>Service, Agent for Service of Process<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA  95833 |

1633205.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**