JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
MICHAEL G. D'ALBA (State Bar No. 264403)
*mdalba@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed Attorneys for Airport Van Rental, Inc.
and affiliated Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-20876-BB |
| AIRPORT VAN RENTAL, INC., et al.,[1] | Chapter 11 (Jointly Administered) |
| Debtors and Debtors in Possession. | **STATUS REPORT** |
| | Date:       January 27, 2021<br>Time:       10:00 a.m.<br>Place:      Courtroom 1539, 15th Fl.<br>               255 E. Temple St.<br>               Los Angeles, CA 90012 |
| ☒      Affects all Debtors | |
| ☐      Affects the following Debtor(s): | **[Hearing by ZoomGov][2]** |

[1]  Pursuant to an order of the Court, this case is being jointly administered with four chapter 11 cases filed by affiliated entities.  Such entities are Airport Van Rental, Inc., a Georgia corporation, case no. 2:20-bk-20877-BB; Airport Van Rental, Inc., a Nevada corporation, case no. 2:20-bk-20878-BB; Airport Van Rental, LLP, a Texas limited liability partnership, case no. 2:20-bk-20882-BB; and AVR Vanpool, Inc., a California corporation, case no. 2:20-bk-20883-BB.

[2] Information for ZoomGov appearance available at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx [Use the tab labelled, "Select Judge," on the left hand side of the  screen to select "(BB) Sheri Bluebond" from the drop down menu.]

**A.**     <u>Brief description of the debtor's business and operations, if any, and the principal assets and liabilities of each bankruptcy estate</u>

The Debtors are in the business of renting vehicles, especially large passenger vans, minivans, and SUVs, to individual consumers, corporations, and governmental entities.  The Debtors currently employ approximately 60 employees.  After reducing the extent of their business operations due to the pandemic, the Debtors are now operating in 7 cities in five states, with locations near major airports.

**B.**     <u>Brief answers to these questions:</u>

    1.     What precipitated the bankruptcy filing?

The Debtors' business has been reduced largely due to the effect of the Covid-19 pandemic.  85% of the Debtors' business is based on retail customers, and the retail portion of the Debtors' business has been affected by the decline in air travel that has resulted from the pandemic.

The Debtors are liable for the full acquisition price of the vehicles used in their business.  However, the values of those vehicles have declined as has the income stream resulting from their rentals.  The financiers of the vehicles have threatened to take action to pursue their rights under existing financing agreements.

The Debtors hired outside professionals to evaluate the reorganization of the Debtors' business or the sale of some or all assets.  The Debtors have also implemented an adequate protection program (initiated prepetition) as to the vehicle financiers.

    2.     What does the debtor hope to accomplish in this chapter 11 case?

The Debtors hope to reorganize through the chapter 11 plan process or sell certain of their assets and assign certain of their contractual rights and liabilities to a new company.

The Debtors may propose a plan that treats the Debtors and certain non-debtor entities as a single substantively consolidated entity, pays financing companies the full amount of the secured portion of claims, and uses future earnings to make distributions to general unsecured creditors.

Whether the Debtors pursue a liquidation or seek confirmation of a plan of reorganization, the Debtors intend to operate and maintain their business and assets, including the fleets of vehicles in which financiers have interests; to continue to make adequate protection payments; and to continue to sell vehicles and pay the net sale proceeds to financing companies.

3.      What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?

Major disputes and questions may include:  Whether the estates should be substantively consolidated; whether lenders have perfected their security interests and, if so, as to what collateral; whether loans/leases and security agreements have been properly documented by lenders/lessees; whether certain agreements for the supply of vehicles constitute true leases or disguised financing arrangements; whether the Debtors can procure a source or sources of new financing to continue to acquire new vehicles in the ordinary course; whether the Debtors maintain relationships with online travel agencies and which one(s).

4.      How does the debtor recommend that these disputes be resolved and why?

The Debtors hope to resolve most, if not all, of their disputes consensually and to gain the support of most or all stakeholders for a plan of reorganization or sale that will be economically beneficial to the vehicle financiers and treat unsecured creditors fairly.  If the Debtors are unable to accomplish this, the Debtors may seek to sell certain of its assets and assign certain contract rights in an effort to maximize the value of the estate.

5.      Has the debtor complied with all of its duties under 11 U.S.C. Sections 521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not why not?

To the best of the Debtors' knowledge, yes.

6.      Do any parties claim an interest in cash collateral of the debtor?

Yes

7.      Is the debtor using cash that any party claim as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party?

By an order entered on December 18, 2020, docket no. 63, the Court authorized the Debtors "to use cash collateral on an interim basis through the close of business on January 29, 2021," subject to a 10 percent variance per line item in Exhibit "7" attached to the Appendix of Exhibits field by the Debtors on December 11, 2020, docket no. 16.  A hearing on the continued use of cash collateral is scheduled for January 27, 2021, at 11:00 a.m.  The Debtors originally intended to ask at that hearing for authority to use cash collateral through June 30, 2021, but the request has been modified to be one for interim relief through February 26, 2021, with a final hearing on February 24, 2021, at which time the Debtors will request authority to use cash collateral through June.

**C.      The identity of all professionals retained or to be retained by the bankruptcy estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment;**

Danning, Gill, Israel & Krasnoff, LLP, December 30, 2020, docket no. 83, general bankruptcy counsel.

CSA Partners LLC, December 30, 2020, docket no. 84, financial restructuring services.

Kevin S. Tierney, December 30, 2020, docket no. 85, Chief Reorganization Officer.  (The Debtors intend to supplement this application to reflect that Mr. Tierney is "CRO" in title only, and is actually an outside consultant and does not have management authority.)

Joel Glaser, PC, special business litigation counsel, whose employment application is not yet filed.

**D.**    <u>In operating cases, evidence regarding projected income and expenses for the first six months of the case;</u>

The Debtors' current projections extend through the first 16 weeks of this case. The projections for the first 16 weeks of the case are attached hereto as Exhibit 1. Projections for the first six months of the case are not yet available. The Debtors are in the process of preparing such projections.

**E.**    <u>Proposed deadlines for the filing of claims and objections to claims;</u>

March 12, 2021 as a deadline to file general unsecured claims. No deadline to object to claims to be set at this time.

**F.**    <u>A proposed deadline for the filing of a plan and disclosure statement</u>

May 15, 2021.

**G.**    <u>A discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts</u>

Prior to the Petition Date, a number of locations of the Debtors were closed in response to the pandemic. The Debtors have vacated such premises and the leases are of no value and benefit to the bankruptcy estate and are burdensome. Accordingly, the Debtors have filed a motion, docket no. 76, by which they seek to reject the leases for the parcels of nonresidential real property set forth below:

| Location | Landlord | Property Address |
|---|---|---|
| Charlotte, NC | Brady Ervin & Dave Conn | 4901 Wilkinson Blvd. Charlotte, NC  28208 |
| Chicago, IL | KTR Illinois, LLC | Schiller Park 2 10501-10505 Delta Parkway Shiller Park, IL  60176 |

| Indianapolis, IN | 8639 W. Washington St., LLC | 8639 W. Washington St. Indianapolis, IN  46231 |
|---|---|---|
| Long Beach, CA | YHB Long Beach, LLC | 2640 N. Lakewood Blvd. Long Beach, CA  90815 |
| Ontario, CA | John Roubian | 118 S. Malcom Ave. Ontario, CA  91761<br><br>630 & 636 E. Holt Blvd. Ontario, CA  91761 |
| Orange County, CA | Rockpile Capital, LLC | 2073 Harbor Blvd. Costa Mesa, CA  92627 |
| Phoenix, AZ | Grandilla (Arizona), Inc., and Foot Creek Corp. of Arizona | 50 South 24th Street Phoenix, AZ  85034 |
| Sacramento, CA | Stockton Blvd. Partners, LLC | 731 N. Market Blvd., Unit W Sacramento, CA  95834 |
| Salt Lake City, UT | Om Shivam Hospitality, LLC | 1659 West North Temple Salt Lake City, UT  84116 |
| San Diego, CA | Body Beautiful Car Wash, Inc. | 904 W. Grape St. San Diego, CA  92101 |
| San Jose, CA | Kevin Wennergren | 312 Brokaw Rd. Santa Clara, CA  95050 |

The Debtors intend to assume leases of nonresidential real property where the Debtors are still operating.  Such property includes 820 Malcom, Burlingame, California; 3312 Valley View Lane, Irving, Texas; 5650 Greens Road, Houston, Texas; 3120 Sylvan Road, Hapeville, Georgia; 17901 81st Avenue, Commerce City, Colorado; and 7040 Gilespie Street, Las Vegas, Nevada; and office space and a limited number of parking spaces at the Four Points by Sheraton Los Angeles International Airport.

The Debtors receive certain of their online bookings through Priceline.  The Debtors and Priceline are parties to a Retail Car Rental Service Participation Agreement (the "Agreement").  On December 31, 2020, Priceline filed a motion for relief from the automatic stay, docket no. 89, by which Priceline seeks authority to exercise its right to terminate the Agreement.

The Debtors have contracts with governmental and non-governmental entities pursuant to which the Debtors lease vans used for delivery services, vanpools, and other general uses.  At this

1   time, the Debtors intends to assume these contracts through a plan, or assign them to a buyer if the

2   Debtors sell/assign certain of their assets.

3

4   DATED:  January 13, 2021                DANNING, GILL, ISRAEL & KRASNOFF, LLP

5

6

7                                          By:    _____/s/ Michael G. D'Alba_____
                                                  MICHAEL G. D'ALBA
8                                                 Attorneys for Airport Van Rental, Inc. and
                                                  affiliated Debtors and Debtors in Possession
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

**AIRPORT VAN RENTAL, INC.**
**CASH FLOW PROJECTION - 16 Week** *(3 wk actual + 13wk forecast)*
**UPDATE: As of 01/04/2021**

| CASH FORECAST | DESCRIPTIONS | *Actual* Week 0 12/11/2020 | *Actual* Week 1 12/18/2020 |
|---|---|---|---|
| v.01.04.2021 | Week Ending | | |
| **BEGINNING CASH** | | $    2,364,959 | $    2,364,959 |
| **Expenses:** | | | |
| **Employee:** | | | |
| Payroll | Employee Payroll-HRC Payroll | $         - | $      (32,426) |
| Kaiser (Health) | Employee Health Insurance | $         - | $         - |
| Anthem | Employee Health & Life Insurance | $         - | $         - |
| United Concordia | Employee Dental Insurance | $         - | $         - |
| Berkshire | Workers Compensation | $         - | $         - |
| **Facility:** | | | |
| Rent | Rent | $         - | $         - |
| Utilities | Divisions Water, Gas, Internet, Waste, Electricity, Cell Phones, Security | $         - | $         - |
| Storage | Storage utilities | $         - | $         - |
| **Operations:** | | | |
| Priceline/Expedia | Online Travel Agent | $         - | $         - |
| Travelport | Online Travel Agent | $         - | $         - |
| Ace | Online Travel Agent | $         - | $         - |
| Online Website Marketing | Online Marketing/Sales | $         - | $         - |
| IPFS-Finance Company for GL | General Liability Insurance | $         - | $         - |
| LBW | Auto Insurance | $         - | $         - |
| Commercial Vehicle Insurance | Vanpool Insurance | $         - | $         - |
| Comerica - Credit Card | IT, Fuel, Shipping, Utilities, Marketing(Google PPC), Minor Maintenance | $         - | $         - |
| Bank Fees | Bank fees | $         - | $      (2,932) |
| Sales and Use/MVR Taxes | Sales/Use/MV/Other Tax | $         - | $         - |
| Maintenance-Body | Vehicle Maintenance | $         - | $         - |
| Microsoft | Software Licensing | $         - | $         - |
| Amadeus | ERP System Link | $         - | $         - |
| America Driving Record | Vehicle License-Registration | $         - | $         - |
| Contractor Payments | 1099 - Admin and Drivers | $         - | $         - |
| Vehicle Renter Liability Claims | Rental liability claims | $         - | $         - |
| Vendor Held Vehicles | Vendor held vehicles | $         - | $         - |
| **Restructuring:** | | | |
| Lender Adequate Protection Payments | Monthly vehicle usage | $         - | $         - |
| SBA-EIDL Adequate Protection Payment | EIDL Interest Payment | $         - | $         - |
| US Trustee Fee | Filing Fee | $         - | $         - |
| Utility Deposit | Utility Deposit | $         - | $         - |
| Lawyers and Consultants | Legal and consulting | $         - | $         - |
| Expense Contingency | Forecasting expense contingency | $         - | $         - |
| **Total Expenses** | | $         - | $      (35,359) |
| **Total Cash Receipts** | | $         - | $     297,437 |
| **ENDING CASH** | | $    2,364,959 | $    2,627,038 |

**008**

**AIRPORT VAN RENTAL, INC.**
**CASH FLOW PROJECTION - 16 Week** *(3 wk actual*
**UPDATE: As of 01/04/2021**

| | *Actual* | *Actual* | *Forecast* |
|---|---|---|---|
| **CASH FORECAST** | **Week 2** | **Week 3** | **Week 4** |
| v.01.04.2021 | 12/25/2020 | 1/1/2021 | 1/8/2021 |
| **BEGINNING CASH** | $ 2,627,038 | $ 2,427,464 | $ 2,690,620 |
| **Expenses:** | | | |
| **Employee:** | | | |
| Payroll | $ (69,441) | $ - | $ (110,000) |
| Kaiser (Health) | $ - | $ - | $ (7,300) |
| Anthem | $ - | $ - | $ (25,000) |
| United Concordia | $ - | $ - | $ (2,100) |
| Berkshire | $ - | $ - | $ (2,000) |
| **Facility:** | | | |
| Rent | $ (56,495) | $ - | |
| Utilities | $ - | $ - | $ (13,203) |
| Storage | $ - | $ - | $ (1,000) |
| **Operations:** | | | |
| Priceline/Expedia | $ - | $ - | $ (100,000) |
| Travelport | $ - | $ - | $ (15,000) |
| Ace | $ - | $ - | $ - |
| Online Website Marketing | $ - | $ - | $ - |
| IPFS-Finance Company for GL | $ - | $ - | $ (5,502) |
| LBW | $ - | $ - | $ (5,000) |
| Commercial Vehicle Insurance | $ - | $ - | $ (183,759) |
| Comerica - Credit Card | $ - | $ - | $ (100,000) |
| Bank Fees | $ - | $ - | $ (5,000) |
| Sales and Use/MVR Taxes | $ - | $ - | $ (52,858) |
| Maintenance-Body | $ - | $ (38,157) | $ - |
| Microsoft | $ - | $ - | $ - |
| Amadeus | $ - | $ - | $ (1,000) |
| America Driving Record | $ - | $ - | $ (72,800) |
| Contractor Payments | $ - | $ (13,045) | $ (20,000) |
| Vehicle Renter Liability Claims | $ - | $ - | $ (10,000) |
| Vendor Held Vehicles | $ - | $ - | $ - |
| **Restructuring:** | | | |
| Lender Adequate Protection Payments | $ (307,280) | $ - | $ - |
| SBA-EIDL Adequate Protection Payment | $ (1,563) | | |
| US Trustee Fee | $ - | $ - | $ - |
| Utility Deposit | $ (13,203) | $ - | $ - |
| Lawyers and Consultants | $ - | $ - | $ - |
| Expense Contingency | $ - | $ - | $ - |
| **Total Expenses** | $ (447,982) | $ (51,202) | $ (731,522) |
| **Total Cash Receipts** | $ 248,408 | $ 314,358 | $ 226,021 |
| **ENDING CASH** | $ 2,427,464 | $ 2,690,620 | $ 2,185,119 |

**009**

**AIRPORT VAN RENTAL, INC.**
**CASH FLOW PROJECTION - 16 Week** *(3 wk actual*
**UPDATE: As of 01/04/2021**

| | Forecast | Forecast | Forecast |
|---|---|---|---|
| **CASH FORECAST** | **Week 5** | **Week 6** | **Week 7** |
| v.01.04.2021 | 1/15/2021 | 1/22/2021 | 1/29/2021 |
| **BEGINNING CASH** $ | **2,185,119** | $ **2,325,467** | $ **2,085,576** |
| **Expenses:** | | | |
| **Employee:** | | | |
| Payroll | $ - | $ (110,000) | $ - |
| Kaiser (Health) | $ - | $ - | $ - |
| Anthem | $ - | $ - | $ - |
| United Concordia | $ - | $ - | $ - |
| Berkshire | $ - | $ (2,000) | $ - |
| **Facility:** | | | |
| Rent | $ - | $ - | $ - |
| Utilities | $ - | $ - | $ - |
| Storage | $ - | $ - | $ - |
| **Operations:** | | | |
| Priceline/Expedia | $ - | $ - | $ - |
| Travelport | $ - | $ - | $ - |
| Ace | $ (15,000) | $ - | $ - |
| Online Website Marketing | $ (5,000) | $ - | $ - |
| IPFS-Finance Company for GL | $ - | $ - | $ - |
| LBW | $ - | $ - | $ - |
| Commercial Vehicle Insurance | $ - | $ (50,000) | $ - |
| Comerica - Credit Card | $ - | $ - | $ - |
| Bank Fees | $ - | $ - | $ (1,500) |
| Sales and Use/MVR Taxes | $ - | $ - | $ (65,468) |
| Maintenance-Body | $ - | $ - | $ (30,000) |
| Microsoft | $ (400) | $ - | $ - |
| Amadeus | $ - | $ - | $ - |
| America Driving Record | $ - | $ - | $ (15,000) |
| Contractor Payments | $ - | $ (35,000) | $ - |
| Vehicle Renter Liability Claims | $ - | $ - | $ (10,000) |
| Vendor Held Vehicles | $ - | $ (10,000) | $ - |
| **Restructuring:** | | | |
| Lender Adequate Protection Payments | $ - | $ (325,000) | $ - |
| SBA-EIDL Adequate Protection Payment | | $ (1,563) | |
| US Trustee Fee | $ - | $ - | $ (4,875) |
| Utility Deposit | $ - | $ - | $ - |
| Lawyers and Consultants | $ - | $ - | $ (75,000) |
| Expense Contingency | $ - | $ - | $ (35,000) |
| **Total Expenses** $ | **(20,400)** | $ **(533,563)** | $ **(236,843)** |
| **Total Cash Receipts** | $ 160,747 | $ 293,672 | $ 247,851 |
| **ENDING CASH** $ | **2,325,467** | $ **2,085,576** | $ **2,096,584** |

**0010**

**AIRPORT VAN RENTAL, INC.**
**CASH FLOW PROJECTION - 16 Week** *(3 wk actual*
**UPDATE: As of 01/04/2021**

| | Forecast | Forecast | Forecast |
|---|---|---|---|
| **CASH FORECAST** | **Week 8** | **Week 9** | **Week 10** |
| v.01.04.2021 | 2/5/2021 | 2/12/2021 | 2/19/2021 |
| **BEGINNING CASH** $ | **2,096,584** | $ **1,882,460** | $ **2,050,293** |
| **Expenses:** | | | |
| **Employee:** | | | |
| Payroll | $ (125,000) | $ - | $ (110,000) |
| Kaiser (Health) | $ (7,300) | $ - | $ - |
| Anthem | $ (25,000) | $ - | $ - |
| United Concordia | $ (2,100) | $ - | $ - |
| Berkshire | $ (2,000) | $ - | $ (2,000) |
| **Facility:** | | | |
| Rent | $ (60,995) | $ - | $ - |
| Utilities | $ (13,203) | $ - | $ - |
| Storage | $ (1,000) | $ - | $ - |
| **Operations:** | | | |
| Priceline/Expedia | $ (25,000) | $ - | $ - |
| Travelport | $ (15,000) | $ - | $ - |
| Ace | $ - | $ (15,000) | $ - |
| Online Website Marketing | $ - | $ - | $ (5,000) |
| IPFS-Finance Company for GL | $ (5,502) | $ - | $ - |
| LBW | $ (5,000) | $ - | $ - |
| Commercial Vehicle Insurance | $ - | $ - | $ - |
| Comerica - Credit Card | $ (100,000) | $ - | $ - |
| Bank  Fees | $ - | $ - | $ - |
| Sales and Use/MVR Taxes | $ - | $ - | $ - |
| Maintenance-Body | $ - | $ - | $ - |
| Microsoft | $ - | $ (400) | $ - |
| Amadeus | $ (1,000) | $ - | $ - |
| America Driving Record | $ - | $ (15,000) | $ - |
| Contractor Payments | $ (35,000) | $ - | $ (35,000) |
| Vehicle Renter Liability Claims | $ - | $ - | $ - |
| Vendor Held Vehicles | $ - | $ - | $ (10,000) |
| **Restructuring:** | | | |
| Lender Adequate Protection Payments | $ - | $ - | $ - |
| SBA-EIDL Adequate Protection Payment | | | |
| US Trustee Fee | $ - | $ - | $ - |
| Utility Deposit | $ - | $ - | $ - |
| Lawyers and Consultants | $ - | $ - | $ - |
| Expense Contingency | $ - | $ - | $ - |
| **Total Expenses** $ | **(423,100)** | $ **(30,400)** | $ **(162,000)** |
| **Total Cash Receipts** | $ **208,976** | $ **198,233** | $ **344,455** |
| **ENDING CASH** $ | **1,882,460** | $ **2,050,293** | $ **2,232,748** |

**AIRPORT VAN RENTAL, INC.**
**CASH FLOW PROJECTION - 16 Week** *(3 wk actual*
**UPDATE: As of 01/04/2021**

| | Forecast | Forecast | Forecast |
|---|---|---|---|
| **CASH FORECAST** | **Week 11** | **Week 12** | **Week 13** |
| v.01.04.2021 | 2/26/2021 | 3/5/2021 | 3/12/2021 |
| **BEGINNING CASH** $ | 2,232,748 | $ 1,855,481 | $ 1,764,689 |
| *Expenses:* | | | |
| **Employee:** | | | |
| Payroll | $ - | $ (110,000) | $ - |
| Kaiser (Health) | $ - | $ (7,300) | $ - |
| Anthem | $ - | $ (25,000) | $ - |
| United Concordia | $ - | $ (2,100) | $ - |
| Berkshire | $ - | $ (2,000) | $ - |
| **Facility:** | | | |
| Rent | $ - | $ (60,995) | $ - |
| Utilities | $ - | $ (13,203) | $ - |
| Storage | $ - | $ (1,000) | $ - |
| **Operations:** | | | |
| Priceline/Expedia | $ - | $ (25,000) | $ - |
| Travelport | $ - | $ (15,000) | $ - |
| Ace | $ - | $ - | $ - |
| Online Website Marketing | $ - | $ - | $ - |
| IPFS-Finance Company for GL | $ - | $ (5,502) | $ - |
| LBW | $ - | $ (5,000) | $ - |
| Commercial Vehicle Insurance | $ (50,000) | $ - | $ - |
| Comerica - Credit Card | $ - | $ (100,000) | $ - |
| Bank Fees | $ (1,500) | $ - | $ - |
| Sales and Use/MVR Taxes | $ (71,890) | $ - | $ - |
| Maintenance-Body | $ (60,000) | $ - | $ - |
| Microsoft | $ - | $ - | $ (400) |
| Amadeus | $ - | $ (1,000) | $ - |
| America Driving Record | $ (15,000) | $ - | $ - |
| Contractor Payments | $ - | $ (35,000) | $ - |
| Vehicle Renter Liability Claims | $ (10,000) | $ - | $ - |
| Vendor Held Vehicles | $ - | $ - | $ - |
| **Restructuring:** | | | |
| Lender Adequate Protection Payments | $ (325,000) | $ - | $ - |
| SBA-EIDL Adequate Protection Payment | $ (1,563) | | |
| US Trustee Fee | $ - | $ - | $ - |
| Utility Deposit | $ - | $ - | $ - |
| Lawyers and Consultants | $ (75,000) | $ - | $ - |
| Expense Contingency | $ (35,000) | $ - | $ - |
| **Total Expenses** $ | (644,953) | $ (408,100) | $ (400) |
| **Total Cash Receipts** | 267,685 | $ 317,308 | $ 317,308 |
| **ENDING CASH** $ | 1,855,481 | $ 1,764,689 | $ 2,081,597 |

**AIRPORT VAN RENTAL, INC.**
**CASH FLOW PROJECTION - 16 Week** *(3 wk actual*
**UPDATE: As of 01/04/2021**

| CASH FORECAST | Forecast Week 14 | Forecast Week 15 | Forecast Week 16 |
|---|---|---|---|
| v.01.04.2021 | 3/19/2021 | 3/26/2021 | 4/2/2021 |
| **BEGINNING CASH** | $ 2,081,597 | $ 2,183,738 | $ 1,947,716 |
| **Expenses:** | | | |
| **Employee:** | | | |
| Payroll | $ (110,000) | $ - | $ (110,000) |
| Kaiser (Health) | $ - | $ - | $ (7,300) |
| Anthem | $ - | $ - | $ (25,000) |
| United Concordia | $ - | $ - | $ (2,100) |
| Berkshire | $ (2,000) | $ - | $ (2,000) |
| **Facility:** | | | |
| Rent | $ - | $ - | $ (60,995) |
| Utilities | $ - | $ - | $ (13,203) |
| Storage | $ - | $ - | $ (1,000) |
| **Operations:** | | | |
| Priceline/Expedia | $ - | $ - | $ (25,000) |
| Travelport | $ - | $ - | $ (15,000) |
| Ace | $ - | $ - | $ - |
| Online Website Marketing | $ (5,000) | $ - | $ - |
| IPFS-Finance Company for GL | $ - | $ - | $ (5,502) |
| LBW | $ - | $ - | $ (5,000) |
| Commercial Vehicle Insurance | $ - | $ (50,000) | $ - |
| Comerica - Credit Card | $ - | $ - | $ - |
| Bank Fees | $ - | $ (1,500) | $ - |
| Sales and Use/MVR Taxes | $ - | $ (71,890) | $ - |
| Maintenance-Body | $ - | $ (60,000) | $ - |
| Microsoft | $ - | $ - | $ - |
| Amadeus | $ - | $ - | $ (1,000) |
| America Driving Record | $ - | $ (15,000) | $ - |
| Contractor Payments | $ (35,000) | $ - | $ (35,000) |
| Vehicle Renter Liability Claims | $ - | $ (10,000) | $ - |
| Vendor Held Vehicles | $ - | $ - | $ - |
| **Restructuring:** | | | |
| Lender Adequate Protection Payments | $ - | $ (325,000) | $ - |
| SBA-EIDL Adequate Protection Payment | | $ (1,563) | |
| US Trustee Fee | $ - | $ - | $ - |
| Utility Deposit | $ - | $ - | $ - |
| Lawyers and Consultants | $ - | $ (75,000) | $ - |
| Expense Contingency | $ - | $ (35,000) | $ - |
| **Total Expenses** | $ (152,000) | $ (644,953) | $ (308,100) |
| **Total Cash Receipts** | $ 254,141 | $ 408,931 | $ 385,312 |
| **ENDING CASH** | $ 2,183,738 | $ 1,947,716 | $ 2,024,928 |

**0013**

**AIRPORT VAN RENTAL, INC.**
**CASH FLOW PROJECTION - 16 Week** *(3 wk actual*
**UPDATE: As of 01/04/2021**

| CASH FORECAST | | |
|---|---|---|
| **v.01.04.2021** | **SUMMARY** | |
| | | |
| **BEGINNING CASH** | $ | **2,364,959** |
| | | |
| **Expenses:** | | |
| **Employee:** | | |
| Payroll | $ | (886,867) |
| Kaiser (Health) | $ | (29,200) |
| Anthem | $ | (100,000) |
| United Concordia | $ | (8,400) |
| Berkshire | $ | (14,000) |
| **Facility:** | | |
| Rent | $ | (239,481) |
| Utilities | $ | (52,812) |
| Storage | $ | (4,000) |
| **Operations:** | | |
| Priceline/Expedia | $ | (175,000) |
| Travelport | $ | (60,000) |
| Ace | $ | (30,000) |
| Online Website Marketing | $ | (15,000) |
| IPFS-Finance Company for GL | $ | (22,008) |
| LBW | $ | (20,000) |
| Commercial Vehicle Insurance | $ | (333,759) |
| Comerica - Credit Card | $ | (300,000) |
| Bank Fees | $ | (12,432) |
| Sales and Use/MVR Taxes | $ | (262,106) |
| Maintenance-Body | $ | (188,157) |
| Microsoft | $ | (1,200) |
| Amadeus | $ | (4,000) |
| America Driving Record | $ | (132,800) |
| Contractor Payments | $ | (243,045) |
| Vehicle Renter Liability Claims | $ | (40,000) |
| Vendor Held Vehicles | $ | (20,000) |
| **Restructuring:** | | |
| Lender Adequate Protection Payments | $ | (1,282,280) |
| SBA-EIDL Adequate Protection Payment | $ | (6,252) |
| US Trustee Fee | $ | (4,875) |
| Utility Deposit | $ | (13,203) |
| Lawyers and Consultants | $ | (225,000) |
| Expense Contingency | $ | (105,000) |
| **Total Expenses** | $ | **(4,830,877)** |
| | | |
| **Total Cash Receipts** | $ | **4,490,845** |
| | | |
| **ENDING CASH** | $ | **2,024,928** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  STATUS REPORT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  January 13, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**: On (*date*)  January 13, 2021 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 13, 2021 | Patricia Morris | */s/ Patricia Morris* |
| *Date* | *Printed Name* | *Signature* |

1633180.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Michael G D'Alba on behalf of Debtor AVR Vanpool, Inc., a California corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a California corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

M Douglas Flahaut on behalf of Interested Party INTERESTED PARTY
flahaut.douglas@arentfox.com

Evelina Gentry on behalf of Creditor United Rental Group, LLC f/k/a Mile Fleet, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Lydia A Hewett on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
lydia.hewett@cpa.state.tx.us

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Courtney J Hull on behalf of Interested Party Courtesy NEF
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Matthew F Kye on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd.
mkye@kyelaw.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

Elan S Levey on behalf of Interested Party Courtesy NEF
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Haleh C Naimi on behalf of Creditor 1st Source Bank
hnaimi@advocatesolutionsinc.com

1633180.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

Tom Roddy Normandin on behalf of Creditor AFC CAL, LLC
tnormandin@pnbd.com, srichards@pnbd.com;cathyjones@pnbd.com;msmigura@pnbd.com

Jeremy V Richards on behalf of Creditor Priceline.com
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Zev Shechtman on behalf of Debtor AVR Vanpool, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Richard A Solomon on behalf of Creditor Hitachi Capital America Corp.
richard@sgswlaw.com

John N Tedford, IV on behalf of Debtor Airport Van Rental, Inc., a California corporation
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Glenn S Walter on behalf of Creditor Union Leasing, Inc.
gwalter@honigman.com

Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com


**2. SERVED BY U.S. MAIL**

Debtor and Debtor-in-Possession
Airport Van Rental, Inc., a California
corporation
12911 Cerise Avenue
Hawthorne, CA 90250

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

1633180.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST, SECURED CREDITORS AND INTERESTED PARTIES**

1st Source Bank - PPP
Attn David W Cripe
100 N Michigan Street 3rd Fl
South Bend, IN  46601

Merchants Fleet
Attn Robert Singer
14 Central Park Drive 1st Floor
Hooksett, NH  03106

United Leasing Inc
Attn Rebecca S. Korba, IRP Paralegal
3700 Morgan Ave
Evansville, IN  47715

Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd NE Ste 9100
Atlanta, GA  30303-1751

Automotive Finance Corporation
Attn Josh Risch
11299 N Illinois Street
Carmel, IN  46032

Brady Ervin and David Conn
4901 Wilkinson Blvd
Charlotte, NC  28208

California Department of Tax
and Fee Administration
1015 Ave Of Science  Ste 200
San Diego, CA  92128-3434

Carlos Simon
c/o David Spivak Esq
The Spivak Law Firm
16530 Ventura Blvd Suite 203
Encino, CA  91436

City Of Atlanta Dept Of Aviation
Attn:  John Selden, Airport Gen'l Mgr.
6000 N Terminal Pkwy
Atlanta, GA  30320

Comerica Bank, Curtis C. Farmer,
Chairman, President and CEO
Department #166901
1717 Main Street
Dallas, TX  75201

Expedia Inc
1111 Expedia Group Way W
Seattle, WA  98119

Hincklease
Attn Brian Baker
2305 South Presidents Drive
Suite F
West Valley City, UT  84120

Hitachi Capital America Corp
Attn Carol Owen
800 Connecticut Ave
4th Floor N
Norwalk, CT  06854

Jeffery A Johnson, Attys. for 1st Source
Bank
May Oberfell Lorber
302 S. Front Street, Suite C
Dowagiac, MI  49047

Jeffery A Johnson, Attys. for 1st Source
Bank
May Oberfell Lorber
4100 Edison Lakes Parkway Suite 100
Mishawaka, IN  46545

Juana Becerra, Cruz Becerra
Daniel Becerra & Adrian Becerra
c/o Eric Bershatisk
15233 Ventura Blvd Ste 707
Sherman Oaks, CA  91403

Jules & Associates
Attn Ryan Gonzales
515 South Figueroa Street
Suite 1900
Los Angeles, CA  90071

Michael Q Wallin Esq
26000 Towne Centre Drive Ste 130
Foothill Ranch, CA  92610

Penrod Keith, Shareholder, Attys. for
Hincklease
Dentons Durham Jones Pinegar P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT  84111

Pep Boys
Attn Laika Prince
3111 W Allegheny Ave
Philadelphia, PA  19132-0445

Rockpile Capital LLC
27127 Calle Arroyo Suite 1910
San Juan Capistrano, CA  92675

Selig Leasing Company
Attn Kent Boskovich
2510 S 108th St Suite A
Milwaukee, WI  53227

Sutton Leasing Inc (Michigan)
Attn Benjamin Smith
3555 East 14 Mile Road
Sterling Heights, MI  48310

Union Leasing Inc (Illinois)
Attn Roger Setzke
425 N Martingale Rd 6th Floor
Schaumburg, IL  60173

1633180.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

United Mile Fleet
a/k/a United Rental Group LLC
PO Box 5225
Evansville, IN  47716-5225

United Mile Fleet LLC
a/k/a United Rental Group LLC
c/o Akerman LLP attn: Erica Gomer
350 East Olas Blvd. Ste 1600
Fort Lauderdale, FL  33301

United Mile Fleet LLC
a/k/a United Rental Group LLC
c/o Akerman LLP/Joshua R Mandell
601 West Fifth St Ste 300
Los Angeles, CA  90071

Wells Fargo Bank, N.A.
1717 Grant Street
Denver, CO  80203

Wesco Insurance Co
c/o Aires Law Firm
6 Hughes Suite 205
Irvine, CA  92618

Bank of the West
Attn:  C T Corporation System, Agent
for Service of Process
818 W. Seventh St., Suite 930
Los Angeles, CA  90017

U. S. Small Business Administration
Office of the General Counsel
312 N. Spring Street, 5th Floor
Los Angeles, CA  90012

United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC  20044

1st Source Corporation
Attn:  Andrea G. Short, Registered
Agent
100 N. Michigan St., 3rd Floor
South Bend, IN  46601

Comerica Bank
Attn: Corporate Creations Network,
Inc.,
Agent for Service of Process
4640 Admiralty Way, 5th Floor
Marina del Rey, CA  90292

Allen Brotherton Knox Esq, Attys. for
Brady Ervin and David Conn
Knox Brotherton Knox & Godfrey
816 E Trade St, PO Box 30848
Charlotte, NC  28230

Wesco Insurance Co
59 Maiden Lane 43rd Floor
New York, NY  10038

Nevada Department of Taxation
Attn:  Randy Asbell
2550 Paseo Verde Pkwy #180
Henderson, NV  89074

Nevada Department Of Taxation
1550 College Parkway # 115
Carson City NV 89706-0000

Texas Controller Office
Attn: Monique Parker
Lyndon B. Johnson State Off Bldg
111 East 17th Street 9th Floor
Austin, TX  78774

Hampton Dunson
c/o Gabroy Law Offices
170 S Green Valley Pkwy Suite 280
Henderson, NV  89012

LCA Bank Corporation
3150 Livernois Road, Suite 300
Troy, MI  48083-0000

LCA Bank Corporation
PO Box 1650
Troy, MI 48099-1650

LCA Bank Corporation
Attn:  Thomas T. Billings, Registered
Agent
201 S. Main Street, Suite 1800
Salt Lake City, UT  84111

Courtney J Hull
Assistant Attorney General
Texas Controller's Office
Bankruptcy & Collections
Div MC 008
P. O. Box 12548
Austin, TX  78711-2548

Counsel for Small Business
Administration
Elan S. Levey, Esq.
Office of the United States Attorney
300 N. Los Angeles St., Ste. 7516
Los Angeles, CA  90012

Sumitomo Mitsui Finance and Leasing
Company, Ltd.
CSC Lawyers Incorporation Service,
Agent for Service of Process
251 Little Falls Drive
Wilmington, DE  19808

Sumitomo Mitsui Finance and Leasing
Company, Ltd.
Masaki Tachibana, President and CEO
666 Third Avenue
New York, NY  10017

United States Attorney's Office
Civil Process Clerk
300 N. Los Angeles St., Room 7516
Los Angeles, CA  90012

1633180.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

Bank of the West
Nandita Bakhshi, President and CEO
180 Montgomery Street, 25th Floor
San Francisco, CA  94104

Wells Fargo Bank, N.A.
Charles W Sharf, President and CEO
420 Montgomery Street
San Francisco, CA  94104

Wells Fargo Bank, N.A.
Attn:  CSC-Lawyers Incorporating
Service, Agent for Service of Process
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA  95833

1633180.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**