1   GLENN S. WALTER (CA BAR NO. 220015)
    HONIGMAN LLP
2   2290 First National Building
    660 Woodward Avenue
3   Detroit, MI 48226-3506
    Telephone:    313-465-7000
4   Facsimile:    313-465-8000

5   Attorneys for Union Leasing, Inc.

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                       LOS ANGELES DIVISION

11  In re                                    Case No. 2:20-bk-20876-BB

12  AIRPORT VAN RENTAL, INC., et. al.,       Chapter 11

13              Debtors and Debtors in       **UNION LEASING, INC.'S LIMITED
                Possession.                   JOINDER TO DEBTORS' OMNIBUS**
14                                           **REPLY (DOCKET NUMBER 120)**

15

16                                           Motion Date:  January 27, 2021 _
                                             Time:         11:00 a.m.
17                                           Place:        Courtroom 1539
                                                           255 E. Temple
18                                                         Los Angeles, CA

19                                           JUDGE SHERI BLUEBOND

20

21

22          Union Leasing, Inc. ("Union"), by and through undersigned counsel, hereby submits this

23  limited joinder (the "Limited Joinder") to the *Debtors' Omnibus Reply to Objections of AFC Cal,*

24  *LLC, 1st Source Bank, and Hinckly's, Inc., to Debtors' Motion For Entry of Order (1)*

25  *Authorizing Use of Cash Collateral On An Interim Basis (Through February 26, 2021) Pending*

26  *a Final Hearing, (2) Scheduling a Final Hearing on the Debtors' Request for Authority to Use*

27  *Cash Collateral through June 30, 2021, and (3) Granting Related Relief; and Declarations of*

28  *Yazdan Irani and John N. Tedford, IV, and Request for Judicial Notice In Support Thereof*

                                          -1-

1

*(docket number 120)* (the "Omnibus Reply).

2

3

Debtor Airport Van Rental, Inc. and Union are parties to that certain "Master Vehicle

4

Lease Agreement" dated as of March 5, 2014 (as amended on April 20, 2020, the "<u>Lease</u>").

5

Under the terms of the Lease, AVR California leased vehicles from Union.  The vehicles are

6

owned by Union and all documents of title and registrations identify Union as the owner of the

vehicles.

7

To the extent that AFC Cal, LLC, asserts a lien on vehicles owned by Union and leased

8

to the Debtors, Union hereby joins in Section III(D) of the Debtors' Omnibus Reply, titled "AFC

9

Does Not Have a Security Interest in Vehicles It Did Not Finance." Omnibus Reply, pp. 6:22-

10

9:18.

11

Union reserves all of its respective rights to modify or supplement this Limited Joinder in

12

accordance with applicable rules.

13

14

15

DATED:  January 22, 2021                    HONIGMAN LLP

16

17

                                                            By: */s/ Glenn S. Walter*
                                                                   Glenn S. Walter

18

                                                            Attorneys for Union Leasing, Inc.

19

20

21

22

23

24

25

26

27

28

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2290 First National Building, 660 Woodward Avenue, Detroit, Michigan 48226

A true and correct copy of the foregoing document entitled (*specify*):

**Union Leasing, Inc.'s Limited Joinder to Debtors' Omnibus Reply (Docket Number 120)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 22, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**     notices@becket-lee.com
- **Jess R Bressi**     jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Michael G D'Alba**     mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Eryk R Escobar**     eryk.r.escobar@usdoj.gov
- **M Douglas Flahaut**     flahaut.douglas@arentfox.com
- **Evelina Gentry**     evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Lydia A Hewett**     lydia.hewett@cpa.state.tx.us
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Courtney J Hull**     bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Matthew F Kye**     mkye@kyelaw.com
- **Kenneth G Lau**     kenneth.g.lau@usdoj.gov
- **Elan S Levey**     elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- **Haleh C Naimi**     hnaimi@advocatesolutionsinc.com
- **Tom Roddy Normandin**     tnormandin@pnbd.com, srichards@pnbd.com;cathyjones@pnbd.com;msmigura@pnbd.com
- **R Gibson Pagter**     gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Jeremy V Richards**     jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Richard A Solomon**     richard@sgswlaw.com
- **John N Tedford**     jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Glenn S Walter**     gwalter@honigman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 22, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012
Via FedEx Standard Overnight/Tracking No. 782919656332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 22, 2021  Glenn S. Walter | /s/ Glenn S. Walter |
|---|---|
| *Date*            *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.