ZEV SHECHTMAN (State Bar No. 266280), *zs@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067-6006
Telephone: (310) 277-0077; Facsimile: (310) 277-5735
Attorneys for Airport Van Rental, Inc. and affiliated Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AIRPORT VAN RENTAL, INC., et al.,[1]<br><br>Debtors and Debtors in Possession.<br><br>☒   Affects all Debtors | Case No. 2:20-bk-20876-BB<br><br>Chapter 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM** |

**PLEASE TAKE NOTICE** that the court has set a deadline of **March 19, 2021** (the "Bar Date") for creditors in the above-referenced cases to file proofs of claim against the Debtors' estates. **ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED IN ONE OF THE FOLLOWING WAYS:**

1. If you are represented by an attorney who is an authorized CM/ECF user, by filing a proof of claim electronically using the Court's CM/ECF system.

2. By creating and filing a proof of claim using the Court's Electronic Proof of Claim (ePOC) system. To file a proof of claim using the ePOC system, please visit the Court's website at https://www.cacb.uscourts.gov/epoc-electronic-proof-claim.

3. By filing a proof of claim with the Clerk of the Court, located at 255 E. Temple Street, Room 940, Los Angeles, CA 90012-1576. For hours of operation of the intake window of the Clerk's office, please review the Court's website, https://www.cacb.uscourts.gov.

4. By mailing a proof of claim to the Clerk of the Court, located at 255 E. Temple Street, Room 940, Los Angeles, CA 90012-1576. However, please be advised that the document will be "filed" when it is received by the Clerk, not when it is mailed. If it is not received by the Clerk on or before the Bar Date, your proof of claim will not be timely.

**Proper Filing**. Proofs of claim must be filed in the case(s) of the particular Debtor(s) against which the claim is alleged. The five jointly administered cases are: *Airport Van Rental, Inc.*, a California corporation, case no. 2:20-bk-20876-BB; *Airport Van Rental, Inc.*, a Georgia corporation, case no. 2:20-bk-20877-BB; *Airport Van Rental, Inc.*, a Nevada corporation, case no. 2:20-bk-20878-BB; *Airport Van Rental, LLP*, a Texas limited liability partnership, case no. 2:20-bk-20882-BB; and *AVR Vanpool, Inc.*, a California corporation, case no. 2:20-bk-20883-BB.

---

[1] Pursuant to an order of the Court, this case is being jointly administered with four cases filed by the following affiliated entities: Airport Van Rental, Inc., a Georgia corporation, case no. 2:20-bk-20877-BB; Airport Van Rental, Inc., a Nevada corporation, case no. 2:20-bk-20878-BB; Airport Van Rental, LLP, a Texas limited liability partnership, case no. 2:20-bk-20882-BB; and AVR Vanpool, Inc., a California corporation, case no. 2:20-bk-20883-BB.

1635859.2  26988                                            1

**Form**.  You may obtain a Proof of Claim form (Official Form 410) on the Court's website at https://www.cacb.uscourts.gov, or visit the intake area at any division of the Court.

**Exceptions to the Bar Date**.  Exceptions to the Bar Date include, but are not limited to, the following:

1.  Executory contracts/unexpired leases.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

2.  Governmental units.  For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on December 11, 2020, and therefore calculates that this deadline is June 9, 2021).  *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

3.  Avoidance.  For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer.  *See* 11 U.S.C. § 502(h).

4.  Agreed claims.  If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules.  11 U.S.C. § 1111(a).  But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (e.g., its description as unsecured or non-priority), you must timely file a Proof of Claim as set forth in this Notice.

**11 U.S.C. § 503(b)(9) Claims**.  Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9).  Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim*. **Identify**: (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – e.g., "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

DATED:  January 29, 2021          DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:   */s/ Zev Shechtman*
ZEV SHECHTMAN
Attorneys for Airport Van Rental, Inc. and affiliated Debtors and Debtors in Possession

1635859.2  26988                    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 29, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 29, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2021 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1636093.1  26988  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Jess R Bressi on behalf of Creditor Hinckleys, Inc. dba Hincklease
jess.bressi@dentons.com, kimberly.sigismondo@dentons.com

Michael G D'Alba on behalf of Debtor AVR Vanpool, Inc., a California corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a California corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

M Douglas Flahaut on behalf of Interested Party INTERESTED PARTY
flahaut.douglas@arentfox.com

Evelina Gentry on behalf of Creditor United Rental Group, LLC f/k/a Mile Fleet, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Lydia A Hewett on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
lydia.hewett@cpa.state.tx.us

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Courtney J Hull on behalf of Interested Party Courtesy NEF
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Matthew F Kye on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd.
mkye@kyelaw.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

Elan S Levey on behalf of Interested Party Courtesy NEF
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Garry A Masterson on behalf of Creditor United Leasing, Inc.
BnkEcf-CA@weltman.com

Haleh C Naimi on behalf of Creditor 1st Source Bank

1636093.1  26988   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

hnaimi@advocatesolutionsinc.com

Tom Roddy Normandin on behalf of Creditor AFC CAL, LLC
tnormandin@pnbd.com, srichards@pnbd.com;cathyjones@pnbd.com;msmigura@pnbd.com

R Gibson Pagter, Jr. on behalf of Creditor Praveen Rajendiran Janani Kamalanathan, Kamalanathan Govindan, and Kottiayan Kanahambaram
gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

Jeremy V Richards on behalf of Creditor Priceline.com
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Zev Shechtman on behalf of Debtor AVR Vanpool, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Richard A Solomon on behalf of Creditor Hitachi Capital America Corp.
richard@sgswlaw.com

John N Tedford, IV on behalf of Debtor Airport Van Rental, Inc., a California corporation
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Glenn S Walter on behalf of Creditor Union Leasing, Inc.
gwalter@honigman.com

Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com


**2. SERVED BY U.S. MAIL**

Debtor and Debtor-in-Possession
Airport Van Rental, Inc., a California corporation
12911 Cerise Avenue
Hawthorne, CA 90250

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

**MASTER MAILING LIST**

| | | |
|---|---|---|
| 1st Source Bank<br>Attn David W Cripe<br>100 N Michigan Street 3rd Fl<br>South Bend, IN  46601 | 1st Source Bank - PPP<br>Attn David W Cripe<br>100 N Michigan Street 3rd Fl<br>South Bend, IN  46601 | 1st Source Corporation<br>Attn:  Andrea G. Short, Registered Agent<br>100 N. Michigan St., 3rd Floor<br>South Bend, IN  46601 |
| 8639 W Washington Street LLC<br>Attn Greg Dotson<br>9193 E. US Highway 36<br>Avon, IN  46123 | A&R Mgmt & Dev Co and BF Legacy Portfolio c/o ARKA Properties Grp<br>Attn Michael B Kaplan<br>9350 Wilshire Blvd Ste  402<br>Beverly Hills, CA  90212 | A&R Mgmt & Dev Co and BF Legacy Portfolio<br>Attn KB Portfolio Manager<br>800 West 6th St 6th Floor<br>Los Angeles, CA  90017 |
| A&R Mgmt & Dev Co and BF Legacy Portfolio c/o Black Equities Group<br>Attn Stanley Black<br>433 N Camden Dr Ste 1070<br>Beverly Hills, CA  90210 | Accountants World<br>140 Fell Court, Suite 201<br>Hauppauge, NY  11788 | Accountemps<br>PO Box 743295<br>Los Angeles, CA  90074-3295 |
| Accounting Principals<br>Dept Ch 14031<br>Palatine, IL  60055-4031 | Ace Medical Transportation LLC<br>5250 W Century Blvd #106A<br>Los Angeles, CA  90045 | Ace Medical Transportation LLP<br>6875 Will Clayton Parkway<br>Humble, TX  77338 |
| Ace Small Claims Service<br>5981 W 76th Street<br>Los Angeles, CA  90045 | Ace Smog & Fuel<br>601 E Holt Blvd<br>Ontario, CA  91764 | Acutech Autos Inc.<br>57 South Linden<br>San Francisco, CA  94080 |
| Adrienne R Gaither<br>321 English Rd<br>Mcdonough, GA  30253 | ADT Security Service<br>PO Box 650485<br>Dallas, TX  75265-0485 | Advanced Business Equipment Technol<br>5650 Imahoff Dr Suite E<br>Concord, CA  94520 |
| Airport Van Rental Inc.<br>a Nevada Corporation<br>12911 Cerise Avenue<br>Hawthorne, CA  90250 | Airport Van Rental, Inc., a California corporation<br>12911 Cerise Avenue<br>Hawthorne, CA  90250 | Akerman LLP<br>Attn:  Evelina Gentry<br>601 West Fifth Street, Suite 300<br>Los Angeles, CA  90071 |
| Albert Antonio Jr<br>55 Antonio 1<br>Mandaluyong City, PH | Alejandro Fabrissin<br>Mitre 925<br>Reconquista, SF | Alicia F Iosefa<br>11181 Parkscape Drive<br>Riverside, CA  92505 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Allen Brotherton Knox Esq<br>Knox Brotherton Knox & Godfrey<br>816 E Trade St PO Box 30848<br>Charlotte, NC  28230 | Amazon Delivery Partner<br>Corporate Headquarters<br>410 Terry Ave N<br>Seattle, WA  98109 | Aminuddin Mohd-Yusuf<br>4830 Virgil Drive<br>Apt 169<br>Fort Worth, TX  76119 |
| Amir Navabi<br>1066 Dalby Way<br>Austell, GA  30106 | Ana R Ramos<br>9510 Wall Street<br>Apt 4<br>Los Angeles, CA  90003 | Andrasco<br>13131 S Sacramento<br>Chicago, IL  60623 |
| Andrew J Love<br>317 Vallarte Dr<br>Henderson, NV  89014 | Andrew Paavol<br>7301 World Way West<br>Los Angeles, CA  90045 | Andrew Pimentel<br>2127 Delaware Road<br>Waukegan, IL  60087 |
| Ani Ghazarian<br>8904 Bachry Pl<br>Shadow Hills, CA  91040 | Annie Maika<br>7044 Placid Lake Ave<br>Las Vegas, NV  89179 | Anthem Blue Cross<br>PO Box 511300<br>Los Angeles, CA  90051-7855 |
| Antonio Perez<br>5350 Cartwright Ave<br>Los Angeles, CA  91601 | Aria Irani<br>2001 S. 700 E.<br>Salt Lake City, UT  84105 | Arizona Public Service (Aps)<br>PO Box 60015<br>Prescott, AZ  86304-6015 |
| AT&T<br>PO Box 5014<br>Carol Stream, IL  60197-5014 | Athens Services<br>PO Box 54957<br>Los Angeles, CA  90054 | Atlanta South Bus Repair<br>5845 Lee's Mill Road<br>Forest Park, GA  30297 |
| Auto Body Express<br>517 W. Interstate Rd.<br>Addison, IL  60101 | Auto Body Express<br>517 W. Interstate Rd.<br>Addison, IL  60101 | Auto Plus Auto Parts<br>PO Box 8500-50445<br>Philadelphia, PA  19178-0445 |
| Automotive Finance Corporation<br>Attn Josh Risch<br>11299 N Illinois Street<br>Carmel, IN  46032 | Autorentals.Com Corporation<br>PO Box 1696<br>Port Washington, NY  11050 | AVR Denver LLC<br>12911 Cerise Ave<br>Hawthorne, CA  90250 |
| Bank of the West<br>Attn:  C T Corporation System, Agent for Service of Process<br>818 W. Seventh St., Suite 930<br>Los Angeles, CA  90017 | Bank of the West<br>Nandita Bakhshi, President and CEO<br>180 Montgomery Street, 25th Floor<br>San Francisco, CA  94104 | Becky Strong<br>1492 E. Sandy Hills Drive<br>Sandy, UT  84093 |

1636093.1  26988  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                 F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Bell, LLC<br>PO Box 24538<br>Tampa, FL  33623 | Berhe Asfaha and Judy Berhe<br>c/o Azar and Company<br>1695 Virginia Ave<br>Atlanta, GA  30337 | Betty W Baker<br>11385 Little Egypt Rd<br>Conroe, TX  77304 |
| BFLC, LLP<br>861 Parkview Drive N, Suite 200<br>El Segundo, CA  90245 | Body Beautiful Car Wash Inc<br>2045 Pacific Highway<br>San Diego, CA  92101 | Brady Ervin and David Conn<br>4901 Wilkinson Blvd<br>Charlotte, NC  28208 |
| Brandi Moore<br>2284 Zinfandale Dr<br>Rancho Cordova, CA  95670 | Brinks Home Security<br>Dept Ch 8628<br>Palatine, IL  91761 | Broderick W Worthy<br>22123 Diane Drive<br>Spring, TX  77373 |
| Budget Auto Glass<br>633 Elm Street<br>San Carlos, CA  94070 | California Department of Tax<br>and Fee Administration<br>1015 Ave Of Science  Ste 200<br>San Diego, CA  92128-3434 | Car Keys Express<br>828 E Market St<br>Louisville, CA  40206 |
| Car Rentals.Com<br>333 108th Avenue NE<br>Bellevue, WA  98004 | Carbonite<br>2 Avenue De Lafayette<br>Boston, MA  2111 | Carlos Simon<br>c/o David Spivak Esq<br>The Spivak Law Firm 16530 Ventura<br>Blvd Suite 203<br>Encino, CA  91436 |
| Carwave<br>855 N Broadway  Suite 100<br>Escondido, CA  92025 | Center Point Energy<br>PO Box 4981<br>Houston, TX  77210 | Century Link<br>PO Box 2691<br>Phoenix, AZ  85062-2961 |
| Cesar A Segura<br>4792 East Malta St<br>Long Beach, CA  90815 | Cesar Leyva<br>2835 2nd Street<br>Norco, CA  92860 | Chad Roberts<br>4101 Quad City Street<br>Apt 10302<br>Fort Worth, TX  76155 |
| Charles Coleman<br>1009 Mitchell Street<br>Irving, TX  75060 | Chihyuan Chen/Jose Perez Atty<br>714 W Olympic Blvd # 450<br>Los Angeles, CA  90015 | Chisom S Ojoko<br>127 N. Hamilton Drive<br>Beverly Hills, CA  90211 |
| Chris Yang<br>725 S. Norton Ave<br>Los Angeles, CA  90005 | Christopher L Gill<br>5551 Victor St.<br>Denver, CO  80239-3722 | City Of Atlanta Dept Of Aviation<br>Attn:  John Selden, Airport Gen'l Mgr.<br>6000 N Terminal Pkwy<br>Atlanta, GA  30320 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

City of Burlingame
501 Primrose Rd, 2nd Floor
Burlingame, CA  94010

City Of Hapeville
3468 N Fulton Ave
Hapeville, GA  30354

City Of Houston (Utility Bill)
PO Box 1560
Houston, TX  77251-1560

City of Irving
825 W Irving Blvd
Irving, TX  75060

City Of Los Angeles
Attn Gina Mattera
PO Box 54078
Los Angeles, CA  90054

City of Los Angeles
Office of Finance, Attn Maria
Tirtatunggal PO Box 53306
Los Angeles, CA  90053-0306

City of Los Angeles Off of Finance
Attn Diana Mangloglu
Director of Finance City Treasurer
PO Box 53306
Los Angeles, CA  90053

City Of San Diego Water
PO Box 129020
San Diego, CA  92112-9020

City Of San Jose Finance
200 East Santa Clara St
13TH Floor
San Jose, CA  95113

Clark County Department Of Aviation
Attn Joy Purdy
PO Box 11005
Las Vegas, NV  89111-1005

Clark Hill PLC
Attn:  Shannon L. Deeby
151 S. Old Woodward Ave., Suite 200
Birmingham, MI  48009

Clyde Wayne Kirk
1812 Shenandoah Dr
Euless, TX  76039

CMS Athletics
690 N. Mills Street
Claremont, CA  91761

Colorado Department of Revenue
1375 Sherman St.
Denver, CO  80261

Comast
PO Box 34744
Seattle, CA  96124

Comcast
PO Box 34744
Seattle, WA  96124

Comed
PO Box 6111
Carol Stream, IL  60197-6111

Comerica Bank | Curtis C. Farmer,
Chairman, President and CEO
Department #166901
1717 Main Street
Dallas, TX  75201

Comerica Bank
Attn: Corporate Creations Network, Inc.,
Agent for Service of Process
4640 Admiralty Way, 5th Floor
Marina del Rey, CA  90292

Commerce City
7887 E. 60th Avenue
Commerce City, CO  80022-4199

Completes Plus
10425 S La Cienega Blvd
Los Angeles, CA  90045

Corey Brown -Employ
2727 Butler Ave
Los Angeles, CA  90064

Courtney J. Hull
Assistant Attorney General
Bankruptcy & Collections Division MC
008  PO Box 12548
Austin, TX  78711-2548

Cox
PO Box 53262
Phoenix, AZ  85072

CSC Accounts Receivable CSC
Headquarters
251 Little Falls Drive
Wilmington, DE  19808

CVC And More
11750 Seabord Circle
Stanton, CA  90680

Dallas Area Rapid Transit
Attn Daniel Marti
1401 Pacific Ave
Dallas, TX  75202-7235

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Damian R Maculam<br>1721 A. Greenwood Avenue<br>Torrance, CA  90503 | Daniel Chung<br>39 Arnold Johnston St<br>Courtice<br>ON L1E 0C2, CANADA | Danielle Samuelson<br>Lawyers for Employee and Consumer Rights<br>4100 West Alameda Avenue, Third Floor<br>Burbank, CA  91505 |
| Danny Justus<br>71 S Tuxedo St<br>Indianapolis, IN  46201 | De Lage Landen Financial Services I<br>PO Box 41602<br>Philadelphia, PA  19101 | Denver International Airport<br>Attn Joslyn Brown<br>PO Box 492065<br>Denver, CO  80249-2065 |
| Dept. of Employment Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV  89713 | Diondre Hunter<br>Lawyers for Employee and Consumer Rights<br>4100 West Alameda Avenue, Third Floor<br>Burbank, CA  91505 | E Thomas<br>4748 S 70th<br>Tulsa, OK  74145 |
| Edgard Ibarria<br>1929 E Pine St<br>Compton, CA  90221 | Edward Rumbaua<br>4046 West 130th St Apt 9<br>Hawthorne, CA  90250 | Ekananda Kaewbua<br>4/249 Srinakarintr38<br>Srubajrubtr Rd, th  10250 |
| Employment Development Dept<br>Bankruptcy Group MIC 92E<br>P O Box 826880<br>Sacramento, CA  94280-0001 | Erica Gomer<br>350 East Las Olas Blvd Ste 1600<br>Fort Lauderdale, FL  33301 | Ernesto Abaunza<br>11928 Oberlin Dr.<br>Dallas, TX  75243-3610 |
| Expedia Inc<br>1111 Expedia Group Way W<br>Seattle, WA  98119 | F Craig<br>2482 Adele St<br>Maplewood, MN  55109 | Fabian Rodriguez<br>32 E Walton Ave<br>Spokane, WA  95823 |
| Faulkner, Chantee<br>11312 Huntington Meadow L<br>Charlotte, NC  28273 | Fausto Rafael<br>148 28th Ave<br>San Francisco, CA  94121 | Federal Express<br>PO Box 7221<br>Pasadena, CA  91109-7321 |
| Fleet Transportation Services<br>12911 Cerise Avenue<br>Hawthorne, CA  90250 | Fleet Transportation Solutions Inc<br>12911 Cerise Avenue<br>Hawthorne, CA  90250 | Ford Fleet Care Program<br>Attn Deborah Chinavare<br>PO Box 67000 Dept 121801<br>Detroit, MI  48267 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Franchise Tax Board<br>MS A 340  PO Box 2952<br>Sacramento, CA  95812-2952 | Francisco Anaya Padilla<br>8823 S Hoover St<br>Los Angeles, CA  90044 | Francisco Navarro<br>6324 Riverside Ave<br>Bell, CA  90210 |
| Francois,<br>15 Charena Rd<br>Wayland, MA  1778 | Frank Gonsalves<br>10924 St Moritz Cir<br>Stockton, CA  95209 | Frontier Communications<br>PO Box 740407<br>Cincinnati, OH  45274-0407 |
| Gabriel William<br>5761 Theta Pl<br>San Diego, CA  92120 | Gary Mather<br>3304 3 Ave NW<br>Calgary<br>AB T2N 0L9, CANADA | Geetonna L Norah<br>16333 E 49th Ave<br>Apt G205<br>Denver, CO  80239 |
| Geico<br>PO Box 509119<br>San Diego, CA  92150 | Georgia Department of Labor<br>148 Andrew Young Int'l Blvd NE<br>Suite 826<br>Atlanta, GA  30303-1751 | Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd NE Ste 9100<br>Atlanta, GA  30303-1751 |
| Georgia Power<br>241 Ralph McGill Blvd, Bin 10180<br>Atlanta, GA  30308 | Gerard Hosek<br>3138 W Carmen Ave Apt 3A<br>Chicago, IL  60625 | Glenn S Walter<br>Honigman LLP<br>2290 First National Building 660<br>Woodward Avenue<br>Detroit, MI  48226-3506 |
| Grandilla (Arizona) Inc and<br>Foot Creek Corp of Arizona<br>8711 E. Pinnacle Peak Rd #141<br>Scottsdale, AZ  85255 | Greensboro Auto Auction Inc<br>3907 West Wendover Ave<br>Greensboro, NC  27407 | Groot Industries Inc<br>PO Box 92317<br>Elk Grove Village, IL  60009-2317 |
| Haleh Naimi<br>Advocate Solutions, Inc.<br>9350 Wilshire Boulevard, Suite 203<br>Beverly Hills, CA  90212 | Hampton Dunson<br>c/o Gabroy Law Offices<br>The District at Green Valley Ranch 170<br>S. Green Valley Pkwy, Suite 280<br>Henderson, NV  89012 | Hd Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA  92150 |
| Hincklease<br>Attn Brian Baker<br>2305 South Presidents Drive Suite F<br>West Valley City, UT  84120 | Hitachi Capital America Corp<br>Attn Carol Owen<br>800 Connecticut Ave 4th Floor N<br>Norwalk, CT  06854 | HKG, LLP<br>100 W. Walnut Street, 7th Floor<br>Pasadena, CA  91124 |
| HRC Service<br>18333 Dolan Way<br>Suite 211<br>Santa Clarita, CA  91387 | Illinois Department of Revenue<br>200 West Randolph Street<br>Chicago, IL  60601-3274 | Indiana Department Of Revenue<br>PO Box 7089<br>Indianapolis, IN  46207-7089 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Indianapolis Airport Authority<br>7800 Col H Weir Cook Memorial Dr<br>ST 100<br>Indianapolis, IN  46241 | Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Iritha M Rumbaua<br>4046 W. 130th Street<br>Hawthorne, CA  90250 |
| Israel Obadiah<br>223 Toweridge Dr Sw<br>Marietta, GA  30064 | J Green<br>23182 Cr 554<br>Colcord, OK  74338 | J Navarro<br>8315 Kinsey Mill Pl<br>Gainesville, VA  20155 |
| James B Connor Esq<br>Gallagher & Kennedy PA<br>2575 East Camelback Rd<br>Phoenix, AZ  85016 | Janesse Smith<br>511 Tish Circle<br>Apt 1905<br>Arlington, TX  76006 | Janeth Stewart<br>5940 S. Budlong Ave.<br>Los Angeles, CA  90044 |
| Jasmin Reynoso<br>3457 Ellison St<br>Los Angeles, CA  90063 | Jeffery A Johnson<br>May Oberfell Lorber<br>4100 Edison Lakes Parkway Suite 100<br>Mishawaka, IN  46545 | Jeffery A. Johnson<br>May Oberfell Lorber<br>302 S. Front Street Suite C<br>Dowagiac, MI  49047 |
| Jennifer Chilson<br>1367 Saratoga Ave<br>San Jose, CA  95129 | Jennylyn Sturn<br>855 Greens Road<br>Houston, TX  77060 | Jeremy Richards<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., Suite 1300<br>Los Angeles, CA  90067 |
| Jiffy Lube International<br>PO Box 7247-6242<br>Philadelphia, PA  19170-6242 | John F Whisenton<br>10021 Altura Street<br>Commerce City, CO  80022 | John Mcgrath<br>3350 18th SW<br>Washington, DC  20010 |
| John Nguyen<br>2150 Monterey Hwy # 127<br>San Jose, CA  95112 | John Roubian<br>117 S Melrose Ave<br>Ontario, CA  91761 | Jose F Rivera Salgado<br>2 Mission Circle<br>Daly City, CA  94014 |
| Jose J Alvarado<br>3549 W 111 Street<br>Inglewood, CA  90303 | Joseph Riggoerp<br>3513 Brookdale Ct<br>Antioch, CA  94509 | Josephic Lueben<br>509 3rd St<br>Brooklyn, NY  11215 |
| Joshua McCledon<br>1305 W 90Th Place<br>Los Angeles, CA  90044 | Juana Becerra, Cruz Becerra<br>Daniel Becerra & Adrian Becerra<br>c/o Eric Bershatisk<br>15233 Ventura Blvd Ste 707<br>Sherman Oaks, CA  91403 | Jules & Associates<br>Attn Ryan Gonzales<br>515 South Figueroa Street Suite 1900<br>Los Angeles, CA  90071 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Justine Diaz<br>2759 Kalamer Wy<br>Sacramento, CA  95835 | K Gautam<br>2 Selwyn Ave<br>Minto<br>NSW 2566, AUSTRALIA | Kandice Johns<br>570 S Curtis Rd<br>Boise, ID  83705 |
| Katrinka M Johnson<br>4533 S Orchard Ave<br>Los Angeles, CA  90037 | Kaylen Williams<br>5136 Brynhurst Avenue<br>Los Angeles, CA  90043 | Kevin Wennergren<br>2155 Lafayette St<br>Santa Clara, CA  95050 |
| Kimberly A Irani<br>5301 Balboa Blvd<br>Encino, CA  91316 | Kimberly Irani<br>10995 Willow Valley Crt<br>Las Vegas, NV  89135 | Kimberly Ruiz<br>c/o Atty Gerald Labovitch<br>15780 Ventura Blvd, Ste 801<br>Encino, CA  91436 |
| Kody Burgess<br>6667 S. Overlook Rim Road<br>Salt Lake City, UT  84123 | KTR Illinois LLC<br>1800 Wazee St Ste 500<br>Denver, CO  80202 | KTR Illinois LLC<br>c/o Prologis<br>6250 North River Rd Suite 1100<br>Rosemont, IL  60018 |
| Kyeong Young Choi<br>c/o Top Pi Lawfirm<br>3600 Wilshire Blvd Suite 1108<br>Los Angeles, CA  90010 | Kyle Elarco<br>11159 Deluna Street<br>Las Vegas, NV  89141 | Lakreisha M Roberts<br>6922 Kepler Drive<br>Apt A<br>Las Vegas, NV  89156 |
| Lancer Otterstain<br>382 Umbria Way<br>Henderson, NV  89014 | Las Vegas Valley Water District<br>PO Box 2921<br>Phoenix, AZ  85062-2921 | Lawrence Liu<br>12721 Ne 116th #F301<br>Kirkland, WA  98034 |
| LCA Bank Corporation<br>3150 Livernois Road<br>Suite 300<br>Troy, MI  48083 | LCA Bank Corporation<br>PO Box 1650<br>Troy, MI  48099-1650 | LCA Bank Corporation<br>Attn: Thomas T. Billings, Registered Agent<br>201 S. Main Street, Suite 1800<br>Salt Lake City, UT  84111 |
| Leigh Anne Kitch<br>816 Gladys Avenue<br>Long Beach, CA  90804 | Lin Ming<br>6246 Atlas Way<br>Palmdale, CA  93552 | Los Angeles County Metro Trans Auth<br>Attn Gina Romo Prinicpal<br>Contract Administrator One Gateway Plaza<br>Los Angeles, CA  90012-2952 |
| Los Angeles Department Of Water and Power<br>1394 S Sepulveda Blvd<br>Los Angeles, CA  90023 | Los Angeles Dept Water & Power<br>Attn Erin Henning, Director<br>PO Box 51111 Room 1114<br>Los Angeles, CA  90051-0100 | Los Angeles Dept Water & Power<br>P.O. Box 30808<br>Los Angeles, CA  90030 |

1636093.1  26988  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Los Angeles Dept Water & Power<br>Attn: Bankruptcy Desk Room 732<br>111 N. Hope Street<br>Los Angeles, CA 90012 | Los Angeles Harbor Department<br>Purchasing Office 1st Floor<br>500 Pier A St Berth 161<br>Wilmington, CA 90744 | Los Angeles World Airports<br>1 World Way<br>Los Angeles, CA 90045-5803 |
| Los Angeles World Airports<br>PO Box 92216<br>Los Angeles, CA 90009-2216 | Los Angeles World Airports<br>Accounts Payable<br>PO Box 92882<br>Los Angeles, CA 90009 | Luis Jimenez<br>139 Harbor Dr<br>Tavernier, FL 00819-2027 |
| M Shayan<br>8622 Bellanca Ave Ste E<br>Los Angeles, CA 90045 | Maaco Des Plains<br>1716 E. Oakton St.<br>Des Plains, IL 60018 | Majd Alomari<br>1534 Park West Cir<br>Munster, IN 46321 |
| Manhatan Unified School<br>1401 Artesia Blvd<br>Manhattan, CA 90266 | Manuel Anorico<br>557 Verducci Dr<br>Daly City, CA 94015 | Maquitta Sutton<br>Alain Leroy Locke Colleg<br>325 E 111th St<br>Los Angeles, CA 90061 |
| Marcus R Nickerson<br>1500 Karen Ave<br>Apt 314<br>Las Vegas, NV 89169 | Mario Varela<br>2578 Douglas Lane<br>Thompsons Station, TN 37179 | Marvin Magana<br>3553 Emerald Street<br>Apt 308<br>Torrance, CA 90503 |
| Maurice Wutscher LLP<br>Attn: Alan C Hochheiser, Esq.<br>23611 Chagrin Blvd., Suite 207<br>Beachwood, OH 44122 | Meiqi Li<br>1-6878 Southpoint Dr<br>Burnaby<br>BC V3N5E4, CANADA | Merchants Fleet<br>Attn Robert Singer<br>14 Central Park Drive 1st Floor<br>Hooksett, NH 03106 |
| Metrogistics<br>Attn Angela Billiter<br>110 Rock Cliff Court Suite D<br>Saint Louis, MO 63123 | Michael Q Wallin Esq<br>26000 Towne Centre Drive Ste 130<br>Foothill Ranch, CA 92610 | Mission Trail Waste Systems<br>1060 Richard Ave<br>Santa Clara, CA 95050-2816 |
| Mobil Auto Glass<br>PO Box 88336<br>Los Angeles, CA 90009 | Mobile Modular<br>5700 Las Positas Road<br>Livermore, CA 94551 | Monfredini Properties<br>Attn John Monfredini, Agent for Service<br>of Process<br>477 Forbes Boulevard<br>South San Francisco, CA 94080 |
| Monica A Sosa<br>4380 Missouri Ave<br>South Gate, CA 90280 | Moniga Penan<br>5933S 5665 W<br>Salt Lake City, UT 84118 | Montrionics<br>Dept CH8628<br>Palatine, IL 60055-8628 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Moreno's Auto Repair<br>527 E Holt Blvd<br>Ontario, CA  91761 | Naga Grapati<br>2525 Farmcrest<br>Herndon, VA  20171 | Nancy C Sosa<br>1723 W. 153rd Street<br>Compton, CA  90220 |
| National Auto Club<br>111 Anza Blvd Suite 109<br>Burlingame, CA  94010 | Nevada Department of Taxation<br>Attn:  Randy Asbell<br>2550 Paseo Verde Pkwy #180<br>Henderson, NV  89074 | Nevada Department Of Taxation<br>1550 College Parkway # 115<br>Carson City, NV  89706 |
| New Auto Glass<br>Attn Renaldo Silva<br>1550 Rollins<br>Burlingame, CA  94010 | New Wynn Li LP<br>Attn Cathy Li<br>9750 Airport Blvd<br>Los Angeles, CA  90045 | New Wynn Li LP<br>Attn Ruilan Su<br>1910 Lombardy Rd<br>San Marino, CA  91108 |
| Nicole Uriostegui<br>4632 Sun Valley Drive<br>Las Vegas, NV  89121 | Nicor Gas<br>PO Box 5407<br>Carol Stream, IL  60197-5407 | Noral Gonzalez<br>Caile 146A<br>Bogota<br>Co 58C56, COLOMBIA |
| Northern Door Garage Door Corp<br>51 Sussex Ct<br>Elk Grove Village, IL  60007 | Novus Windshield Repair<br>7435 South Eastern Ave 5-503<br>Las Vegas, NV  89123 | NV Energy<br>PO Box 30086<br>Reno, NV  89520-3086 |
| Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA  90017 | Om Shivam Hospitality LLC<br>1659 W Temple<br>Salt Lake City, UT  84116 | P Lazdeta<br>Conduminio Albo Prado Ote 7<br>Ica Peru<br>PERU INT, |
| Pacific Gas And Electric Company<br>Box 997300<br>Sacramento, CA  95899-7300 | Penrod Keith, Shareholder<br>Dentons Durham Jones Pinegar P.C.<br>111 South Main Street, Suite 2400<br>Salt Lake City, UT  84111 | Pep Boys<br>Attn Laika Prince<br>3111 W Allegheny Ave<br>Philadelphia, PA  19132-0445 |
| PJ D&D Holdings LLC<br>5235 W 104th Street<br>Los Angeles, CA  90045 | Priceline.Com LLC<br>Attn Holly Refalski<br>800 Connecticut Ave<br>Norwalk, CT  6854 | Promac Image Systems<br>1720 S Vermont Ave<br>Los Angeles, CA  90006 |
| Quest Auto Body Care LLC<br>12911 Cerise Avenue<br>Hawthorne, CA  90250 | Quest Auto Body Care LLC<br>12011 Cerise Ave<br>Hawthorne, CA  90250 | R Nelina Jimenez<br>111 Azalia Dr<br>E Palo Alto, CA  94303 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Rachel K Barrientos<br>22701 Ne Halsey St Apt.<br>Apt 1102<br>Fairview, CA  97024 | Rafal Pogozelsci<br>Parkowa 1<br>Janowiec Wielkopolski<br>kujaw 88430, POLAND | Rajarshi Manerjee<br>2337 Silver Breeze Ct<br>San Jose, CA  95138 |
| Ramirez/Itoses<br>5225 Karm Way<br>Sacramento, CA  95842 | Recology San Mateo County<br>PO Box 514230<br>Los Angeles, CA  90051-4230 | Repairsmith Inc<br>2333 Utah Ave #105<br>El Segundo, CA  90245 |
| Republic Services<br>PO Box 78829<br>Phoenix, AZ  85062-8829 | Res Electrical Services<br>2712 W Grenadine Rd<br>Phoenix, AZ  85041 | Richard Solomon<br>Solomon Grindle Lidstad & Wintrin<br>11682 El Camino Real, Suite 250<br>San Diego, CA  92130 |
| Ring Central<br>20 Davis Dr<br>Belmont, CA  94002 | Robert Cowhig<br>4208 Rocky Ledge Way<br>Decatur, GA  30039 | Robert Half<br>c/o Natalia A. Minassian, Esq.<br>Hatkoff & Minassian, ALC<br>18757 Burbank Blvd., Suite 100<br>Tarzana, CA  91356 |
| Rockpile Capital LLC<br>27127 Calle Arroyo Suite 1910<br>San Juan Capistrano, CA  92675 | S Bailey<br>7224 Charles Ct<br>Dallas, TX  75217 | S Gerber<br>1035 Valerian Way<br>Sunnyvale, CA  94086 |
| S Hillyer<br>1F/South Building West.<br>Guangzhou, AS  00051-0620 | S Ibanez<br>6240 Woodhaven P64<br>Flushing, NY  11374 | Sadiq Ahmed/Sahra A<br>200 S Franklin<br>New Ulm, MN  56073 |
| Safeshred<br>5928 S Malt Avenue<br>Commerce, CA  90040 | Safety Kleen<br>PO Box 7170<br>Pasadena, CA  91109-7170 | Salesforce.Com Inc<br>PO Box 203141<br>Dallas, TX  75320-3141 |
| Samer M Zubeidi<br>3265 Ryer Island Street<br>West Sacramento, CA  95691 | San Diego County Regional Airport<br>Po Box 92776<br>San Diego, CA  92138-2776 | San Francisco Airport Commission<br>PO Box 59753<br>Los Angeles, CA  90074-9753 |
| San Francisco International Airport<br>575 N Mcdonnell Rd Accounting Divis<br>San Francisco, CA  94128 | San Francisco International Airport<br>Attn:  Ivar C. Satero, Airport Director<br>Post Office Box 8097<br>San Francisco, CA  94128 | San Francisco International Airport<br>Attn:  Sheryl Bregman<br>Airport Commission Offices/City<br>Attorney International Terminal Floor 5<br>San Francisco, CA  94128 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Santos Maldonado<br>1280 El Camino Real #302<br>Millbrea, CA 94030 | Saul Garcia<br>6129 Elderberry Wine Avenue<br>Las Vegas, NV 89142 | Sdge Sempra Energy Utility<br>PO Box 25111<br>Santa Ana, CA 92799-5111 |
| Selig<br>2510 S. 106th Street<br>PO Box 27009<br>West Allis, WI 53227 | Selig Leasing Company<br>Attn Kent Boskovich<br>2510 S 108th St Suite A<br>Milwaukee, WI 53227 | Sequoia Thompson<br>312 W Claude Street<br>Lake Charles, LA 70605 |
| Shridnar Kulkami<br>48725 Big Horn Ct<br>Fremont, CA 94539 | Silvia Robles<br>4941 W 140th Street<br>Hawthorne, CA 90250 | Siva Ganesan<br>6 Sanderling<br>Irvine, CA 92604 |
| Small Business Administration<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | Small Business Administration<br>Attn: Elan S. Levey, Esq.<br>Office of the U. S. Attorney<br>300 N. Los Angeles St., Ste. 7516<br>Los Angeles, CA 90012 | Socorro Hurtado<br>9580 W Reno Ave<br>Apt 122<br>Las Vegas, NV 89148 |
| Sofiac<br>Attn Brian Walsh<br>8630 M Guilford Rd Suite 224<br>Colombia, MD 21046 | Software Business Systems<br>7401 Metro Blvd<br>Suite 550<br>Edina, MN 55439-2313 | South Adams County Water<br>& Sanitation District<br>6595 E 70th Ave<br>Commerce City, CO 80022 |
| Southern California Auto Transport<br>11633 Imperial Hwy<br>Norwalk, CA 90650 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771-0001 | Southern Counties Lubricants<br>PO Box 5765<br>Orange, CA 92863 |
| Southwest Mobile Storage Inc - Phx<br>1005 N. 50th St<br>Phoenix, AZ 85008 | SP Plus<br>9800 La Cienega Blvd<br>Inglewood, CA 90301 | Spectrum Business<br>PO Box 60074<br>City of Industry, CA 91716 |
| Sravanan Sambandam<br>1605 Al Mor Real Estate<br>DUBAI<br>UAE 0, | St. Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section PO Box 13528<br>Austin, TX 78711 | Staples Advantage<br>PO Box 83689<br>Chicago, IL 60696-3689 |

1636093.1  26988    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| State Board of Equalization<br>Account Information Group MIC 29<br>PO Box 942879<br>Sacramento, CA  94279-0029 | State of California, Department of Industrial Relations, Labor Commissioner's Office<br>Labor Commissioner's Office 300 Oceangate, Suite 302<br>Long Beach, CA  90802 | State of North Carolina<br>Department of Revenue<br>PO Box 25000<br>Raleigh, NC  27640 |
| Steve Vuong<br>14904M  Se Apanish Bay Dr<br>Happy Valley, OR  97086 | Stockton Blvd Partners LLC<br>Attn Mary Holmes<br>77 Cadillac Drive Suite 150<br>Sacramento, CA  95825 | Sumitomo Mitsui Finance and Leasing Company, Ltd. \| CSC Lawyers Incorporation Service,Agent for Service of Process<br>251 Little Falls Drive<br>Wilmington, DE  19808 |
| Sumitomo Mitsui Finance and Leasing Company, Ltd.<br>Masaki Tachibana, President and CEO<br>666 Third Avenue<br>New York, NY  10017 | Sumitomo Mitsui Finance and Leasing Company, Ltd.<br>Matthew F. Kye/Kye Law Group PC<br>201 Old Country Road, Suite 120<br>Melville, NY  11747 | Sutton Leasing Inc (Michigan)<br>Attn Benjamin Smith<br>3555 East 14 Mile Road<br>Sterling Heights, MI  48310 |
| Tammi J Cabral<br>5893 El Zuparko Dr<br>Apt 3<br>San Jose, CA  95123 | Tammy Carver<br>16331 Bayshore Lane<br>Huntington Beach, CA  92649 | Tanya L Licon<br>10060 Scott Ave<br>Apt F<br>Whittier, CA  90603 |
| Terri Zepher<br>4699 Kittredge St<br>Apt 1439<br>Denver, CO  80239 | Texas Controller Office<br>PO Box 13528 Capital Station<br>Austin, TX  78711-3582 | Texas Controller Office<br>Lyndon B. Johnson State Office Bldg<br>111 East 17th Street 9th Floor<br>Austin, TX  78774 |
| Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 East 15th Street<br>Austin, TX  78778 | THE BERMAN LAW FIRM APC<br>1875 CENTURY PARK EAST<br>SUITE 2200<br>LOS ANGELES, CA  90067 | T-Mobile<br>PO Box 51843<br>Los Angeles, CA  90051-6143 |
| Tom Normandin<br>Prenovost Normandin et al<br>122 N. Broadway #200<br>Santa Ana, CA  92706-2614 | TPX Communications<br>PO Box 509013<br>San Diego, CA  92150-9013 | Travelers<br>Attn Maria Grube<br>Travelers Property Cas Co PO Box 5076<br>Hartford, CT  06102-5076 |
| Travelport GDS BV<br>C/O Bank Of America Lockbox<br>PO Box 402395<br>Atlanta, GA  30384-2395 | Tri Global<br>106 Golden Street<br>Stanley, NC  28164 | Twin City Towing LLC<br>Attn:  Joe Best<br>3949 Greenwood Rd.<br>Shreveport, LA  71109 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| TXU Energy<br>PO Box 650638<br>Dallas, TX  75265 | U. S. Small Business Administration<br>Office of the General Counsel<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA  90012 | Union Leasing Inc (Illinois)<br>Attn Roger Setzke<br>425 N Martingale Rd 6th Floor<br>Schaumburg, IL  60173 |
| United Leasing Inc<br>Attn Rebecca S. Korba, IRP Paralegal<br>3700 Morgan Ave<br>Evansville, IN  47715 | United Mile Fleet<br>a/k/a United Rental Group LLC<br>PO Box 5225<br>Evansville, IN  47716-5225 | United Mile Fleet LLC<br>a/k/a United Rental Group LLC<br>c/o Akerman LLP attn: Erica Gomer<br>350 East Olas Blvd. Ste 1600<br>Fort Lauderdale, FL  33301 |
| United Mile Fleet LLC<br>a/k/a United Rental Group LLC<br>c/o Akerman LLP/Joshua R Mandell<br>601 West Fifth St Ste 300<br>Los Angeles, CA  90071 | United Power<br>PO Box 173703<br>Denver, CO  80217-3703 | United Site Services<br>PO Box 53267<br>Phoenix, AZ  85072 |
| United States Attorney's Office<br>Civil Process Clerk<br>300 N. Los Angeles St., Room 7516<br>Los Angeles, CA  90012 | United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC  20044 | US Bank Corp Trust<br>Cm 9705  Ref: 208129000<br>San Diego County Air<br>PO Box 70870<br>St Paul, MN  55170-9705 |
| Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT  84134 | Uwe Rahn<br>1854 Hillside Dr<br>Franklin, IN  46131 | V Ramirez<br>2275 S Bascom Ave Apt 706<br>Campbell, CA  95008 |
| Valsoft Corporation<br>PO Box 24620<br>West Palm Beach, FL  33416 | Varun Sharma<br>4628 / A Ramaneger<br>Rmanagar<br>INDIA, | Verizon Wireless<br>PO Box 660108<br>Dallas, TX  75266-0108 |
| Verra Mobility<br>1150 N Alma Road<br>Mesa, AZ  85201 | Viasat<br>6155 El Camino Real<br>Carlsbad, CA  92009 | Village Of Schiller Park<br>9526 Irving Park Rd<br>Schiller Park, IL  60176 |
| Violation Management Solutions Llc<br>66 Powerhouse Rd<br>Suite 301<br>Roslyn Heights, NY  11577 | Viti Auto Glass<br>10422 Reymouth Ave<br>Rancho Cordova, CA  95670 | Walker Brown<br>2751 Flintrock Circle<br>Houston, TX  77067 |
| Waste Connection<br>12150 Garland Dr<br>Dallas, TX  75218 | Waste Management<br>PO Box 5141065<br>Los Angeles, CA  90054-1065 | Wei Yu<br>Room 101, 2477 Guijiang Road<br>Shanghai, CHINA  236 |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Wells Fargo Deposits Bankruptcy<br>2701 NW Vaughn St., 5th Floor<br>Portland, OR  97210 | Wells Fargo Bank, N.A.<br>1717 Grant Street<br>Denver, CO  80203 | Wells Fargo Bank, N.A.<br>Charles W Sharf, President and CEO<br>420 Montgomery Street<br>San Francisco, CA  94104 |
| Wells Fargo Bank, N.A.<br>Attn:  CSC-Lawyers Incorporating Service, Agent for Service of Process<br>2710 Gateway Oaks Drive Suite 150N<br>Sacramento, CA  95833 | Wesco Insurance Co<br>c/o Aires Law Firm<br>6 Hughes Suite 205<br>Irvine, CA  92618 | Wesco Insurance Co<br>59 Maiden Lane 43rd Floor<br>New York, NY  10038 |
| Wiline Networks Inc<br>PO Box 102150<br>Pasadena, CA  91189-2150 | William Daly<br>30091 Iron Horse Drive<br>Murrieta, CA  92563 | William Dandridge<br>c/o Law Offices of Robert B. Silverman<br>7101 Magnolia Ave., #D<br>Riverside, CA  92504 |
| XCEL Energy<br>PO Box 9477<br>Minneapolis, MN  55484-9477 | Xtreme Window Tint<br>1244 Wingate Pl<br>Pomona, CA  91768 | Xudong Ping<br>Level 3, 105 Victoria St Fitzr<br>Melbourne<br>VIC 3101, AUSTRALIA |
| Y Park<br>Kimpton Sir Hotel<br>San Francisco, CA  94102 | Yajaira Hernandez and Reina Ramirez<br>8703 Bedworth Lane<br>Houston, TX  77088 | Yazdan Irani<br>10995 Willow Valley Cr<br>Las Vegas, NV  89135 |
| Yazdan Navabi<br>1066 Dalby Way<br>Austell, GA  30106 | YHB Long Beach LLC<br>4353 E. Willow St<br>Long Beach, CA  90815 | Zachary E Whaley<br>9675 Eagle Creek Parkway<br>Commerce City, CO  80022 |
| Zack Whaley<br>3225 W Carefree Cir<br>Colorado Springs, CO  80917 | Zafar Naeen<br>18416 Chelmsford Dr<br>Cupertino, CA  95014 | Zev Shechtman<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA  90067-6006 |
| Zhikang Jiang<br>207 No. 4 Lane 100<br>Hangzhou<br>CHINA 310000, | Zlatan Mujezinovic<br>19725 Clubhouse Dr<br>Apt 120<br>Parker, CO  80138 | Zores Speedway<br>1300 N Mickley Rd<br>Indianapolis, IN  46224 |
| Levine Kellogg Lehman Schneider + Grossman LLP<br>Attn:  Stuart I. Grossman Esq.<br>201 S. Biscayne Blvd., 22nd Fl.<br>Miami, FL  33131 | | |

1636093.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                            F 9013-3.1.PROOF.SERVICE