JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
MICHAEL G. D'ALBA (State Bar No. 264403)
mdalba@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Airport Van Rental, Inc. and
affiliated Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AIRPORT VAN RENTAL, INC., et al.,[1]<br><br>        Debtors and Debtors in Possession.<br><br>☒    Affects all Debtors<br><br>☐    Affects the following Debtor(s): | Case No. 2:20-bk-20876-BB<br><br>Chapter 11 (Jointly Administered)<br><br>**STIPULATION TO CONTINUE CHAPTER 11 STATUS CONFERENCE**<br><br>**Current Hearing Date**<br>Date:    April 7, 2021<br>Time:    11:00 a.m.<br><br>**Proposed Hearing Date**<br>Date:    April 21, 2021<br>Time:    11:00 a.m.<br><br>**[Hearing by ZoomGov][2]** |

The Debtors, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee hereby stipulate as follows:

---

[1] Pursuant to an order of the Court, this case is being jointly administered with four cases filed by the following affiliated entities: Airport Van Rental, Inc., a Georgia corporation, case no. 2:20-bk-20877-BB; Airport Van Rental, Inc., a Nevada corporation, case no. 2:20-bk-20878-BB; Airport Van Rental, LLP, a Texas limited liability partnership, case no. 2:20-bk-20882-BB; and AVR Vanpool, Inc., a California corporation, case no. 2:20-bk-20883-BB.

[2] Information for ZoomGov appearance available at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx [Use the tab labelled, "Select Judge," on the left hand side of the screen to select "(BB) Sheri Bluebond" from the drop down menu.]

**RECITALS**

1. The chapter 11 status conference is scheduled for April 7, 2021.

2. Hearings on the Debtors' motions for substantive consolidation, approval of cash collateral, and approval of cash management have previously been continued to April 21, 2021. The parties hereto agree that the status conference should be continued to the same date and time as the aforementioned matters pending before the Court.

**STIPULATION**

1. The above recitals are incorporated herein in their entirety.

2. The chapter 11 status conference should be continued from April 7, 2021, at 11:00 a.m., to April 21, 2021, at 11:00 a.m. The Debtors will submit a proposed order so ruling.

DATED: March 24, 2021        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
Zev Shechtman
Attorneys for Airport Van Rental, Inc. and affiliated Debtors and Debtors in Possession

DATED: March 24, 2021        ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
Roye Zur
Attorneys for the Official Committee of Unsecured Creditors

DATED: March 24, 2021        PETER C. ANDERSON, UNITED STATES TRUSTEE

By: _____
Eryk R. Escobar
Attorney for the United States Trustee

1643407.1  26988                           2

## RECITALS

1. The chapter 11 status conference is scheduled for April 7, 2021.

2. Hearings on the Debtors' motions for substantive consolidation, approval of cash collateral, and approval of cash management have previously been continued to April 21, 2021. The parties hereto agree that the status conference should be continued to the same date and time as the aforementioned matters pending before the Court.

## STIPULATION

1. The above recitals are incorporated herein in their entirety.

2. The chapter 11 status conference should be continued from April 7, 2021, at 11:00 a.m., to April 21, 2021, at 11:00 a.m. The Debtors will submit a proposed order so ruling.

DATED: March 24, 2021                DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
Zev Shechtman
Attorneys for Airport Van Rental, Inc. and
affiliated Debtors and Debtors in Possession

DATED: March 24, 2021                ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
Roye Zur
Attorneys for the Official Committee of Unsecured Creditors

DATED: March 24, 2021                PETER C. ANDERSON, UNITED STATES TRUSTEE

By: _____
Eryk R. Escobar
Attorney for the United States Trustee

3

1643407.1  26988

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO CONTINUE CHAPTER 11 STATUS CONFERENCE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 24, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 24, 2021 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1643418.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Jess R Bressi on behalf of Creditor Hinckleys, Inc. dba Hincklease
jess.bressi@dentons.com, kimberly.sigismondo@dentons.com

Donald H Cram, III on behalf of Creditor Ford Fleet Care
dhc@severson.com, cas@severson.com

Michael G D'Alba on behalf of Debtor AVR Vanpool, Inc., a California corporation mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a California corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Michael G D'Alba on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

M Douglas Flahaut on behalf of Interested Party INTERESTED PARTY
flahaut.douglas@arentfox.com

Duane M Geck on behalf of Creditor Ford Fleet Care
dmg@severson.com, pag@severson.com

Evelina Gentry on behalf of Creditor United Rental Group, LLC f/k/a Mile Fleet, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Lydia A Hewett on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
lydia.hewett@cpa.state.tx.us

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Courtney J Hull on behalf of Interested Party Courtesy NEF
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Jonathan J Kim on behalf of Creditor Priceline.com
jkim@pszjlaw.com, jkim@pszjlaw.com

Matthew F Kye on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd.
mkye@kyelaw.com
Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

1643418.1  26988   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Elan S Levey on behalf of Interested Party Courtesy NEF
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Garry A Masterson on behalf of Creditor United Leasing, Inc.
BnkEcf-CA@weltman.com

Haleh C Naimi on behalf of Creditor 1st Source Bank
hnaimi@advocatesolutionsinc.com

Tom Roddy Normandin on behalf of Creditor AFC CAL, LLC
tnormandin@pnbd.com, srichards@pnbd.com; cathyjones@pnbd.com; msmigura@pnbd.com

R Gibson Pagter, Jr. on behalf of Creditor Praveen Rajendiran Janani Kamalanathan, Kamalanathan Govindan, and Kottiayan Kanahambaram
gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

Jeremy V Richards on behalf of Creditor Priceline.com
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Zev Shechtman on behalf of Debtor AVR Vanpool, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a California corporation
zshechtman@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Georgia corporation
zshechtman@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, Inc., a Nevada corporation
zshechtman@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor Airport Van Rental, LLP., a Texas limited liability partnership
zshechtman@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com

Richard A Solomon on behalf of Creditor Hitachi Capital America Corp.
richard@sgswlaw.com

John N Tedford, IV on behalf of Debtor Airport Van Rental, Inc., a California corporation
jtedford@DanningGill.com, danninggill@gmail.com; jtedford@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Glenn S Walter on behalf of Creditor Union Leasing, Inc.
gwalter@honigman.com

Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com, aaburto@elkinskalt.com; myuen@elkinskalt.com

1643418.1  26988  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE