Haleh C. Naimi, Esq. (SBN 201449)
**ADVOCATE SOLUTIONS, INC.**
*A Professional Corporation*
9350 WILSHIRE BOULEVARD, SUITE 203
BEVERLY HILLS, CA 90212
Telephone: (310) 734-2677
Facsimile:  (310) 734-2676
E-mail:  hnaimi@advocatesolutions.com

Attorney for 1st Source Bank

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AIRPORT VAN RENTAL, INC., et al.[1]<br><br>Debtors and Debtors-in-Possession | Lead Case No.: 2:20-bk-20876-BB<br><br>Chapter 11 (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND 1ST SOURCE BANK FOR ORDER DISMISSING THE MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY) [DOCKET NO. 163] WITHOUT PREJUDICE**<br><br>Current Date and Time:<br><br>Date:       June 29, 2021<br>Time:      10:00 a.m.<br>Place:      Courtroom 1539<br>              255 E. Temple St.<br>              Los Angeles, CA |

 1st Source Bank ("1ST SOURCE"), Airport Van Rental, Inc., a California corporation, Airport Van Rental, Inc., a Georgia corporation, Airport Van Rental, Inc., a Nevada corporation, Airport Van

---

[1] This case is jointly administered with the chapter 11 cases of Airport Van Rental, Inc., a Georgia corporation (2:20-bk-20877-BB); Airport Van Rental, Inc., a Nevada corporation (2:20-bk-20878-BB); Airport Van Rental, LLP, a Texas limited liability partnership (2:20-bk-20882-BB); and AVR Vanpool, Inc. (2:20-bk-20883-BB).

1

Rental, LLP, a Texas limited liability partnership, and AVR Vanpool, Inc., a California corporation (collectively, the "Debtors"), and the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "OCC"), by and through counsel, request that the Court approve the within stipulation of the parties.

## STIPULATION

A.    On December 11, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

B.    On February 2, 2021, 1ST SOURCE filed its Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (Personal Property) (Docket No. 163) (the "Stay Relief Motion").

C.    The hearing on the Stay Relief Motion was originally scheduled for February 23, 2021 at 10:00 a.m. At the OCC's request, the hearing was continued to March 2, 2021.

D.    Pursuant to stipulation by the parties, the hearing was continued to March 17, 2021 at 11:00 a.m., to be held at the same time with several other hearings scheduled by the Debtors.

E.    Since early March 2021, the Debtors and 1ST SOURCE have been negotiating a resolution of, among other things, the issues raised in the Stay Relief Motion. The negotiations between the parties culminated in a comprise, the terms of which were set forth in the Debtors' *Motion for (1) Authority to Obtain Credit Secured by a First-Priority Security Interest in All Assets of the Estate Pursuant to DIP Financing, Settlement, Adequate Protection, and Plan Support Agreement with 1st Source Bank, (2) Approval of Such Agreement, (3) A Good Faith Determination, and (4) Waiver of Stay; and Memorandum of Points and Authorities and Declaration of Yazdan Irani in Support Thereof* (Docket No. 428) (the "DIP and Compromise Motion").

F.    The Court having approved the DIP and Compromise Motion entered its Order on June 17, 2021 (Docket No. 491).

**WHEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1.    To the Dismissal Without Prejudice of the Stay Relief Motion.

2

DATED: June 24, 2021

**ADVOCATE SOLUTIONS, INC.**
*A Professional Corporation*

/s/ Haleh Naimi
By: HALEH NAIMI
Attorney for 1st Source Bank

DATED: June 24, 2021

DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
JOHN N. TEDFORD, IV
Attorneys for Airport Van Rental, Inc. and affiliated Debtors and Debtors in Possession

DATED: June 24, 2021

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
ROYE ZUR
Attorneys for the Official Committee of Unsecured Creditors

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9350 Wilshire Boulevard, Suite 203, Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND 1ST SOURCE BANK FOR ORDER DISMISSING THE MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §362 (PERSONAL PROPERTY) [DOCKET NO. 163] WITHOUT PREJUDICE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 19, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 28, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Court Central District
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 28, 2021 | Haleh C. Naimi | /s/ Haleh C. Naimi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE

ADDITIONAL SERVICE INFORMATION

SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Shraddha Bharatia**   notices@becket-lee.com
- **Jess R Bressi**   jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Michael G D'Alba**   mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **M Douglas Flahaut**   flahaut.douglas@arentfox.com
- **Evelina Gentry**   evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Courtney J Hull**   bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Jonathan J Kim**   jkim@pszjlaw.com, jkim@pszjlaw.com
- **Matthew F Kye**   mkye@kyelaw.com
- **Kenneth G Lau**   kenneth.g.lau@usdoj.gov
- **Elan S Levey**   elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- **Garry A Masterson**   BnkEcf-CA@weltman.com
- **Haleh C Naimi**   hnaimi@advocatesolutionsinc.com
- **Tom Roddy Normandin**   tnormandin@pnbd.com, srichards@pnbd.com;cathyjones@pnbd.com;msmigura@pnbd.com
- **R Gibson Pagter**   gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Richard A Solomon**   richard@sgswlaw.com
- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Glenn S Walter**   gwalter@honigman.com
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Roye Zur**   rzur@elkinskalt.com, aaburto@elkinskalt.com;myuen@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE