JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
MICHAEL G. D'ALBA (State Bar No. 264403)
*mdalba@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Airport Van Rental, Inc. and
affiliated Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AIRPORT VAN RENTAL, INC., et al.,[1]<br><br>　　　　Debtors and Debtors in Possession.<br><br>☒　Affects all Debtors<br>☐　Affects the following Debtor(s): | Case No. 2:20-bk-20876-BB<br><br>Chapter 11 (Jointly Administered)<br><br>**CHAPTER 11 STATUS REPORT**<br><br>Date:　July 14, 2021<br>Time:　11:00 a.m.<br>Place:　Courtroom 1539, 15th Fl.<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012<br><br>**[Hearing by ZoomGov][2]** |

---

[1] Pursuant to an order of the Court, this case is being jointly administered with four chapter 11 cases filed by affiliated entities. Such entities are Airport Van Rental, Inc., a Georgia corporation, case no. 2:20-bk-20877-BB; Airport Van Rental, Inc., a Nevada corporation, case no. 2:20-bk-20878-BB; Airport Van Rental, LLP, a Texas limited liability partnership, case no. 2:20-bk-20882-BB; and AVR Vanpool, Inc., a California corporation, case no. 2:20-bk-20883-BB.

[2] Information for ZoomGov appearance available at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx [Use the tab labelled, "Select Judge," on the left hand side of the screen to select "(BB) Sheri Bluebond" from the drop down menu.]

**1.    Plan and Disclosure Statement**

The exclusive period for the Debtors to file a plan expires August 9, 2021, pursuant to the Court's second order extending exclusivity entered on June 30, 2021. The Debtors intend to file a plan and disclosure statement in July of 2021.

**2.    Recent Progress in Settlements with Vehicle Financiers and DIP Financing**

As reflected in part in various stipulations and agreements on the bankruptcy docket, the Debtors have settled or engaged in meaningful settlement discussions with almost all of their vehicle financiers, and certainly their largest vehicle financiers.

On June 17, 2021, the Court granted AVR California's motion for an order approving its agreement with 1st Source Bank for debtor in possession financing, settlement, adequate protection, and plan support (docket no. 491). Such order, among other things, provides new credit in the amount of $1.8 million by which new or used vans can be acquired; restates the terms of the secured loans from 1st Source as well as AFC; resolves disputes with 1st Source related to the use of vehicles; permits the use of cash collateral; resolves the assertion of a blanket lien; resolves a state court action commenced in Indiana; provides adequate protection as to the loans made by 1st Source and AFC; resolves issues related to a payroll protection program loan; sets for the terms for the treatment in a proposed chapter 11 plan of the debt owed to 1st Source and AFC.

By an order entered on June 17, 2021 (docket no. 490), the Court granted the Debtors' motion for approval of settlement, adequate protection, and plan support agreement with North Iowa Equity, LLC, re vehicles to be acquired from Hinckley's. The agreement replaces the Hinckley's Agreement with a new agreement as to the vehicles at issue; resolves a variety of issues that have arisen or could arise under the Hinckley's Agreement before and after the Petition Date; permits the use of the vehicles; permits the use of cash collateral to the extent of NIE's interest in cash collateral; and sets forth the treatment of NIE under a potential chapter 11 plan (to the extent treatment is required by the Bankruptcy Code) and obtains NIE's support of a plan that provides such treatment.

### 3. Other Developments

By an order entered on May 26, 2021 (docket no. 420), the Court granted the Debtors' motion to pay Expedia, Inc., pursuant to a vehicle rental agreement between AVR California and Expedia.

On June 9, 2021, the Debtors filed their motion to extend their authority to use cash collateral through December 31, 2021 (docket no. 443). The motion was unopposed and granted on June 30, 2021.

A hearing on estate professionals' compensation is scheduled for July 7, 2021.

A continued hearing on the Debtors' Substantive Consolidation Motion and Cash Management Motion is scheduled for July 28, 2021, at 10:00 a.m.

The Debtors intend to shortly apply for the dismissal of the AVR Texas, AVR Georgia, and AVR Nevada bankruptcy cases. Should such motion be granted, the relief sought by the Substantive Consolidation Motion and (if applicable) the Cash Management Motion as to those entities will become moot. Also, if the Court grants the Cash Management Motion as to AVR California and AVR Vanpool, the substantive consolidation request as to AVR Vanpool will be withdrawn.

The Debtors intend to apply for authority to employ sales and use tax counsel to investigate the State of California's claim for sales and use taxes and, if warranted, to assist in addressing such claim in negotiations and/or proceedings.

DATED: July 2, 2021    DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Michael G. D'Alba
MICHAEL G. D'ALBA
Attorneys for Airport Van Rental, Inc. and
affiliated Debtors and Debtors in Possession

1654979.2  26988

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): CHAPTER 11 STATUS REPORT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 2, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2021 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1655009.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- Eric S Bershatski    info@BLGLA.com
- Shraddha Bharatia    notices@becket-lee.com
- Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Donald H Cram    dhc@severson.com, cas@severson.com
- Michael G D'Alba    mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- John P Dillman    houston_bankruptcy@publicans.com
- Eryk R Escobar    eryk.r.escobar@usdoj.gov
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Kim P. Gage    kgage@cookseylaw.com
- Duane M Geck    dmg@severson.com, pag@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Lydia A Hewett    lydia.hewett@cpa.state.tx.us
- James P Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com;hill@ecf.inforuptcy.com;kramer.kathleenc.r97749@notify.bestcase.com;Cashman-Kramer@sullivanhill.com
- Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Courtney J Hull    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- Jonathan J Kim    jkim@pszjlaw.com, jkim@pszjlaw.com
- Matthew F Kye    mkye@kyelaw.com
- Elan S Levey    elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Garry A Masterson    BnkEcf-CA@weltman.com
- Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com
- Haleh C Naimi    hnaimi@advocatesolutionsinc.com
- Tom Roddy Normandin    tnormandin@pnbd.com, srichards@pnbd.com;cathyjones@pnbd.com;msmigura@pnbd.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Richard A Solomon    richard@sgswlaw.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Glenn S Walter    gwalter@honigman.com
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Roye Zur    rzur@elkinskalt.com, aaburto@elkinskalt.com;myuen@elkinskalt.com

1655009.1  26988  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

Debtor
Airport Van Rental, Inc., a California corporation
12911 Cerise Avenue
Hawthorne, CA 90250

Presiding Judge
The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

Susan Gardner
c/o The Pep Boys—Manny, Moe & Jack
3111 W. Allegheny Ave.
Philadelphia, PA 19132

Attorneys for The Pep Boys—Manny, Moe & Jack
Jeremy A. Campana, Esq.
Thompson Hine, LLP
127 Public Sq., Suite 3900
Cleveland, OH 44114

David Spivak Esq., Class Counsel
c/o Carlos Simon, Class Representative
The Spivak Law Firm
16530 Ventura Blvd., Suite 203
Encino, CA 91436

Attorneys for David Spivak, Esq., Class Counsel
Benjamin Nachimson
Woolf & Nachimson, LLP
1100 Glendon Ave., 15th Floor
Los Angeles, CA 90024

Selig Leasing Co., Inc.
c/o Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
4650 North Port Washington Rd.
Milwaukee, WI  53212

LCA Bank Corporation
PO Box 1650
Troy, MI 48099-1650

LCA Bank Corporation
Attn:  Thomas T. Billings, Registered Agent
201 S. Main Street, Suite 1800
Salt Lake City, UT  84111

Merchants Fleet
Attn: Robert Singer
14 Central Park Drive, 1st Floor
Hooksett, NH  03106-0000

1655009.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE