JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Airport Van Rental, Inc. and AVR
Vanpool, Inc., Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:20-bk-20876-BB |
| AIRPORT VAN RENTAL, INC., et al.,[1] | Chapter 11 (Jointly Administered) |
| Debtors and Debtors in Possession. | **NOTICE OF (1) ENTRY OF CONFIRMATION ORDER, (2) EFFECTIVE DATE OF THE DEBTORS' FIRST MODIFIED FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 24, 2022, (3) RELATED DEADLINES, AND (4) POST-CONFIRMATION STATUS CONFERENCE** |
| ☒    Affects all Debtors | |
| ☐    Affects the following Debtor(s): | |

 **PLEASE TAKE NOTICE** that on September 16, 2022, the Court entered its *Order Confirming First Modified First Amended Chapter 11 Plan of Reorganization Dated May 24, 2022* (the "**Confirmation Order**") (*docket no. 1051*), confirming Airport Van Rental, Inc., and AVR Vanpool, Inc.'s *First Modified First Amended Chapter 11 Plan of Reorganization Dated May 24, 2022* (the "**Plan**") (*docket no. 1017*).

 **PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **September 30, 2022**.

---

[1] Pursuant to an order of the Court, this case is being jointly administered with a case filed by AVR Vanpool, Inc., a California corporation, case no. 2:20-bk-20883-BB. The case also was jointly administered with the following three cases that have been dismissed: Airport Van Rental, Inc., a Georgia corporation, case no. 2:20-bk-20877-BB; Airport Van Rental, Inc., a Nevada corporation, case no. 2:20-bk-20878-BB; and Airport Van Rental, LLP, a Texas limited liability partnership, case no. 2:20-bk-20882-BB.

1694721.1  26988                                                  1

**PLEASE TAKE FURTHER NOTICE** that, under Section II.A of the Plan, the Administrative Expense Claim Bar Date is October 31, 2022.[2]

**PLEASE TAKE FURTHER NOTICE** that, under Section V.A.3 of the Plan, a Professional Fee Claim[3] will be allowed only if, among other things, the holder of the Professional Fee Claim files a final fee application (or a motion requesting allowance of such claim) on or before the Administrative Expense Claim Bar Date.

**PLEASE TAKE FURTHER NOTICE** that, under Section V.A.5 of the Plan, and except as may be otherwise provided in the Plan, an Other Administrative Expense Claim[4] will be allowed only if, among other things, the holder of the Other Administrative Expense Claim files a motion requesting allowance of such claim on or before the Administrative Expense Claim Bar Date. Any such motion must be filed and determined pursuant to the Local Bankruptcy Rule 9013-1(o), upon notice of opportunity to object and request a hearing.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding Section V.A.5 of the Plan, a Governmental Unit that is the holder of an Other Administrative Expense Claim of a type described in § 503(b)(1)(B) and (C) of the Code is <u>not</u> required to file a request for payment of such claim as a condition of its being an Allowed Other Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that, unless the Debtors' bankruptcy cases are sooner closed, a post-confirmation status conference will take place on February 8, 2023, at 11:00 a.m. The Reorganized Debtors will file a post-confirmation status report no later than January 27, 2023.

DATED: October 3, 2022                    DANNING, GILL, ISRAEL & KRASNOFF, LLP


                                          By:        /s/ John N. Tedford, IV
                                              _____
                                              JOHN N. TEDFORD, IV
                                              Attorneys for Debtor and Debtor in Possession
                                              Airport Van Rental, Inc.

---

[2] Under the Plan, "Administrative Expense Claim Bar Date" is defined as "the first Business Day that is 30 days after the Effective Date."

[3] Under the Plan, "Professional Fee Claim" is defined as a claim "for fees and expenses incurred by a Professional on or after the Petition Date through the Effective Date."

[4] Under the Plan, "Other Administrative Expense Claim" is defined as "an Administrative Expense Claim other than (1) a Claim for U.S. Trustee Fees, (2) a Professional Fee Claim, and (3) a Section 503(b)(9) Claim." However, under Section V.A.1, claims arising from liabilities incurred by the Debtors in the ordinary course of business after the Petition Date are deemed allowed and will be paid by the Reorganized Debtors, in the ordinary course of business, in accordance with the terms and conditions of the particular transaction giving rise to such claim.

1694721.1  26988                                  2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF (1) ENTRY OF CONFIRMATION ORDER, (2) EFFECTIVE DATE OF THE DEBTORS' FIRST MODIFIED FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 24, 2022, (3) RELATED DEADLINES, AND (4) POST-CONFIRMATION STATUS CONFERENCE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  October 3, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  October 3, 2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Airport Van Rental, Inc., a California
Corporation
12911 Cerise Avenue
Hawthorne, CA 90250-5520

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 3, 2022 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **John D Beals**   john@pieringlawfirm.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Anthony Bisconti**   tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Jess R Bressi**   jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Donald H Cram**   dhc@severson.com, cas@severson.com
- **Michael G D'Alba**   mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **John P Dillman**   houston_bankruptcy@publicans.com
- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **M Douglas Flahaut**   flahaut.douglas@arentfox.com
- **Kim P. Gage**   kgage@cookseylaw.com
- **Duane M Geck**   dmg@severson.com, pag@severson.com
- **Evelina Gentry**   evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com
- **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
- **James P Hill**   hill@sullivanhill.com,
bkstaff@sullivanhill.com;hill@ecf.inforuptcy.com;kramer.kathleenc.r97749@notify.bestcase.com;Cashman-Kramer@sullivanhill.com
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Courtney J Hull**   bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Alphamorlai Lamine Kebeh**   akebeh@danninggill.com
- **Jonathan J Kim**   jkim@pszjlaw.com, jkim@pszjlaw.com
- **Matthew F Kye**   mkye@kyelaw.com
- **Donny P Le**   Donny.Le@doj.ca.gov
- **Elan S Levey**   elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **Peter W Lianides**   plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Wendy A Loo**   wendy.loo@lacity.org
- **Garry A Masterson**   BnkEcf-CA@weltman.com
- **Kevin H Morse**   kmorse@clarkhill.com, blambert@clarkhill.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Haleh C Naimi**   hnaimi@advocatesolutionsinc.com
- **Holly J Nolan**   holly@sglwlaw.com, missy@sglwlaw.com
- **Tom Roddy Normandin**   tnormandin@pnbd.com, srichards@pnbd.com;cathyjones@pnbd.com
- **R Gibson Pagter**   gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Gary B Rudolph**   rudolph@sullivanhill.com,
bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Richard A Solomon**   richard@sgswlaw.com
- **Laurie A Spindler**   laurie.spindler@lgbs.com
- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **Laura L Thatcher**   laura@thatcherlawgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Glenn S Walter**   gwalter@honigman.com
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Elizabeth Weller**   Dora.Casiano-Perez@lgbs.com
- **Roye Zur**   rzur@elkinskalt.com,
cavila@elkinskalt.com;myuen@elkinskalt.com;1648609420@filings.docketbird.com

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY U.S. MAIL

### CATEGORY A
### HOLDERS OF SECURED CLAIMS IN VOTING CLASSES

Hitachi Capital America Corp.
c/o Richard A. Solomon, Esq.
Solomon, Grindle, et al.
11682 El Camino Real, Suite 250
San Diego, CA 92130

Sumitomo Mitsui Finance and Leasing
Co. Ltd.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747

United Leasing, Inc.
c/o Weltman, Weinberg & Reis, Co.,
L.P.A
965 Keynote Circle
Brooklyn Heights, OH 44131

City of Commerce City, Colorado
7887 East 60th Avenue
Commerce City, CO 80022

1st Source Bank
Attn David W Cripe
100 N Michigan Street
South Bend, IN 46601

Colorado Department of Revenue
1375 Sherman St., Room 504
Denver, CO 80261

Texas Comptroller of Public Accts.
c/o Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711

U.S. Small Business Administration
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

### CATEGORY B
### HOLDERS OF CLASS 15 CLAIMS

AmTrust North America, Inc. on
behalf of Wesco Insurance Co.
c/o Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Sumitomo Mitsui Finance and
Leasing Co. Ltd.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747

ACCOUNTEMPS
ATTN Robert Half/Recovery Dept.
PO Box 5024
San Ramon, CA 94583

ADT Security Service
PO Box 650485
Dallas, TX 75265-0485

Accounting Principals
Lisa Werner
10151 Deerwood Park Blvd
Jacksonville FL 32256

Jeffrey Lee Levine dba Ace Small
Claims Service
5981 W 76th Street
Los Angeles, CA 90045

Ace Smog & Fuel
601 E Holt Blvd
Ontario, CA 91761-1707

Advanced Business Equip. Tech.
5650 Imahoff Dr., Suite E
Concord, CA 94520

Alice Willer Zelden
c/o Stirling J Hopson
411 W Lambert Rd., #402
Brea, CA 92821

American Traffic Solutions Consol.
d/b/a Verra Mobility Solutions
ATTN: Legal Department
1150 N. Alma School Road
Mesa, AZ 85201

Arizona Public Service
PO Box 60015
Prescott, AZ 86304-6015

Athens Services
PO Box 54957
Los Angeles, CA 90054

Atlanta South Bus Repair
5845 Lee S Mill Road
Forest Park, GA 30297

Auto Plus Auto Parts
PO Box 8500-50445
Philadelphia, PA 19178-0445

Beach Freeman Lim Cleland, LLP
861 Parkview Dr. North, Ste. 200
El Segundo, CA 90245

Brinks Home Security
Dept Ch 8628
Palatine, IL 91761

Budget Auto Glass
~~633 Elm Street~~
~~San Carlos, CA 94070~~

---

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

CVC and More
11750 Seabord Circle
Stanton, CA 90680

California Dept. of Tax and Fee
Administration
PO Box 942879
Sacramento, CA 94279

Car Keys Express
~~828 E Market St~~
~~Louisville, KY 40206~~

Carbonite
2 Avenue De Lafayette
Boston, MA 02111

CarRentals.com, Inc.
Expedia Group
Attn: Susan Spinney Corlett
1111 Expedia Group Way W.
Seattle, WA 98119

Carlos Simon as Settlement Class
Representative
The Spivak Law Firm
8605 Santa Monica Bl., PMB
42554
West Hollywood, CA 90069

Carwave
855 N Broadway, Suite 100
Escondido, CA 92025

City of San Diego Water
PO Box 129020
San Diego, CA 92112-9020

City of San Jose Finance
200 East Santa Clara St, 13th Floor
San Jose, CA 95113

City and County of San Francisco
ATTN: J. Brian Fletcher
600 17th Street, Suite 425N
Denver, CO 80202

City of Atlanta, Georgia
ATTN: Nicholas Clabbers
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO 80202

City of Houston Public Works
Attn: Effie Green
4200 Leeland
Houston, TX 77023

Clark County Dept. of Aviation
ATTN: Joy Purdy
PO Box 11005
Las Vegas, NV 89111

Colorado Department of Revenue
1375 Sherman St., Room 504
Denver, CO 80261

Comcast
~~PO Box 34744~~
~~Seattle, WA 98124~~

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Company
ComEd Bankruptcy Group
1919 Swift Drive
Oak Brook, IL 60523

Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

De Lage Landen Financial Svcs. I
PO Box 41602
Philadelphia, PA 19101

Denver International Airport
Attn Joslyn Brown
PO Box 492065
Denver, CO 80249-2065

Expedia, Inc.
Expedia Group
Attn: Susan Spinney Corlett
1111 Expedia Group Way W.
Seattle, WA 98119

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Ford Motor Company
Severson & Werson
Attn: Donald H. Cram
~~One Embarcadero Center, Ste. 2600~~
~~San Francisco, CA 94111~~

Frontier Communications
Bankruptcy Dept.
19 John Street
Middletown, NY 10940

Geico
PO Box 509119
San Diego, CA 92150

Georgia Power
241 Ralph McGill Blvd., NE
Atlanta, GA 30308

Groot Industries Inc
~~PO Box 92317~~
~~Elk Grove Village, IL 60009-2317~~

HKG LLP
100 W Walnut Street 7th Floor
Pasadena, CA 91124

HRC Service
18333 Dolan Way, Suite 211
Santa Clarita, CA 91387

Hampton Dunson
c/o Gabroy Law Offices
170 S. Green Valley Pkwy, Ste 280
Henderson, NV 89012

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150

Highway Toll Administration, LLC
Legal Department
1150 N. Alma School Road
Mesa, AZ 85201

Indianapolis Airport Authority
7800 Col. H Weir Cook Memorial
Drive
Indianapolis, IN 46241

Jiffy Lube International
PO Box 7247-6242
Philadelphia, PA 19170-6242

KTR Illinois, LLC
1800 Wazee Street, Suite 500
Denver, CO 80202

Kevin Wennergren
ATTN: Sally A Williams
555 Soquel Ave., Suite 380
Santa Cruz, CA 95062

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Las Vegas Valley Water District
PO Box 2921
Phoenix, AZ 85062-2921

Levine Kellogg Lehman et al.
Attn Stuart I Grossman
201 S. Biscayne Blvd., 22nd Floor
Miami, FL 33131

L.A. Dept. of Water & Power
1394 S. Sepulveda Blvd.
Los Angeles, CA 90025-3457

Manheim Remarketing, Inc.
ATTN: Charles Scarminach, CEI
6205-A Peachtree Dunwoody Road,
16th Floor
Atlanta, GA 30328

Media Beef, Inc.
6809 Indiana Avenue, Suite 130
Riverside, CA 92506

Metrogistics
ATTN: Angela Billiter
110 Rock Cliff Court, Suite D
Saint Louis, MO 63123

Rockpile Capital LLC
c/o Wallin & Russell LLP
26000 Towne Centre Dr., Ste. 130
Foothill Ranch, CA 92610

Mission Trail Waste Systems
1060 Richard Ave.
Santa Clara, CA 95050-2816

Mobil Auto Glass
PO Box 88336
Los Angeles, CA 90009

Moreno's Auto Repair
527 E Holt Blvd
Ontario, CA 91761

National Auto Club
111 Anza Blvd., Suite 109
Burlingame, CA 94010

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Northern Door Garage Door Corp.
51 Sussex Ct.
Elk Grove Village, IL 60007

Novus Windshield Repair
7435 South Eastern Ave 5-503
Las Vegas, NV 89123

Pacific Gas & Electric Company
c/o Bankruptcy Dept.
PO Box 8329
Stockton, CA 95206

Priceline.com LLC
ATTN: Jonathan Kim
Pachulski Stang, et al.
10100 Santa Monica Blvd., #1300
Los Angeles, CA 90067

Promac Image Systems
1720 S. Vermont Ave.
Los Angeles, CA 90006

Public Svc. Co., dba Xcel Energy
Attn: Bankruptcy Department
PO Box 9477
Minneapolis, MN 55484

Recology San Mateo County
PO Box 514230
Los Angeles, CA 90051-4230

Repairsmith Inc
9450 SW Gemini Dr
Beaverton, OR 97008-7105

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

Res Electrical Services
2712 W. Grenadine Rd.
Phoenix, AZ 85041

SC Commercial, LLC
1800 W. Katella Avenue, Ste. 400
Orange, CA 92867

Salesforce.Com, Inc.
PO Box 203141
Dallas, TX 75320-3141

San Diego Cnty Reg. Airport Auth.
P.O. Box 82776
San Diego, CA 92138-2776

San Francisco Airport Commission
PO Box 59753
Los Angeles, CA 90074-9753

Santos Maldonado
1280 El Camino Real, #302
Millbrea, CA 94030

SDG&E Sempra Energy Utility
PO Box 25111
Santa Ana, CA 92799-5111

Selig Leasing Co., Inc.
c/o Kohner. Mann & Kailas, S.C.
4650 North Port Washington Rd.
Milwaukee, WI 53212

Sofiac
Attn Brian Walsh
8630 M Guilford Rd., Suite 224
Colombia, MD 21046

Software Business Systems
~~7401 Metro Blvd., Suite 550~~
~~Edina, MN 55439~~

Southern California Auto Transport
11633 Imperial Hwy
Norwalk, CA 90650

Southern California Edison Co.
1551 W San Bernardino Road
Covina, CA  91722

Southwest Mobile Storage Inc.
1005 N. 50th St.
Phoenix, AZ 85008

Spectrum Business
PO Box 60074
City of Industry, CA 91716

SpyratosDavis LLC
1001 Warrenville Rd., Suite 210
Lisle, IL 60532

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Staples Business Advantage
ATTN: Tom Riggleman
7 Technology Circle
Columbia, SC 29203

TPX Communications
PO Box 509013
San Diego, CA 92150-9013

The Pep Boys-Manny, Moe & Jack
and IEH Auto Parts, LLC
Jeremy M. Campana, Esq.
Thompson Hine LLP
3900 Key Ctr., 127 Public Square
Cleveland OH 44114

Travelers Commercial Ins. Co.
PO Box 5076
Hartford, CT 06105

Travelport, LP
300 Galleria Parkway
Atlanta, GA 30339

Tri Global
106 Golden Street
Stanley, NC 28164

Twin City Towing LLC
ATTN: Joe Best
3949 Greenwood Rd.
Shreveport, LA 71109

United Power
PO Box 173703
Denver, CO 80217-3703

United Site Services
PO Box 53267
Phoenix, AZ 85072

US Bank Corp Trust
Cm 9705  Ref: 208129000
San Diego County Air
PO Box 70870
St Paul, MN 55170-9705

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

Valsoft Corporation
PO Box 24620
West Palm Beach, FL 33416

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Village of Schiller Park
9526 Irving Park Rd.
Schiller Park, IL 60176

Violation Mgmt. Solutions LLC
~~66 Powerhouse Rd., Suite 301~~
~~Roslyn Heights, NY 11577~~

Mohammed Sahen Etiar Ahmed
3500 Data Dr., Apt. 334
Rancho Cordova, CA 95670

Wiline Networks Inc
PO Box 102150
Pasadena, CA 91189-2150

Xtreme Window Tint
1244 Wingate Pl.
Pomona, CA 91768

Yazdan Irani
10995 Willow Valley Crt
Las Vegas, NV 89135

Zores Speedway
1300 N. Mickley Rd.
Indianapolis, IN 46224

Spider Auto Glass
880 North 10th Street
San Jose, CA 95112

## CATEGORY C
## NOTICE OF NON-VOTING STATUS

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Acutech Autos Inc.
57 South Linden
San Francisco, CA 94080

Alicia F Iosefa
11181 Parkscape Drive
Riverside, CA 92505-2789

Ana R Ramos
9510 Wall Street, Apt 4
Los Angeles, CA 90003

Ani Ghazarian
8904 Bachry Pl
Shadow Hills, CA 91040

Aria Irani
2001 S. 700 E.
Salt Lake City, UT 84105

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Autorentals.Com Corporation
PO Box 1696
Port Washington, NY 11050

Becky Strong
1492 E. Sandy Hills Drive
Sandy, UT 84093

Century Link
~~PO Box 2691~~
~~Phoenix, AZ 85002-2691~~

Cesar A Segura
4792 East Malta St
Long Beach, CA 90815

Cesar Leyva
2835 2nd Street
Norco, CA 92860

Chisom S Ojoko
~~127 N. Hamilton Drive~~
~~Beverly Hills, CA 90211~~

Christopher L Gill
~~1580 Nome St., Apt 4~~
~~Aurora, CO 80010~~

City Of Hapeville
3468 N. Fulton Ave.
Hapeville, GA 30354

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

Completes Plus
10425 S La Cienega Blvd
Los Angeles, CA 90045

Damian R Maculam
1721 A. Greenwood Avenue
Torrance, CA 90503

Edward Rumbaua
4046 West 130th St., Apt 9
Hawthorne, CA 90250

Francisco Anaya Padilla
8823 S Hoover St
Los Angeles, CA 90044

Geetonna L Norah
16333 E 49th Ave, Apt G205
Denver, CO 80239

Greensboro Auto Auction Inc
3907 West Wendover Ave.
Greensboro, NC 27407

Iritha M Rumbaua
4046 W. 130th Street
Hawthorne, CA 90250

Jennifer Chilson
~~1367 Saratoga Ave~~
~~San Jose, CA 95129~~

John F Whisenton
3944 Malta St
Denver, CO 80249-8180

Jose F Rivera Salgado
~~2 Mission Circle~~
~~Daly City, CA 94014~~

Jose J Alvarado
3549 W 111 Street
Inglewood, CA 90303

Katrinka M Johnson
4533 S Orchard Ave
Los Angeles, CA 90037

Kaylen Williams
5136 Brynhurst Avenue
Los Angeles, CA 90043

Kimberly A Irani
5301 Balboa Blvd
Encino, CA 91316

Kody Burgess
6667 S. Overlook Rim Road
Salt Lake City, UT 84123

LCA Bank Corporation
3150 Livernois Road
Suite 300
Troy, MI 48083-5000

LCA Bank Corporation
Attn Thomas T Billings
Registered Agent
201 S Main Street, Ste 1800
Salt Lake City, UT 84111-2218

LCA Bank Corporation
PO Box 1650
Troy, MI 48099-1650

Leigh Anne Kitch
816 Gladys Avenue
Long Beach, CA 90804

Marvin Magana
3553 Emerald Street, Apt 308
Torrance, CA 90503

Mobile Modular
5700 Las Positas Road
Livermore, CA 94551

Monica A Sosa
1287 Claremont Pl
Pomona CA 91767-4121

NV Energy
PO Box 30086
Reno, NV 89520-3086

Nancy C Sosa
1723 W. 153rd Street
Compton, CA 90220

Rachel K Barrientos
22701 NE Halsey St., Apt. 1102
Fairview, CA 97024

Safeshred
5928 S Malt Avenue
Commerce, CA 90040

Safety Kleen
PO Box 7170
Pasadena, CA 91109-7170

Samer M Zubeidi
3265 Ryer Island Street
West Sacramento, CA 95691

San Diego Cnty Reg. Airport Auth.
P.O. Box 82776
San Diego, CA 92138-2776

Sequoia Thompson
227 SE 13th St
Grand Prairie TX 75051-2226

Silvia Robles
4941 W 140th Street
Hawthorne, CA 90250

TXU Energy Retail Co. LLC
PO Box 650393
Dallas, TX  75239

Tammi J Cabral
5893 El Zuparko Dr., Apt 3
San Jose, CA 95123

Tammy Carver
16331 Bayshore Lane
Huntington Beach, CA 92649

Tanya L Licon
10060 Scott Ave., Apt F
Whittier, CA 90603

Terri Zepher
4699 Kittredge St., Apt 1439
Denver, CO 80239

William Daly
30091 Iron Horse Drive
Murrieta, CA 92563

Yazdan Irani
10995 Willow Valley Crt
Las Vegas, NV 89135

Zachary E Whaley
9675 Eagle Creek Parkway
Commerce City, CO 80022

Zlatan Mujezinovic
19725 Clubhouse Dr., Apt 120
Parker, CO 80138

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## CATEGORY D
## NOTICE OF PROPOSED ASSUMPTION

City of Los Angeles
Los Angeles City Attorney's Office
200 North Main Street, Suite 920
Los Angeles, CA 90012-4128

Amazon Delivery Partner
Corporate Headquarters
410 Terry Ave. N
Seattle, WA 98109

Autorentals.Com Corporation
PO Box 1696
Port Washington, NY 11050

Berhe Asfaha and Judy Berhe
c/o Azar and Company
1695 Virginia Ave.
Atlanta, GA 30337

Betty W Baker
11385 Little Egypt Rd.
Conroe, TX 77304

Brinks Home Security
Dept Ch 8628
Palatine, IL 91761

Carbonite
2 Avenue De Lafayette
Boston, MA 02111

City of Atlanta Dept of Aviation
~~6000 N. Terminal Pkwy.~~
~~Atlanta, GA 30320~~

City and County of San Francisco
ATTN: J. Brian Fletcher
600 17th Street, Suite 425N
Denver, CO 80202

Clark County Dept. of Aviation
ATTN: Joy Purdy
PO Box 11005
Las Vegas, NV 89111

Clyde Wayne Kirk
1812 Shenandoah Dr.
Euless, TX 76039

Denver International Airport
Attn Joslyn Brown
PO Box 492065
Denver, CO 80249-2065

HRC Service
18333 Dolan Way, Suite 211
Santa Clarita, CA 91387

L.A. County Metro Transp. Auth.
ATTN: Gina Romo
One Gateway Plaza
Los Angeles, CA 90012

L.A. Dept. of Water & Power
ATTN: Erin Henning
PO Box 51111 Room 1114
Los Angeles, CA 90051

Los Angeles Harbor Department
Purchasing Office 1st Floor
500 Pier A St., Berth 161
Wilmington, CA 90744

Los Angeles World Airports
1 World Way
Los Angeles, CA 90045-5803

Merchants Fleet
ATTN: Robert Singer
14 Central Park Drive, 1st Floor
Hooksett, NH 03106

Monfredini Properties
ATTN: John Monfredini
477 Forbes Blvd.
South San Francisco, CA 94080

New Wynn Li LP
ATTN: Cathy Li
9750 Airport Blvd.
Los Angeles, CA 90045

New Wynn Li LP
ATTN: Ruilan Su
1910 Lombardy Rd.
San Marino, CA 91108

San Francisco Airport Commission
PO Box 59753
Los Angeles, CA 90074-9753

## CATEGORY E
## NOTICE OF PROPOSED REJECTION

AVR Denver LLC
17901 E. 81st Ave.
Commerce City, CO 80022

CarRentals.com, Inc.
Expedia Group
Attn: Susan Spinney Corlett
1111 Expedia Group Way W.
Seattle, WA 98119

Dallas Area Rapid Transit
ATTN: Daniel Marti
1401 Pacific Ave.
Dallas, TX 75202

Expedia, Inc.
Expedia Group
Attn: Susan Spinney Corlett
1111 Expedia Group Way W.
Seattle, WA 98119

PJ D&D Holdings LLC
7040 Gilespie Street
Las Vegas, NV 89119

Priceline.com LLC
ATTN: Jonathan Kim
Pachulski Stang, et al.
10100 Santa Monica Blvd., #1300
Los Angeles, CA 90067

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                             **F 9013-3.1.PROOF.SERVICE**

Quest Auto Body Care LLC
12011 Cerise Ave.
Hawthorne, CA 90250

San Diego Association of Gov't
ATTN: Michelle Porter
401 B Street, Suite 800
San Diego, CA 92101

# CATEGORY F
# NOTICE OF CONFIRMATION HEARING

Barnes & Thornburg LLP
ATTN:  William Kirshenbaum
2029 Century Park East, Ste. 300
Los Angeles, CA 90067

Andre Holmes
c/o Robert Piering
Piering Law Firm
775 University Ave.
Sacramento, CA 95825

Dallas County, Texas
c/o Tara Grundemeier
Linebarger Goggan et al.
2777 N. Stemmons Frwy., Ste 1000
Dallas, TX 75207

Irving Independent School District
c/o Tara Grundemeier
Linebarger Goggan et al.
2777 N. Stemmons Frwy., Ste 1000
Dallas, TX 75207

Harris County, Texas
c/o Tara Grundemeier
Linebarger Goggan et al.
2777 N. Stemmons Frwy., Ste 1000
Dallas, TX 75207

Kevin S. Tierney
31 Old Pasture Way
Hendersonville, NC 28739

CSA Partners LLC
2934-1/2 Beverly Glen, #597
Los Angeles, CA 90077

Joel Glaser, APC
11500 W. Olympic Blvd., Ste. 400
Los Angeles, CA 90064

McClellan Davis, LLC
ATTN: Jesse McClellan
508 Gibson Dr., Ste. 120
Roseville, CA 95678

Armanino LLP
ATTN: Jason Buhlinger
6 CityPlace Drive, Suite 900
St. Louis, MO 63141-7194

Michelman & Robinson LLP
ATTN: Howard Camhi
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

Elkins Kalt Weintraub et al.
ATTN: Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles, CA 90064

B Riley Advisory Services
ATTN: Wayne Weitz
299 Park Ave., 21st Floor
New York, NY 10171

Union Leasing, Inc.
c/o Glenn S. Walter
660 Woodward Ave.
2290 First National Bldg.
Detroit, MI 48226

8639 W Washington Street LLC
ATTN:  Greg Dotson
9193 E. US Highway 36
Avon, IN 46123

A&R Mgmt & Dev Co and BF
Legacy Portfolio
ATTN: KB Portfolio Manager
800 West 6th St., 6th Floor
Los Angeles, CA 90017

A&R Mgmt & Dev Co and BF
Legacy Portfolio
c/o ARKA Properties Group
ATTN: Michael B Kaplan
9350 Wilshire Blvd., Ste. 402
Beverly Hills, CA 90212

A&R Mgmt & Dev Co and BF
Legacy Portfolio
c/o Black Equities Group
ATTN: Stanley Black
433 N. Camden Dr., Ste. 1070
Beverly Hills, CA 90210

Accountants World
140 Fell Court, Ste. 201
Hauppauge, NY 11788

Ahern Rentals Inc.
1401 Mineral Ave.
Las Vegas, NV 89106

Zafar Naeen
18416 Chelmsford Dr.
Cupertino, CA 95014

Andrasco
13131 S Sacramento
Chicago, IL 60623

Andrew Paavol
7301 World Way West
Los Angeles, CA 90045

Andrew Pimentel
2127 Delaware Road
Waukegan, IL 60087

Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Antonio Perez
5350 Cartwright Ave
Los Angeles, CA 91601

Auto Body Express
517 W. Interstate Rd.
Addison, IL 60101

BFLC, LLP
861 Parkview Drive N, Ste. 200
El Segundo, CA 90245

Bank of the West
ATTN: C T Corporation System
330 N Brand Blvd Ste 700
Glendale CA 91203-2336

Bell, LLC
PO Box 24538
Tampa, FL 33623

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

Body Beautiful Car Wash Inc.
2045 Pacific Highway
San Diego, CA 92101

Brady Ervin and David Conn
PO Box 667482
Charlotte NC 28266-7482

Brandi Moore
2284 Zinfandale Dr.
Rancho Cordova, CA 95670

CMS Athletics
690 N. Mills Ave.
Claremont, CA 91711

Center Point Energy
PO Box 4981
Houston, TX 77210

Chihyuan Chen
c/o Jose Perez, Esq.
714 W. Olympic Blvd., #450
Los Angeles, CA 90015

Chris Yang
725 S. Norton Ave.
Los Angeles, CA 90005

City of Houston
PO Box 1560
Houston, TX 77251

City of Burlingame
501 Primrose Rd.
Burlingame, CA 94010

City of Irving
825 W. Irving Blvd.
Irving, TX 75060

Collateral Consultants, LLC
P.O. Box 455
Cooper, TX 75432

Comerica
Department #166901
1717 Main St.
Dallas, TX 75201

Corey Brown
2727 Butler Ave.
Los Angeles, CA 90064

Cox
PO Box 53262
Phoenix, AZ 85072

Danielle Samuelson
2850 Singing Rain Place
San Jose CA 95127

Danny Justus
71 S. Tuxedo St.
Indianapolis, IN 46201

Diondre Hunter
c/o Lawyers for Employee and
Consumer Rights
4100 W. Alameda Ave., 3rd Floor
Burbank, CA 91505

E Thomas
4748 S. 70th East Ave.
Tulsa, OK 74145

Edgar Ibarria
1929 E. Pine St.
Compton, CA 90221

F Craig
2482 Adele St.
Maplewood, MN 55109

Fabian Rodriguez
32 E. Walton Ave.
Spokane, WA 99207

Chantee Faulkner
11312 Huntington Meadow Ln.
Charlotte, NC 28273

Fausto Rafael
148 28th Ave.
San Francisco, CA 94121

Francisco Navarro
6324 Riverside Ave.
Bell, CA 90201

Francois
15 Charena Rd.
Wayland, MA 01778

Frank Gonsalves
10924 St. Moritz Cir.
Stockton, CA 95209

Gabriel William
5761 Theta Pl.
San Diego, CA 92120

Gerard Hosek
3138 W. Carmen Ave., Apt 3A
Chicago, IL 60625

Grandilla (Arizona) Inc and
Foot Creek Corp of Arizona
8711 E. Pinnacle Peak Rd., #141
Scottsdale, AZ 85255

Israel Obadiah
223 Toweridge Dr. SW
Marietta, GA 30064

J Green
23182 County Road 554
Colcord, OK 74338

J Navarro
8315 Kinsey Mill Pl.
Gainesville, VA 20155

J. Brian Fletcher
Onsager Fletcher Johnson LLC
600 17th Street, Ste. 425N
Denver, CO 80202

James B Connor
Gallagher & Kennedy PA
2575 East Camelback Rd.
Phoenix, AZ 85016

Janeth Stewart
5940 S. Budlong Ave.
Los Angeles, CA 90044

Jasmin Reynoso
3457 Ellison St.
Los Angeles, CA 90063

John McGrath
3350 18th SW
Washington, DC 20010

John Nguyen
2150 Monterey Hwy. #127
San Jose, CA 95112

John Roubian
117 S. Melrose Ave.
Ontario, CA 91761

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Joseph Riggoerp
3513 Brookdale Ct.
Antioch, CA 94509

Josephic Lueben
509 3rd St.
Brooklyn, NY 11215

Joshua McCledon
1305 W. 90th Place
Los Angeles, CA 90044

Juana Becerra, et al.
c/o Eric Bershatski
Legal Rights Law Center
15233 Ventura Blvd., Ste. 707
Sherman Oaks, CA 91403

Justine Diaz
~~2759 Kalamer Wy.~~
~~Sacramento, CA 95835~~

Kandice Johns
~~570 S. Curtis Rd.~~
~~Boise, ID 83705~~

Kimberly Ruiz
c/o Gerald Labovitch
15780 Ventura Blvd., Ste. 801
Encino, CA 91436

Kyeong Young Choi
c/o Toppilaw Firm
~~3600 Wishire Blvd Suite 1108~~
~~Los Angeles, CA 90010~~

Lakesha R. Carter
c/o Law Ofc of David E. Lewis Sr.
112 Shoppers Lane
Covina CA 91723

Lancer Otterstain
382 Umbria Way
Henderson, NV 89014

Lawrence Liu
12721 NE 116th St., #F301
Kirkland, WA 98034

Lin Ming
6246 Atlas Way
Palmdale, CA 93552

Luis Jimenez
139 Harbor Dr.
Tavernier, FL 33070

M Shayan
8622 Bellanca Ave., Ste. E
Los Angeles, CA 90045

Maaco Des Plains
1716 E. Oakton St.
Des Plaines, IL 60018

Majd Alomari
~~1534 Park West Cir.~~
~~Munster, IN 46321~~

Manhattan Unified School
1401 Artesia Blvd.
Manhattan, CA 90266

Manuel Anorico
557 Verducci Dr.
Daly City, CA 94015

Maquitta Sutton
Alain Leroy Locke College Prep
325 E. 111th St.
Los Angeles, CA 90061

Mario Varela
2578 Douglas Lane
Thompsons Station, TN 37179

Meiqi Li
1-6878 Southpoint Dr.
Burnaby BC V3N5E4
CANADA

Praveen Rajendiran, et al.
c/o R. Gibson Pagter, Jr.
Pagter and Perry Isaacson
525 N. Cabrillo Park Dr., Ste. 104
Santa Ana, CA  92701

Moniga Penan
~~5933 S 5665 W~~
~~Salt Lake City, UT 84118~~

Montrionics
c/o Brinks Home Security
Department CH 8628
Palatine, IL 60055-8628

Naga Grapati
~~2525 Farmcrest~~
~~Herndon, VA 20171~~

North Iowa Equity, LLC
c/o Randall P. Mroczynski, Esq.
Cooksey, Toolen, Gage, et al.
535 Anton Blvd., Suite 1000
Costa Mesa, CA 92626

New Auto Glass
ATTN: Renaldo Silva
1550 Rollins
Burlingame, CA 94010

Om Shivam Hospitality LLC
~~1659 W. North Temple~~
~~Salt Lake City, UT 84116~~

R Nelina Jimenez
~~111 Azalia Dr.~~
~~E Palo Alto, CA 94303~~

Rajarshi Manerjee
2337 Silver Breeze Ct.
San Jose, CA 95138

Ramirez/Itoses
~~5225 Karm Way~~
~~Sacramento, CA 95842~~

Ring Central
20 Davis Dr.
Belmont, CA 94002

Robert Cowhig
~~4208 Rocky Ledge Way~~
~~Decatur, GA 30039~~

Robert Half
c/o Natalia A Minassian
Hatkoff & Minassian ALC
18757 Burbank Blvd., Ste. 100
Tarzana, CA 91356

S Bailey
7224 Charles Ct.
Dallas, TX 75217

S Gerber
1035 Valerian Way
Sunnyvale, CA 94086

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

S Ibanez
6240 Woodhaven P64
Flushing, NY 11374

SP Plus
9800 La Cienega Blvd.
Inglewood, CA 90301

Sadiq Ahmed/Sahra A
~~200 S. Franklin St.~~
~~New Ulm, MN 56073~~

Shridnar Kulkami
48725 Big Horn Ct.
Fremont, CA 94539

Siva Ganesan
6 Sanderling
Irvine, CA 92604

South Adams County Water
& Sanitation District
6595 E. 70th Ave.
Commerce City, CO 80022

Southern Counties Lubricants
PO Box 5765
Orange, CA 92863

Sravanan Sambandam
~~1605 Al Mor Real Estate~~
~~Dubai~~
~~UAE~~

State Farm Mutual Insurance Co.
c/o Mendelson Schwarz
5805 Sepulveda, Suite 850
Sherman Oaks, CA  91411

Steve Vuong
14904M  SE Spanish Bay Dr.
Happy Valley, OR 97086

Stockton Blvd Partners LLC
77 Cadillac Drive., Suite 150
Sacramento, CA 95825

T Mobile
c/o American Infosource LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118-7901

The Berman Law Firm
1875 Century Park East, Ste. 2300
Los Angeles, CA 90067

Toi-Shawn McGlover-Jeffrey
Law Offices of Larry H. Parker
350 E. San Antonio Drive
Long Beach, CA 90807

Travelers Property Casualty Co. of
America – Claim #FMK8690
ATTN: Maria Grube
~~PO Box 660456~~
~~Hartford, CT 75266~~

United States Trustee (LA)
ATTN: Eryk Escobar
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Uwe Rahn
1854 Hillside Dr
Franklin, IN 46131

V Ramirez
2275 S. Bascom Ave., Apt 706
Campbell, CA 95008

Viasat
6155 El Camino Real
Carlsbad, CA 92009

Waste Connection
12150 Garland Dr.
Dallas, TX 75218

Waste Management
PO Box 5141065
Los Angeles, CA 90054

Wells Fargo Bank
Wells Fargo Deposits Bankruptcy
2701 NW Vaughn St., 5th Floor
Portland, OR  97210-5311

William Dandridge
c/o Law Offices of Robert B Silver
7101 Magnolia Ave., #D
Riverside, CA 92504

Y Park
Kimpton Sir Francis Drake Hotel
450 Powell Street
San Francisco, CA 94102

YHB Long Beach LLC
4353 E. Willow St
Long Beach, CA 90815

Yajaira Hernandez
Reina Ramirez
8703 Bedworth Lane
Houston, TX 77088

Zack Whaley
3225 W Carefree Cir.
Colorado Springs, CO 80917

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

All Creditors

Debtor
Airport Van Rental, Inc., a California
Corporation
12911 Cerise Avenue
Hawthorne, CA 90250-5520

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

1st Source Bank
Advocate Solutions, Inc.
9350 Wilshire Blvd., Suite 203
Calabasas, CA 90212

Dallas County
Linebarger Goggan Blair & Sampson
c/o Elizabeth Weller
2777 N Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Ford Fleet Care
c/o Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715

Hitachi Capital America Corp.
c/o Richard A. Solomon, Esq.
Solomon, Grindle, Lidstad &
Wintringer
11682 El Camino Real, Suite 250
San Diego, CA 92130-7705

Irving ISD
Linebarger Goggan Blair & Sampson
c/o Elizabeth Weller
2777 N Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

North Iowa Equity, LLC
c/o Kim Gage
Cooksey, Toolen, Gage, Duffy &
Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

United Rental Group, LLC f/k/a Mile
Fleet, L
c/o Evelina Gentry
Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071-3506

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

1st Source Bank
Attn David W Cripe
100 N Michigan Street
South Bend, IN 46601-1600

1st Source Bank - PPP
Attn David W Cripe
100 N Michigan Street 3rd Fl
South Bend, IN 46601-1600

Automotive Finance Corporation
11299 N Illinois St
Carmel IN 46032-8887

Akerman LLP
Attn Evelina Gentry
601 West Fifth Street Suite 300
Los Angeles, CA 90071-3506

Akerman LLP
c/o Catherine Douglas Kretzschmar
201 East Las Olas Boulevard, Suite
1800
Ft. Lauderdale, FL 33301-4442

AVR Denver LLC
12911 Cerise Ave
Hawthorne, CA 90250-5520

Accountemps
PO Box 743295
Los Angeles, CA 90074-3295

Accounting Principals
Dept Ch 14031
Palatine, IL 60055-4031

Adrienne R Gaither
321 English Rd
McDonough, GA 30253-4804

Aimee S. Willig
Bush Kornfeld LLP
601 Union St Ste 5000
Seattle, WA 98101-2373

Aires Law Trust Account Fbo Wesco
6 Hughes
Suite 205
Irving, CA 92618-2063

Airport Van Rental Inc
a Nevada Corporation
12911 Cerise Avenue
Hawthorne, CA 90250-5520

Allen Brotherton Knox Esq
Knox Brotherton Knox & Godfrey
816 E Trade St
PO Box 30848
Charlotte, NC 28230-0848

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aminuddin Mohd-Yusuf
4830 Virgil Drive
Apt 169
Fort Worth, TX 76119-2100

Amir Navabi
1066 Dalby Way
Austell, GA 30106-1464

Andre Du Toit
c/o Tri Global, Inc.
106 Golden Street
Stanley, NC 28164-1186

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE

Andrew J Love
317 Vallarte Dr
Henderson, NV 89014-3551

Annie Maika
7044 Placid Lake Ave
Las Vegas, NV 89179-1524

Attys for Hincklease
Penrod Keith Shareholder
Dentons Durham Jones Pinegar PC
111 South Main Street Suite 2400
Salt Lake City, UT 84111-2184

Automotive Finance Corporation
11299 N Illinois ST
Carmel IN 46032-8887

Bank of the West
Attn Nandita Bakhshi President/CEO
180 Montgomery Street 25th Floor
San Francisco, CA 94104-4206

Brian T. Baker, EVP
Hinckley's, Inc., dba Hincklease
2305 S. Presidents Dr., Suite F
West Valley City, UT 84120-7342

Broderick W Worthy
22123 Diane Drive
Spring, TX 77373-7158

City of Los Angeles, Office of Finance
Los Angeles City Attorney's Office
200 N Main Street, Ste 920
Los Angeles CA 90012-4128

Clark Hill PLC
Attn Shannon L Deeby
151 S Old Woodward Ave Suite 200
Birmingham, MI 48009-6103

CSC Accounts Receivable
CSC Headquarters
251 Little Falls Drive
Wilmington, DE 19808-1674

California Department of Tax
and Fee Administration
1015 Ave Of Science  Ste 200
San Diego, CA 92128-3434

California Dept. of Tax and Fee
Admin
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA  94279-0055

Car Rentals.Com
1111 Expedia Group Way W.
Seattle, WA 98119-1111

Chad Roberts
4101 Quad City Street
Apt 10302
Fort Worth, TX 76155-1109

Charles Coleman
1009 Mitchell Street
Irving, TX 75060-3527

City Of Los Angeles
Attn Gina Mattera
PO Box 54078
Los Angeles, CA 90054-0078

City of Los Angeles
Office of Finance
Attn Maria Tirtatunggal
PO Box 53306
Los Angeles, CA 90053-0306

City of Los Angeles Off of Finance
Attn Diana Mangloglu
Director of Finance City Treasurer
PO Box 53306
Los Angeles, CA 90053-0306

Clark County Department of Aviation
ATTN Tyler McHenry
PO Box 11005
Las Vegas NV 89111-1005

Comerica Bank
Attn Corporate Creations Network
4640 Admiralty Way 5th Floor
Marina Del Rey, CA 90292-6636

Comerica Bank
Attn Curtis C Farmer Chairmen
President and CEO Department
#16690
1717 Main Street
Dallas, TX 75201-4612

Commerce City
7887 E 60th Ave
Commerce City, CO 80022-4199

Elan S Levey Esq
Office of the US Attorney
300 N. Los Angeles St Ste 7516
Los Angeles, CA 90012-3341

Courtney J Hull
Assistant Attorney General
Bankruptcy & Collections Division
MC 008 P O Box 12548
Austin, TX 78711-2548

Dallas County
Linebarger Goggan Blair & Sampson,
LLP
c/o Elizabeth Weller
2777 N Stemmons Frwy Ste 1000
Dallas, Texas 75207-2328

Daniel Chung
39 Arnold Johnston St
Courtice
On L1E 0C

Danielle Samuelson
c/o Lawyers for Employee and
Consumer Rights
4100 West Alameda Ave 3rd Fl
Burbank, CA 91505-4191

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

David Spivak, Esq. Class Counsel
c/o Carlos Simon, Class
Representative
The Spivak Law Firm
8605 Santa Monica Bl., PMB 42554
West Hollywood, CA 90069

Dept of Employment Training &
Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

Donald H. Cram
Severson & Werson, A Professional
Corpor
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

E. Todd Sable, Esq.
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Employment Development Dept
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280-0001

Erica Gomer
350 East Las Olas Blvd Ste 1600
Fort Lauderdale, FL 33301-4247

Ernesto Abaunza
9505 Royal Lane
Apt 1106
Dallas, TX 75243-7653

Fleet Transportation Services
12911 Cerise Avenue
Hawthorne, CA 90250-5520

Fleet Transportation Solutions Inc
12911 Cerise Avenue
Hawthorne, CA 90250-5520

Ford Fleet Care Program
Attn Deborah Chinavare
PO Box 67000 Dept 121801
Detroit, MI 48267-0002

Franchise Tax Board
MS A 340  PO Box 2952
Sacramento, CA 95812-2952

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Georgia Department of Labor
148 Andrew Young Int'l Blvd NE
Ste 826
Atlanta, GA 30303-1751

Georgia Department of revenue
Compliance Division
Arcs Bankruptcy
1800 Century Blvd NE Ste 9100
Atlanta GA 30345-3202

Gil Hopenstand
312 N. Spring St.
5th Floor
Los Angeles, CA 90012-4701

Glenn S Walter
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

H19 Sutton Leasing, LLC
c/o Kevin H. Morse
Clark Hill PLC
130 E. Randolph St, Ste 3900
Chicago, IL 60601-6317

Hinton  Kreditor & Gronroos  LLP
ATTN HKG LLP
100 W Walnut St
7th Floor
Pasadena CA 91124-0001

Haleh Naimi Esq
Advocate Solutions Inc
9350 Wilshire Boulevard Suite 203
Beverly Hills, CA 90212-3204

Haleh Naimi, Esq.
1st Source Bank
Attn:  David Cripe, Asst. VP
100 N. Michigan St.
South Bend, IN 46601-1600

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, Tx 77253-3064

Hincklease
ATTN Chris Yamada
2305 S Presidents Dr Suite F
West Valley City UT 84120-7342

Hinckley's, Inc., dba Hincklease
Attn:  Brian T. Baker, EVP
2305 S. Presidents Dr., Suite F
West Valley City, UT 84120-7342

Hitachi Capital America Corp
Attn Carol Owen
800 Connecticut Ave
Norwalk, CT 06854-1738

Hitachi Capital America Corp.
c/o Richard A. Solomon, Esq.
Solomon Grindle Lidstad &
Wintringer
11682 El Camino Real, Suite 250
San Diego, CA 92130

Illinois Department of Revenue
100 West Randolph Street
Chicago, IL 60606-1846

Indiana Department Of Revenue
PO Box 7089
Indianapolis, IN 46207-7089

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Irving ISD
Linebarger Goggan Blair & Sampson,
LLP
c/o Elizabeth Weller
2777 N Stemmons Frwy Ste 1000
Dallas, Texas 75207-2328

Israel Obadiah
223 Toweridge Dr Sw
Marietta, GA 30064-3678

Janesse Smith
511 Tish Circle
Apt 1905
Arlington, TX 76006-3554

Jeffrey A Johnson
May Oberfell Lorber
302 S Front Street
Suite C
Dowagiac, MI 49047-1750

Jeffrey A Johnson
May Oberfell Lorber
4100 Edison Lakes Parkway
Suite 100
Mishawaka, IN 46545-3467

Jeremy Richards
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd Ste 1300
Los Angeles, CA 90067-4114

Jules & Associates
Attn Ryan Gonzales
515 South Figueroa Street
Suite 1900
Los Angeles, CA 90071-3336

KTR Illinois LLC
c/o Prologis
6250 North River Rd
Suite 1100
Rosemont, IL 60018-4250

KTR Illinois, LLC
1800 Wazee Street
Suite 500
1800 Wazee Street
Denver, CO 80202-2526

Kevin Wennergren
2155 Lafayette St
Santa Clara, CA 95050-2900

Kimberly Irani
10995 Willow Valley Crt
Las Vegas, NV 89135-1711

Kyle Elarco
11159 Deluna Street
Las Vegas, NV 89141-3493

LCA Bank Corporation
Attn Thomas T Billings
Registered Agent
201 S Main Street, Ste 1800
Salt Lake City, UT 84111-2218

Lakreisha M Roberts
6922 Kepler Drive
Apt A
Las Vegas, NV 89156-6177

Leigh Anne Kitch
816 Gladys Avenue
Long Beach, CA 90804-4822

Los Angeles Department Of Water
and Power
1394 S Sepulveda Blvd
Los Angeles, CA 90025-3457

Los Angeles Department of Water
& Power
Attn Bankruptcy Desk Room 732
111 N Hope Street
Los Angeles, CA 90012-2607

Los Angeles Dept Water & Power
P.O. Box 30808
Los Angeles, CA 90030-0808

Los Angeles World Airports
Accounts Payable
PO Box 92882
Los Angeles, CA 90009-2882

Los Angeles World Airports
PO Box 92216
Los Angeles, CA 90009-2216

Maaco Des Plains
1716 E Oakton St
Des Plaines, IL 60018-2110

Marcus R Nickerson
1500 Karen Ave
Apt 314
Las Vegas, NV 89169-8851

Marvin Magana
3553 Emerald Street
Apt 308
Torrance, CA 90503-3776

Maurice Wutscher LLP
Attn Alan C Hochheiser Esq
23611 Chagrin Blvd Suite 207
Beachwood, OH 44122-5540

Michael A Penn Esq
Aitken Aitken Cohn
3 MacArthur Place Ste 800
Santa Ana, CA 92707-6076

Michael Q Wallin Esq
26000 Towne Centre Drive Ste 130
Foothill Ranch, CA 92610-3444

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

Mobile Modular
5700 Las Positas Road
Livermore, CA 94551-7806

Nevada Department Of Taxation
1550 College Parkway # 115
Carson City, NV 89706-7939

Nicholas M Clabbers
1675 Broadway
Suite 2300
Denver, CO 80202-4623

Nicole Uriostegui-Velasquez
549 Grimsby Ave
Henderson, NV 89014-3925

North Iowa Equity, LLC
c/o Randall P. Mroczynski, Esq.
Cooksey, Toolen, Gage, Duffy &
Woog
535 Anton Blvd., Suite 1000
Costa Mesa, CA 92626-7664

Pacific Gas And Electric Company
Box 997300
Sacramento, CA 95899-7300

Priceline.Com LLC
Attn Holly Refalski
800 Connecticut Ave
Norwalk, CT 06854-1625

Public Service Company, a Colorado
Corporation
Attn: Bankruptcy Department
PO Box 9477
Minneapolis MN 55484-0001

Quest Auto Body Care LLC
12911 Cerise Avenue
Hawthorne, CA 90250-5520

Res Electrical Services
2712 W Grenadine Rd
Phoenix, AZ 85041-3422

Richard A Solomon
Solomon Grindle Lidstad & Wintrin
11682 El Camino Real Ste 250
San Diego, CA 92130-7705

Rockpile Capital LLC
27127 Calle Arroyo Suite 1910
San Juan Capistrano, CA 92675-2765

SC Commercial, LLC, a Delaware
LLC
1800 W. Katella Avenue, Ste. 400
Orange, CA 92867-3449

Salesforce.Com Inc
PO Box 203141
Dallas, TX 75320-3141

Samuel C. Wisotzkey
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Rd
Milwaukee, WI 53212-1077

San Diego County Regional Airport
Po Box 92776
San Diego, CA 92138-2776

San Francisco International Airport
Attn Ivar C Satero Airport Direct
Post Office Box 8097
San Francisco, CA 94128-8097

Saul Garcia
6129 Elderberry Wine Avenue
Las Vegas, NV 89142-0942

Selig Leasing Company
Attn Kent Boskovich
2510 S 108th St Suite A
Milwaukee, WI 53227-1924

Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Socorro Hurtado
9580 W Reno Ave
Apt 122
Las Vegas, NV 89148-1711

Spivak Law Firm
8605 Santa Monica Bl., PMB 42554
West Hollywood, CA 90069

St Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

St of California Dept of Industrial
Relations, Labor Commissioners Off
1500 Hughes Way Ste C202
Long Beach, CA 90810-1882

Staples Advantage
PO Box 83689
Chicago, IL 60696-3689

State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

State of North Carolina
Department of Revenue
PO Box 25000
Raleigh, NC 27640-0100

1691141.1  26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Sumitomo Mitsui Finance and Leasing
CSC Lawyers Incorporation Service
251 Little Falls Drive
Wilmington, DE 19808-1674

Sumitomo Mitsui Finance and Leasing
LTD fka Jules & Associates
Masaki Tachibana President and CEO
666 Third Avenue
New York, NY 10017-4011

Sumitomo Mitsui Finance and Leasing
LTD fka Jules & Associates
Matthew F Kye/Kye Law Group PC
201 Old Country Road Suite 120
Melville, NY 11747-2725

Susan Gardner
c/o The Pep Boys - Manny, Moe &
Jack
3111 W Allegheny Ave
Philadelphia, PA 19132-1116

Sutton Leasing Inc (Michigan)
Attn Clyde J Sutton III
3555 East 14 Mile Road
Sterling Heights, MI 48310-6153

Texas Controller Office
Lyndon B Johnson State Office Bldg
111 East 17th Street 9th Floor
Austin, TX 78774-1440

Texas Controller Office
PO Box 13528 Capital Station
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778-0001

Travelport GDS BV
C/O Bank Of America Lockbox
PO Box 402395
Atlanta, GA 30384-2395

Union Leasing Inc (Illinois)
Attn Roger Setzke
425 N Martingale Rd 6th Floor
Schaumburg, IL 60173-2301

Union Leasing, Inc.
425 Martingale Rd, Sixth Floor
Schaumburg, IL 60173-2287

United Leasing Inc.
Attn Tammi Dant
3700 E Morgan Avenue
Evansville IN 47715-2240

United Mile Fleet
a/k/a United Rental Group LLC
PO Box 5225
Evansville, IN 47716-5225

United Mile Fleet LLC
a/k/a United Rental Group LLC
c/o Akerman LLP/Joshua R Mandell
601 West Fifth St Ste 300
Los Angeles, CA 90071-3506

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Walker Brown
2751 Flintrock Circle
Houston, TX 77067-1943

Wells Fargo Bank, N.A.
1717 Grant Street
Denver, CO 80203-1210

Wesco Insurance Co
59 Maiden Lane 43rd Floor
New York, NY 10038-4639

Wesco Insurance Co
c/o Aires Law Firm
6 Hughes Suite 205
Irvine, CA 92618-2063

Yazdan Navabi
1066 Dalby Way
Austell, GA 30106-1464

Zhikang Jiang
207 No. 4 Lane 100
Hangzhou
China 310000

Andre Holmes
1143 Longcroft Street
West Sacramento, CA 95691-3638

Carlos Simon
c/o David Spivak Esq
The Spivak Law Firm
8605 Santa Monica Bl., PMB 42554
West Hollywood, CA 90069

Carlos Simon as Settlement Class
Representative
The Spivak Law Firm
8605 Santa Monica Bl., PMB 42554
West Hollywood, CA 90069

Verra Mobility
1150 N Alma Road
Mesa, AZ 85201

Viti Auto Glass
10422 Reymouth Ave
Rancho Cordova, CA 95670-5817

Gary Mather
3304 3 Ave Nw
Calagary
AB T2N0L9

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Varun Sharma
4628 / A Ramaneger
Rmanagar
INDIA

P Lazdeta
Conduminio Albo Prado Ote 7
Ica Peru
PERU INT

K Gautam
2 Selwyn Ave
Minto
NSW 2566

B. Riley Advisory Services
Attn: Wayne Weitz
299 Park Ave., 21st Floor
New York, NY 10171

Armanino LLP
ATTN: Jason Buhlinger
6 City Place Drive, Suite 900
St. Louis, MO 63141-7194

Undeliverable

Priceline.com
undeliverable

CSA Partners, LLC
duplicate

California Department of Tax and Fee
Adminis
undeliverable

Committee of Creditors Holding
Unsecured Cla
undeliverable

HKG LLP
undeliverable

Cruz Noe Becerra, Juana Becerra,
Cruz Albert
undeliverable

Verra Mobility
undeliverable

Albert Antonio Jr
55 Antonio 1
Mandaluyong City, PH

undeliverable

Alejandro Fabrissin
Mitre 925
Reconquista, SF

undeliverable

Customer Deposits
undeliverable

Ekananda Kaewbua
4/249 Srinakarintr38
Srubajrubtr Rd, th 10250

undeliverable

Noral Gonzalez
Caile 146A
Bogota
Co 58C56

undeliverable

H19 Sutton Leasing, LLC
undeliverable

Samuel C. Wisotzkey
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Rd.
undeliverable

Wei Yu
Room 101,2477 Guijiang Road
Shangai, ch 00236
undeliverable

Hinckleys, Inc. dba Hincklease
Dentons US LLP
4675 MacArthur Court, Suite 1250
Newport Beach
undeliverable

Sutton Leasing, Inc.
undeliverable

AFC CAL, LLC
undeliverable

Returned Mail – Unable to Forward

Monica A Sosa
4380 Missouri Ave
South Gate, CA 90280-5038

Nicole Uriostegui
4632 Sun Valley Drive
Las Vegas, NV 89121-6918

Jennylyn Sturn
855 Greens Road
Houston, TX 77060-1418

Illinois Department of Revenue
200 West Randolph Street
Chicago, IL 60606-1846

St of California Dept of Industrial
Relations, Labor Commissioners Off
300 Oceangate Ste 302
Long Beach, CA 90802-4304

Nevada Department of Taxation
Attn Randy Asbell
2550 Paseo Verde Pkwy #180
Henderson, NV 89074-7129

1691141.1 26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_ **F 9013-3.1.PROOF.SERVICE**

Harris County, et al.
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Ace Medical Transportation LLC
5250 W Century Blvd #106A
Los Angeles, CA 90045-5938

Expedia Inc
333 108Th Avenue Ne
Bellevue, WA 98004-5703

Car Rentals.Com
333 108th Avenue Ne
Bellevue, WA 98004-5703

San Francisco International Airport
Attn Sheryl Bregman
Airport Commission Off/City Atty
International Terminal Floor 5
San Francisco, CA 94128

Max R. Tayor
8500 Pena Blvd.
AOB Room 9810
Denver, CO 80249-6205

Ace Medical Transportation LLP
6875 Will Clayton Parkway
Humble, TX 77338-8141

Tom Normandin
Presnovost Normandin et al
122 N. Broadway #200
Santa Ana, CA 92706

Comast
PO Box 34744
Seattle, CA 96124

Kyeong Young Choi
c/o Top Pi Lawfirm
3600 Wishire Blvd Suite 1108
Los Angeles, CA 90010-2615

Majd Alomari
1534 Park West Cir
Munster, IN 46321-3972

Rafal Pogozelsci
Parkowa 1
Janowiec Wielkopolski
kujaw 88430

San Francisco International Airport
575 N Mcdonnell Rd Accounting Divis
San Francisco, CA 94128

Om Shivam Hospitality LLC
1659 West North Temple
Salt Lake City, UT 84115

S Hillyer
1F/South Building West.
Guangzhou, AS 00051-0620

Jennifer Chilson
1367 Saratoga Ave
San Jose, CA 95129-4428

Y Park
Kimpton Sir Hotel
San Francisco, CA 94102

Andrew Pimentel
2127 Delaware Road
Waukegan, Il 60087-4615

Sequoia Thompson
312 W Claude Street
Lake Charles, LA 70605-3404

Software Business Systems
7401 METRO BLVD #550
EDINA MN 55439-3033

Xudong Ping
Level 3, 105 Victoria St Fitzr
Melbourne
VIC 3101

CMS Athletics
Mills Street
Claremont, A  91761

Bank of the West
Attn C T Corporation System Agent
818 W Seventh St Suite 930
Los Angeles, CA 90017-3476

Brady Ervin and David Conn
4901 Wilkinson Blvd
Charlotte, NC 28208-5443

1691141.1   26988 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**