PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-3240 telephone
Email: David.S.Shevitz@usdoj.gov

**FILED & ENTERED**

**DEC 05 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

**AIRPORT VAN RENTAL, INC., et al,[1]**

Debtor.

☒ Affects all Debtors
☐ Affects the following Debtors

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  2:20-bk-20876-BB

Chapter 11

**ORDER GRANTING PLAN DISBURSING AGENT'S MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7**

Hearing Date:    November 26, 2025
Time:                 10:00 a.m.
Place:                Courtroom 1539
                         255 E. Temple St.
                         Los Angeles, CA 90012

A hearing was held in the above-referenced matter on November 26, at 10:00 a.m.

Appearances were as noted on the record. After consideration of the pleadings filed by the parties,

---

[1] Pursuant to an order of the Court, this case was jointly administered with a case filed by AVR Vanpool, Inc., a California corporation, case no. 2:20-bk-20883-BB.

- 1 -

the supporting evidence, the oral arguments presented at the time of the hearing, for GOOD CAUSE APPEARING, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** as follows:

1. The Plan Disbursing Agent's Motion for Order Converting Case to Chapter 7 ("Motion") (Docket No. 1190) is **GRANTED** as set forth herein.

2. The Bankruptcy Case is ordered converted from Chapter 11 to Chapter 7.

### 

Date: December 5, 2025

Sheri Bluebond
United States Bankruptcy Judge

- 2 -