JOHN J. MENCHACA
835 Wilshire Boulevard, Suite 300
Los Angeles, California 90017
Telephone:  (213) 683-3317
Facsimile:  (213) 683-1883

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Chapter 7 |
| AIRPORT VAN RENTAL, INC. | ) Case No. 2:20-BK-20876-BB |
| Debtor(s). | ) NOTIFICATION OF ASSET CASE |
| | ) [No Hearing Required] |

**TO:  KATHLEEN  J.  CAMPBELL,  CLERK  OF  THE  UNITED  STATES BANKRKUTPCY COURT**

John J. Menchaca, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: January 15, 2026           /s/ John J. Menchaca_____

                                              John J. Menchaca, Chapter 7 Trustee

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017