Elissa D. Miller (CA Bar No. 120029)
  elissa.miller@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for John J. Menchaca, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AIRPORT VAN RENTAL, INC., AND AVR VANPOOL, INC.,<br><br>   Debtors. | Case No. 2:20-bk-20876-BB (Lead Case)<br>      2:20-bk-20883-BB<br><br>Chapter 7<br><br>**STIPULATION BY AND BETWEEN JOHN J. MENCHACA, CHAPTER 7 TRUSTEE, HOWARD B. GROBSTEIN, DISBURSING AGENT; 1ST SOURCE BANK; AND AVR ABC LLC, ASSIGNEE**<br><br>**[Order Uploaded Concurrently Herewith]**<br><br>No Hearing Required Unless Requested Pursuant to LBR 9013-1(o) |

This Stipulation is entered with reference to the following facts by and between:

John J. Menchaca, Chapter 7 Trustee (the "Trustee") for Debtors Airport Van Rental, Inc. ("AVR") and AVR Vanpool, Inc. ("Vanpool") and together with AVR, "Debtors");

Howard B. Grobstein, Disbursing Agent ("Disbursing Agent") pursuant to the Confirmed Plan of Reorganization as Defined Below;

Secured Creditor 1st Source Bank ("1st Source"); and

AVR ABC LLC, Assignee for the Benefit of Creditors ("Assignee")

Trustee, Disbursing Agent, 1st Source and Assignee are herein defined individually as a "Party" and jointly as the "Parties."

EDM 63389760v3

A. On December 11, 2020, Debtors filed a petition under chapter 11 of the bankruptcy code. The same day, the Court granted joint administration of Debtors' bankruptcy cases and designated the Airport Van Rental's case as the lead bankruptcy case [Dkt. no. 14]. A creditors committee was subsequently appointed [Dkt. 162];

B. On September 16, 2022, the order confirming ("Confirmation Order") [Dkt. no. 1051] the *First Modified First Amended Chapter 11 Plan of Reorganization Dated May 24, 2022* ("Plan") [Dkt. no. 1017] was entered. Per the terms of the Plan, $2,140,000 over a period of 8 years ("Fixed Payment Amount") and "certain percentages of revenue received by Debtors during a 5-year period commencing on the Effective Date of the Plan (the "Revenue-Sharing Payments")," with a guarantee of $1.8 million, were to be paid by Debtors in care of a settlement fund for the benefit of unsecured creditors.  Howard Grobstein was appointed as the Disbursing Agent [Dkt. no. 1051]. The effective date of the Plan was September 30, 2022 ("Effective Date");

C. Following entry of the Confirmation Order, Debtors, as the reorganized debtors under the Plan (the "Reorganized Debtor"), paid $1,395,000 of the Fixed Payment Amount, leaving a future outstanding balance of $745,000, and $491,380 on account of the Revenue-Sharing Payments. After Reorganized Debtor informed the Disbursing Agent that they were ceasing operations and no further payments into the settlement fund would be made, the Disbursing Agent, Reorganized Debtor, and 1st Source entered into a forbearance agreement to which the Disbursing Agent agreed to forbear from filing a motion to reopen the bankruptcy case before December 5, 2025, in exchange for which Reorganized Debtor agreed to make 4 monthly payments in the collective amount of $60,000;

D. Thereafter, Reorganized Debtor defaulted under the forbearance agreement by failing to make the second forbearance installment due in September 2025. Reorganized Debtor also defaulted on their obligation to 1st Source and on October 14, 2025, effectuated an assignment for the benefit of creditors with AVR ABC, LLC serving as the Assignee, assigning substantially all of the Reorganized Debtors'

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

1

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

assets and business operations (the "Assets") to the Assignee. Thereafter, on Disbursing Agent's motion, the instant bankruptcy case was reopened on October 22, 2025 [Dkt. no. 1188] and converted to chapter 7 on December 5, 2025 (the [Dkt. no. 1200] (the "Conversion Date"). Trustee was subsequently appointed and he continues to serve in that capacity;

E.    From and after the Conversion Date, Assignee has and continues to remain in possession of the Assets;

F.    As of the date of the Conversion Date, Disbursing Agent was and continues to hold $275,417.26 in undisbursed funds;

G.    Following his appointment, the Trustee reviewed the Plan, the Loan Agreement between Debtors and 1st Source and met with counsel for the Reorganized Debtor, Disbursing Agent, 1st Source, and Assignee;

H.    The Trustee confirmed that 1st Source holds a duly perfected first priority blanket lien on the Assets and the proceeds thereof until paid in full;

I.    1st Source contends that the value of its collateral is not sufficient to pay its claim in full;

J.    The Trustee contends that the funds held by the Disbursing Agent are not 1st Source's collateral; 1st Source and the Trustee agree property of the estate may include claims which arose post confirmation against the insiders of the Reorganized Debtor and its Management ("Post Reorganization Claims"); and

K.    After negotiations, the Parties reached the Agreements a set forth in the Stipulation below.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1.    The Recitals set forth in Paragraphs A through K, hereinabove, are hereby incorporated by reference as though fully set forth hereat.

2.    Assignee shall be relieved of any obligation, to the extent any obligation exists, to turnover the Assets to the Trustee and shall remain in possession of the Assets pursuant to the Assignment Agreement;

2

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

3.    Upon execution of this Stipulation, Disbursing Agent shall turnover to the Trustee all funds in his possession together with a list of creditors including each creditors address, to the extent Disbursing Agent has such information, and the original amount of each claim and the total amount paid to each creditor to date (the "Distribution List"); Upon his turnover of such information and funds, Disbursing Agent shall be relieved of any further obligations under the Plan;

4.    1st Source agrees that the funds turned over to the Trustee by Disbursing Agent are not the collateral of 1st Source and shall be administered by the Trustee to pay costs of administration, priority and unsecured creditors in accordance with the priority scheme set forth in the Bankruptcy Code; 1st Source also agrees to waive any deficiency claim as against the estate;

5.    The Parties agree that property of the Converted Estate includes but is not limited to the funds turned over by the Disbursing Agent and, if any, claims and causes of action preserved in the Plan and/or arising from and after the Effective Date;

6.    With regard to the Post Reorganization Claims, the Trustee agrees to determine within 120 days of the date of entry of the order on this Stipulation whether he intends to pursue any or all of such claims.  At the expiration of the 120 days, unless the Trustee files a notice before such date, the Trustee will file a Notice of Abandonment of the Post Reorganization Claims other than those he intends to pursue.

7.    To the extent Disbursing Agent or his professionals contend that further funds are due and owing to any of them, Disbursing Agent and his professionals shall file requests for payment of claim and upon agreement or, if no agreement is made as to the amount, court order, the Trustee shall treat such claims as a Chapter 11 administrative claims which shall be paid pari passu with any other allowed chapter 11 administrative claims at the time of distributions pursuant to the Trustee's Final Report;

8.    For the avoidance of doubt, within fourteen (14) days after Court approval of this Stipulation, the Trustee shall file a Notice of Abandonment of the Assets, other than those retained by the Converted Estate pursuant to ¶¶ 5 and 6;

3

9.    In the event of a dispute regarding the terms and conditions or interpretation of this Stipulation, such dispute shall be heard in the Bankruptcy Court overseeing the instant case; and

10.    Each party will bear its respective attorneys' fees and costs in connection with the preparation of this Stipulation.

Date: February 4, 2026

_____
John J. Menchaca, Chapter 7 Trustee

Date: February __, 2026

_____
Howard Grobstein, Disbursing Agent

Date: February __, 2026

AVR ABC LLC, Assignee for the Benefit of Creditors

By: _____
David Wood
Its:_____

Date: February __, 2026

1st Source Bank

By: _____
Its:_____

Signatures continue on next page ...

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

4

9.    In the event of a dispute regarding the terms and conditions or interpretation of this Stipulation, such dispute shall be heard in the Bankruptcy Court overseeing the instant case; and

10.    Each party will bear its respective attorneys' fees and costs in connection with the preparation of this Stipulation.

Date: February __, 2026

_____
John J. Menchaca, Chapter 7 Trustee

Date: February 5, 2026

_____
Howard Grobstein, Disbursing Agent

Date: February __, 2026

AVR ABC LLC, Assignee for the Benefit of Creditors


By: _____
David Wood
Its:_____

Date: February __, 2026

1st Source Bank


By: _____

Its:_____

Signatures continue on next page ...

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

4

9.      In the event of a dispute regarding the terms and conditions or interpretation of this Stipulation, such dispute shall be heard in the Bankruptcy Court overseeing the instant case; and

10.     Each party will bear its respective attorneys' fees and costs in connection with the preparation of this Stipulation.

Date: February __, 2026            _____
                                   John J. Menchaca, Chapter 7 Trustee

Date: February __, 2026            _____
                                   Howard Grobstein, Disbursing Agent

Date: February _3_, 2026           AVR ABC LLC, Assignee for the Benefit of Creditors

                                   By: _____
                                       David Wood
                                   Its: _Assignee_____

Date: February __, 2026            1st Source Bank

                                   By: _____

                                   Its: _____

Signatures continue on next page …

4

9.      In the event of a dispute regarding the terms and conditions or interpretation of this Stipulation, such dispute shall be heard in the Bankruptcy Court overseeing the instant case; and

10.      Each party will bear its respective attorneys' fees and costs in connection with the preparation of this Stipulation.

Date: February __, 2026                     _____
                                            John J. Menchaca, Chapter 7 Trustee

Date: February __, 2026                     _____
                                            Howard Grobstein, Disbursing Agent

Date: February __, 2026                     AVR ABC LLC, Assignee for the Benefit of Creditors


                                            By: _____
                                               David Wood
                                               Its:_____

Date: February __, 2026                     1st Source Bank


                                            By: _____
                                               Jeff Buhr
                                               Its: EVP

Signatures continue on next page ...

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

4

APPROVED AS TO FORM

DATED:  February 6, 2026                **GREENSPOON MARDER LLP**


By:     /s/ Elissa D. Miller
        Elissa D. Miller
        Attorneys for John J. Menchaca
        Chapter 7 Trustee


**MARGULIES FAITH LLP**


By:
     Jeremy Faith
Attorneys for AVR ABC LLC,
Assignee for the Benefit of Creditors


**BIENERT KATZMAN LITTRELL WILLIAMS LLP**


By:
     Tony Bisconti
Attorneys for 1st Source Bank

**ELKINS KALT WEINTRUAB REUBEN GARTSIDE LLP**


By:
     Michael I. Gottfried
Attorneys Howard Grobstein Disbursing Agent

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL  213.626.2311 • FAX  954.771.9264

5

APPROVED AS TO FORM

**GREENSPOON MARDER LLP**

By: _/s/ Elissa D. Miller_
Attorneys for John J. Menchaca
Chapter 7 Trustee

**MARGULIES FAITH LLP**

By:_____
    Jeremy Faith
Attorneys for AVR ABC LLC,
Assignee for the Benefit of Creditors

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By:_____
    Tony Bisconti
Attorneys for 1st Source Bank

**ELKINS KALT WEINTRUAB REUBEN GARTSIDE LLP**

By:_____
    Michael I. Gottfried
Attorneys Howard Grobstein Disbursing Agent

5

APPROVED AS TO FORM

**GREENSPOON MARDER LLP**

By:___/s/ *Elissa D. Miller*_____
Attorneys for John J. Menchaca
Chapter 7 Trustee

**MARGULIES FAITH LLP**


By:_____
    Jeremy Faith
Attorneys for AVR ABC LLC,
Assignee for the Benefit of Creditors


**BIENERT KATZMAN LITTRELL WILLIAMS LLP**


By:_____
    Tony Bisconti
Attorneys for 1st Source Bank

**ELKINS KALT WEINTRUAB REUBEN GARTSIDE LLP**


By:_____
    Michael I. Gottfried
Attorneys Howard Grobstein Disbursing Agent

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

5

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

APPROVED AS TO FORM

**GREENSPOON MARDER LLP**

By:___/s/ *Elissa D. Miller*_____
Attorneys for John J. Menchaca
Chapter 7 Trustee

**MARGULIES FAITH LLP**


By:_____
       Jeremy Faith
Attorneys for AVR ABC LLC,
Assignee for the Benefit of Creditors


**BIENERT KATZMAN LITTRELL WILLIAMS LLP**


By:_____
       Tony Bisconti
Attorneys for 1st Source Bank

**ELKINS KALT WEINTRUAB REUBEN GARTSIDE LLP**

By:_____
       Michael I. Gottfried
Attorneys Howard Grobstein Disbursing Agent

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN JOHN J. MENCHACA, CHAPTER 7 TRUSTEE, HOWARD B. GROBSTEIN, DISBURSING AGENT; 1ST SOURCE BANK; AND AVR ABC LLC, ASSIGNEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 6, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⌧ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2026 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1.** **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Richard T Baum**    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- **John D Beals**    john@pieringlawfirm.com
- **Shraddha Bharatia**    notices@becket-lee.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Jess R Bressi**    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Steve Burnell**    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com;patricia.dillamar@gmlaw.com
- **Howard Camhi**    hcamhi@mrllp.com, bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com;jkissinger@mrllp.com
- **Donald H Cram**    don.cram@stinson.com, cas@severson.com
- **Michael G D'Alba**    mgd@lnbyg.com
- **John P Dillman**    houston_bankruptcy@lgbs.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **M Douglas Flahaut**    df@echoparklegal.com
- **Danielle R Gabai**    dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Kim P. Gage**    kgage@cookseylaw.com
- **Duane M Geck**    dmg@severson.com, pag@severson.com
- **Evelina Gentry**    evelina.gentry@akerman.com, eileen.lewis@akerman.com;reyko.delpino@akerman.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **Lydia A Hewett**    lydia.hewett@cpa.state.tx.us
- **James P Hill**    jhill@fennemorelaw.com, bkstaff@sullivanhill.com;hill@ecf.inforuptcy.com;kramer.kathleenc.r97749@notify.bestcase.com;Cashman-Kramer@sullivanhill.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Courtney J Hull**    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Alphamorlai Lamine Kebeh**    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Jonathan J Kim**    jkim@pszjlaw.com, jkim@pszjlaw.com
- **Matthew F Kye**    mkye@kyelaw.com
- **Donny P Le**    Donny.Le@doj.ca.gov
- **Elan S Levey**    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Peter W Lianides**    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Wendy A Loo**    wendy.loo-smart@lacity.org
- **Garry A Masterson**    BnkEcf-CA@weltman.com, gmasterson@weltman.com
- **John J Menchaca (TR)**    jmenchaca@menchacacpa.com, igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com;kwebster@clarkhill.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Haleh C Naimi**    hnaimi@advocatesolutionsinc.com
- **Holly J Nolan**    holly@sglwlaw.com, missy@sglwlaw.com
- **Tom Roddy Normandin**    tnormandin@pnbd.com, cathyjones@pnbd.com
- **R Gibson Pagter**    gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Uzzi O Raanan**    URaanan@GreenbergGlusker.com, Calendar@GreenbergGlusker.com;JKing@GreenbergGlusker.com;MilanaECF@ggfirm.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- **Gary B Rudolph**   grudolph@fennemorelaw.com,
  bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
- **Jonathan Serrano**   Jonathan@MarguliesFaithLaw.com,
  vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com
- **Zev Shechtman**   Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David Samuel Shevitz**   David.S.Shevitz@usdoj.gov
- **Michael D Sobkowiak**   msobkowiak@flg-law.com, jfriedman@flg-law.com;jmartinez@flg-law.com;cbryant@flg-law.com
- **Richard A Solomon**   richard@sgswlaw.com
- **Laurie A Spindler**   Dora.Casiano-Perez@lgbs.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **Laura L Thatcher**   laura@thatcherlawgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Glenn S. Walter**   gwalter@honigman.com
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Elizabeth Weller**   Dora.Casiano-Perez@lgbs.com
- **Roye Zur**   rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**