Elissa D. Miller (CA Bar No. 120029)
elissa.miller@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for John J. Menchaca, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

AIRPORT VAN RENTAL, INC., AND AVR VANPOOL, INC.,

Debtors.

Case No. 2:20-bk-20876-BB (Lead Case)
2:20-bk-20883-BB

Chapter 7

**STIPULATION BY AND BETWEEN JOHN J. MENCHACA AND THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION RE PROOFS OF CLAIM 76-2 AND 90-1**

**[Order Uploaded Concurrently Herewith]**

No Hearing Required Unless Requested Pursuant to LBR 9013-1(o)

This "*Stipulation By And Between John J. Menchaca And The California Department Of Tax And Fee Administration Re Proofs Of Claim 76-2 and 90-1*" ("Stipulation") is entered by and between John J. Menchaca, Chapter 7 Trustee (the "Trustee") for Debtors Airport Van Rental, Inc. ("Debtor"), and the California Department of Tax And Fee Administration ("CDTFA"), on the other hand, with reference to the following facts:

A. On December 11, 2020, Debtor and AVR Vanpool, Inc. filed petitions under chapter 11 of the bankruptcy code. The same day, the Court granted joint administration of Debtors' bankruptcy cases and designated the Airport Van Rental case as the lead

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

bankruptcy case [Dkt. no. 14].[1] A creditors committee was subsequently appointed [Dkt. 162].

B. On September 16, 2022, the order confirming the *First Modified First Amended Chapter 11 Plan of Reorganization Dated May 24, 2022* (the "Plan") [Dkt. no. 1017] was entered. The Plan required, among other things, payments to a disbursing agent for distribution to priority and general unsecured creditors.

C. On December 20, 2022, the Court granted Debtor's Motion for a Final Decree [Dkt. No. 1140] and the case was subsequently closed on January 5, 2023 [Dkt. No. 1142].

D. Thereafter, the Reorganized Debtor defaulted on its obligations under the Plan and on motion of the Disbursing Agent, the instant case was reopened on October 22, 2025 [Dkt. no. 1188] and converted to chapter 7 on December 5, 2025. [Dkt. no. 1200]. The Trustee was subsequently appointed and has been serving in that capacity since.

E. Following his appointment, the Trustee reviewed priority and administrative claims filed both before the Plan was confirmed and after the case was reopened. He also reviewed the Plan to determine which of the priority claims filed before the Plan was confirmed were still outstanding, and if so, what, if anything, remained owing.

F. Among the claims reviewed were the claims filed by the CDTFA - Claim No. 76-2, a priority claim filed during the Chapter 11 and Claim No. 90-1, an administrative claim filed following conversion.

G. After review, the Trustee contended that Claim No. 76-2 had been paid in all or in part pursuant to the Plan by the Disbursing Agent and, therefore, needed to be substantially reduced.

---

[1] On June 30, 2026, the Trustee filed a No Distribution Report in the AVR Vanpool, Inc. case.

H. Also, after review, the Trustee contended that Claim No. 90-1 was not an administrative claim but a priority claim and that the amount was objectionable because, in part, it was contingent on the Debtor's acceptance of audit findings, and also included penalties subject to subordination and therefore, like Claim No. 76-2, needed to be reduced.

I. Before filing an objection, the Trustee reached out to the CDTFA to see if the disputes could be resolved consensually.

J. The CDTFA disagreed with the Trustee and instead contended that Claim No. 76-2 had been allowed as a reduced Priority Claim in the amount of $3,361,173.47 and had not been fully paid by the Disbursing Agent.

K. As for Claim No. 90-1, the CDTFA contended that since the Debtor did not appeal the audit assessment, the audit amount was now final but did agree that the Claim was priority, not administrative, and the penalties subject to subordination.

L. After negotiations, the Parties reached the Agreements a set forth in the Stipulation below.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. The Recitals set forth in Paragraphs A through L, hereinabove, are hereby incorporated by reference as though fully set forth hereat.

2. With regard to Claim No. 76-2, the Claim will be allowed as a priority claim in the amount of $2,664,522.24 (the amount of the claim set forth in Recital J less the payments made by the Disbursing agent);

3. With regard to Claim No. 90-1, the Claim will be allowed as follows:

(a) a priority claim for the taxes in the amount of $3,774,423.55; and

(b) a subordinated general unsecured claim for penalties in the amount of $309,926.30.

4. Each party will bear its respective attorneys' fees and costs in connection with the preparation of this Stipulation.

**Signatures on next page ….**

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

Date: ~~July~~ August 1, 2026

John J. Menchaca, Chapter 7 Trustee

Date: July ______, 2026

Rob Bonta
Attorney General of California
Laura E. Robbins
Supervising Deputy Attorney General

By:______________________________
Donny P. Le
Deputy Attorney General
*Attorneys for California Department of Tax and Fee Administration*

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

Date: July ______, 2026

______________________________
John J. Menchaca, Chapter 7 Trustee

Date: July __31___, 2026

Rob Bonta
Attorney General of California
Laura E. Robbins
Supervising Deputy Attorney General

By:______________________________
Donny P. Le
Deputy Attorney General
*Attorneys for California Department of Tax and Fee Administration*

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN JOHN J. MENCHACA AND THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION RE PROOFS OF CLAIM 76-2 AND 90-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 3, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2026 | Cheryl Caldwell | */s/ Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Richard T Baum** rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- **John D Beals** john@pieringlawfirm.com
- **Shraddha Bharatia** notices@becket-lee.com
- **Anthony Bisconti** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Jess R Bressi** Jess.Bressi@gmail.com, kimberly.sigismondo@dentons.com
- **Steve Burnell** Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;patricia.dillamar@gmlaw.com;CourtMail@gmlaw.com
- **Howard Camhi** hcamhi@mrllp.com, bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com
- **Donald H Cram** don.cram@stinson.com, cas@severson.com
- **Michael G D'Alba** mgd@lnbyg.com
- **John P Dillman** houston_bankruptcy@lgbs.com
- **Eryk R Escobar** eryk.r.escobar@usdoj.gov
- **Jeremy Faith** Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **M Douglas Flahaut** df@echoparklegal.com
- **Danielle R Gabai** dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Kim P. Gage** kgage@cookseylaw.com
- **Duane M Geck** dmg@severson.com, pag@severson.com
- **Evelina Gentry** evelina.gentry@akerman.com, eileen.lewis@akerman.com;reyko.delpino@akerman.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **Lydia A Hewett** lydia.hewett@cpa.state.tx.us
- **James P Hill** jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com;hill@ecf.inforuptcy.com;kcashman-kramer@fennemorelaw.com;hill@ecf.courtdrive.com;kramer.kathleenc.r97749@notify.bestcase.com
- **Alan Craig Hochheiser** ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Courtney J Hull** bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Alphamorlai Lamine Kebeh** MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Jonathan J Kim** jkim@pszjlaw.com, jkim@pszjlaw.com
- **Matthew F Kye** mkye@kyelaw.com
- **Donny P Le** Donny.Le@doj.ca.gov
- **Elan S Levey** elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Peter W Lianides** plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Wendy A Loo** wendy.loo-smart@lacity.org
- **Garry A Masterson** BnkEcf-CA@weltman.com, gmasterson@weltman.com
- **John J Menchaca (TR)** jmenchaca@menchacacpa.com, igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com
- **Elissa Miller** elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kevin H Morse** kmorse@clarkhill.com, kwebster@clarkhill.com,zhoulihan@clarkhill.com,kchiaghana@clarkhill.com
- **Randall P Mroczynski** randym@cookseylaw.com
- **Haleh C Naimi** hnaimi@advocatesolutionsinc.com
- **Holly J Nolan** holly@sglwlaw.com, missy@sglwlaw.com
- **Tom Roddy Normandin** tnormandin@pnbd.com, cathyjones@pnbd.com
- **R Gibson Pagter** gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Uzzi O Raanan** URaanan@GreenbergGlusker.com, Calendar@GreenbergGlusker.com;JKing@GreenbergGlusker.com;MilanaECF@ggfirm.com
- **Jeremy V Richards** jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Gary B Rudolph** grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com

- **Jonathan Serrano** Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David Samuel Shevitz** David.S.Shevitz@usdoj.gov
- **Michael D Sobkowiak** msobkowiak@flg-law.com, jfriedman@flg-law.com;jmartinez@flg-law.com;cbryant@flg-law.com
- **Richard A Solomon** richard@sgswlaw.com
- **Laurie A Spindler** Dora.Casiano-Perez@lgbs.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **Laura L Thatcher** laura@thatcherlawgroup.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Glenn S. Walter** gwalter@honigman.com
- **Larry D Webb** Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Elizabeth Weller** Dora.Casiano-Perez@lgbs.com
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com