Elissa D. Miller (CA Bar No. 120029)
elissa.miller@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for John J. Menchaca, Chapter 7 Trustee

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AIRPORT VAN RENTAL, INC., AND AVR VANPOOL, INC.,<br><br>Debtors. | Case No. 2:20-bk-20876-BB (Lead Case)<br>2:20-bk-20883-BB<br><br>Chapter 7<br><br>**STIPULATION BY AND BETWEEN JOHN J. MENCHACA AND THE FRANCHISE TAX BOARD RE PROOFS OF CLAIM 63-1 and 91-1**<br><br>**[Order Uploaded Concurrently Herewith]**<br><br>No Hearing Required Unless Requested Pursuant to LBR 9013-1(o) |

This "*Stipulation By And Between John J. Menchaca And The Franchise Tax Board Re Proofs Of Claim 63-1 And 91-1*" ("Stipulation") is entered by and between John J. Menchaca, Chapter 7 Trustee (the "Trustee") for Debtors Airport Van Rental, Inc. ("Debtor"), and the California Franchise Tax Board ("FTB"), on the other hand, with reference to the following facts:

A. On December 11, 2020, Debtor and AVR Vanpool, Inc. filed petitions under chapter 11 of the bankruptcy code. The same day, the Court granted joint administration of Debtors' bankruptcy cases and designated the Airport Van Rental's case as the lead

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

bankruptcy case [Dkt. no. 14].[1] A creditors committee was subsequently appointed [Dkt. 162].

B. On September 16, 2022, the order confirming the *First Modified First Amended Chapter 11 Plan of Reorganization Dated May 24, 2022* (the "Plan") [Dkt. no. 1017] was entered. The Plan required, among other things, payments to a disbursing agent for distribution to priority and general unsecured creditors.

C. On December 20, 2022, the Court granted Debtor's Motion for a Final Decree [Dkt. No. 1140] and the case was subsequently closed on January 5, 2023 [Dkt. No. 1142].

D. Thereafter, the Reorganized Debtor defaulted on its obligations under the Plan and on motion of the Disbursing Agent, the instant case was reopened on October 22, 2025 [Dkt. no. 1188] and converted to chapter 7 on December 5, 2025. [Dkt. no. 1200]. Trustee was subsequently appointed and has been servicing in that capacity since.

E. Following his appointment, the Trustee reviewed priority and administrative claims filed both before the Plan was confirmed and after the case was reopened. He also reviewed the Plan to determine which of the priority claims filed before the Plan was confirmed were still outstanding, and if so, what, if anything, remained owing.

F. Among the claims reviewed were the claims filed by the FTB-Claim No. 63-1 filed during the Chapter 11 and Claim No. 91-1 filed following conversion.

G. After review, the Trustee contended that Claim No. 63-1 had been paid in full and needed to be withdrawn and that Claim 91-1 was objectionable as it was filed as an administrative claim and should have been a priority claim and on other grounds. Before filing an objection, the Trustee reached out to the FTB to see if the disputes could be resolved consensually.

---

[1] On June 30, 2026, the Trustee filed a No Distribution Report in the AVR Vanpool, Inc. case.

H. After negotiations, the Parties reached the Agreements a set forth in the Stipulation below.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. The Recitals set forth in Paragraphs A through H, hereinabove, are hereby incorporated by reference as though fully set forth hereat.

2. With regard to Claim No. 63-1, the Claim will be deemed withdrawn as paid in full;

3. With regard to Claim No. 91-1, the Claim will be allowed as follows:

(a) a priority claim for the taxes in the amount of $1,600.00;

(b) a general unsecured claim for interest in the amount of $182.46; and

(c) a subordinated general unsecured claim for penalties in the amount of $1,115.65.

4. Each party will bear its respective attorneys' fees and costs in connection with the preparation of this Stipulation.

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

Date: August 24, 2026

John J. Menchaca, Chapter 7 Trustee

Date: July ______, 2026

State of California, Franchise Tax Board

By:______________________________

______________________________
(print name)

Its:______________________________

H. After negotiations, the Parties reached the Agreements a set forth in the Stipulation below.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. The Recitals set forth in Paragraphs A through H, hereinabove, are hereby incorporated by reference as though fully set forth hereat.

2. With regard to Claim No. 63-1, the Claim will be deemed withdrawn as paid in full;

3. With regard to Claim No. 91-1, the Claim will be allowed as follows:

(a) a priority claim for the taxes in the amount of $1,600.00;

(b) a general unsecured claim for interest in the amount of $182.46; and

(c) a subordinated general unsecured claim for penalties in the amount of $1,115.65.

4. Each party will bear its respective attorneys' fees and costs in connection with the preparation of this Stipulation.

Date: July ______, 2026

John J. Menchaca, Chapter 7 Trustee

Date: July 24, 2026

State of California, Franchise Tax Board

By: [signature]

Tia Briggs
(print name)

Its: Administrator I

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN JOHN J. MENCHACA AND THE FRANCHISE TAX BOARD RE PROOFS OF CLAIM 63-1 AND 91-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 25, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 25, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email
Debbie Troutt
Debbie.Troutt@ftb.ca.gov

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 25, 2026 | Cheryl Caldwell | */s/ Cheryl Caldwell* |
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

- **Richard T Baum** rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- **John D Beals** john@pieringlawfirm.com
- **Shraddha Bharatia** notices@becket-lee.com
- **Anthony Bisconti** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Jess R Bressi** Jess.Bressi@gmail.com, kimberly.sigismondo@dentons.com
- **Steve Burnell** Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;patricia.dillamar@gmlaw.com;CourtMail@gmlaw.com
- **Howard Camhi** hcamhi@mrllp.com, bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com
- **Donald H Cram** don.cram@stinson.com, cas@severson.com
- **Michael G D'Alba** mgd@lnbyg.com
- **John P Dillman** houston_bankruptcy@lgbs.com
- **Eryk R Escobar** eescobar@omlolaw.com
- **Jeremy Faith** Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **M Douglas Flahaut** df@echoparklegal.com
- **Danielle R Gabai** dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Kim P. Gage** kgage@cookseylaw.com
- **Duane M Geck** dmg@severson.com, pag@severson.com
- **Evelina Gentry** evelina.gentry@akerman.com, eileen.lewis@akerman.com;reyko.delpino@akerman.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **Lydia A Hewett** lydia.hewett@cpa.state.tx.us
- **James P Hill** jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com;hill@ecf.inforuptcy.com;kcashman-kramer@fennemorelaw.com;hill@ecf.courtdrive.com;kramer.kathleenc.r97749@notify.bestcase.com
- **Alan Craig Hochheiser** ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Courtney J Hull** bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Alphamorlai Lamine Kebeh** MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Jonathan J Kim** jkim@pszjlaw.com, jkim@pszjlaw.com
- **Matthew F Kye** mkye@kyelaw.com
- **Donny P Le** Donny.Le@doj.ca.gov
- **Elan S Levey** elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Peter W Lianides** plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Wendy A Loo** wendy.loo-smart@lacity.org
- **Garry A Masterson** BnkEcf-CA@weltman.com, gmasterson@weltman.com
- **John J Menchaca (TR)** jmenchaca@menchacacpa.com, igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com
- **Elissa Miller** elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kevin H Morse** kmorse@clarkhill.com, kwebster@clarkhill.com,zhoulihan@clarkhill.com,kchiaghana@clarkhill.com
- **Randall P Mroczynski** randym@cookseylaw.com
- **Haleh C Naimi** hnaimi@advocatesolutionsinc.com
- **Holly J Nolan** holly@sglwlaw.com, missy@sglwlaw.com
- **Tom Roddy Normandin** tnormandin@pnbd.com, cathyjones@pnbd.com
- **R Gibson Pagter** gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Uzzi O Raanan** URaanan@GreenbergGlusker.com, Calendar@GreenbergGlusker.com;JKing@GreenbergGlusker.com;MilanaECF@ggfirm.com
- **Jeremy V Richards** jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Gary B Rudolph** grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com

- **Jonathan Serrano** Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David Samuel Shevitz** David.S.Shevitz@usdoj.gov
- **Michael D Sobkowiak** msobkowiak@flg-law.com, jfriedman@flg-law.com;jmartinez@flg-law.com;cbryant@flg-law.com
- **Richard A Solomon** richard@sgswlaw.com
- **Laurie A Spindler** Dora.Casiano-Perez@lgbs.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **Laura L Thatcher** laura@thatcherlawgroup.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Glenn S. Walter** gwalter@honigman.com
- **Larry D Webb** Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Elizabeth Weller** Dora.Casiano-Perez@lgbs.com
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com